

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 7 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DINO CHAVEZ | § § | |
| vs. | § § | |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, NOE SAUCEDA, and RANDY DUNN, MARILYN DEL BOSQUE-GILBERT and HUGH EMERSON, JR., in their official capacities as Board Members of Brownsville Independent School District | § § § § § § § § § | CIVIL ACTION NO. B-02-128 |

## CERTIFICATE OF NOTICE OF FILING

The undersigned, attorney of record for BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, certifies that on June 13, 2002, a copy of the Notice of Removal of this action was filed with the clerk of the 404th Judicial District Court of Cameron County, Texas, and that written notice of filing of the Notice of Removal was mailed to the party named above as plaintiff in this action or to his attorney of record. Attached to the notices were copies of the Notice of Removal. Removal of this action is effective as of that date, pursuant to 28 U.S.C. §1446.

Respectfully submitted,

ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Telecopier: (956: 542-0016

By: _____
ELIZABETH G. NEALLY
Texas Bar No. 14840400
Federal I. D. No. 8044

RICARDO MORADO
Federal ID No. 1213
State Bar No. 14417250

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing Notice of Removal has been mailed, Certified Mail, Return Receipt Requested, to the Counsel of Record, as follows:

J. Arnold Aguilar
**Law Office of J. Arnold Aguilar**
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520

Charles V. Willette, Jr.
**Willette & GUERRA**
3505 Boca Chica Boulevard, Suite 460
Brownsville, Texas 78521

Craig Vittitoe
**Adams & Graham, l.l.p.**
222 East Ven Buren, West Tower
P. O. Drawer 1429
Harlingen, Texas 78551

on this 17th day of June, 2002.

_____
ELIZABETH G. NEALLY

## ROERIG, OLIVEIRA & FISHER, L.L.P.
### ATTORNEYS AT LAW

| | | |
|---|---|---|
| Jeffrey D. Roerig†♦<br>Rene O. Oliveira<br>W. Michael Fisher<br>Ricardo Morado<br>Crisanta Guerra Lozano<br>Elizabeth G. Neally<br>Victor V. Vicinaiz♦†<br>David G. Oliveira | Cameron County Office<br>855 West Price Road - Suite 9<br>Brownsville, Texas 78520-8786<br>Tel. 956 542-5666   Fax 956 542-0016<br><br>*Hidalgo County Office<br>506 East Dove<br>McAllen, Texas 78504<br>Tel. 956 631-8049   Fax 956 631-8141 | Adolph Guerra, Jr.†<br>D. Alan Erwin, Jr.<br>Michael A. Zanca*<br>D. Wilkes Alexander, A.I.A.<br>Rosemary Conrad-Sandoval*<br>Lucila Alvarado*<br>Jesus Quezada, Jr.<br>Adrian R. Martinez*<br><br>Liza M. Vasquez* |

†Board Certified -
  Personal Injury Trial Law
  Texas Board of Legal Specialization

♦Board Certified -
  Civil Trial Law
  Texas Board of Legal Specialization

June 17, 2002

File No.: 21,948
042

TO: **DINO CHAVEZ**
By and through his attorney of record:

J. Arnold Aguilar
**Law Office of J. Arnold Aguilar**
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520

### NOTICE OF REMOVAL

Please take notice that the civil action, in which you are named as a plaintiff, brought on May 31, 2002 in the 404th Judicial District Court of Cameron Court of Cameron County, Texas entitled **Dino Chavez vs. Brownsville Independent School District, Noe Sauceda, and RANDY DUNN, Marilyn Del Bosque-Gilbert and Hugh Emerson, Jr., in their official capacities as Board Members of Brownsville Independent School District**, Cause No. 2002-05-2204-G has been removed from that court to the United States District Court for the Southern District of Texas, Brownsville Division, effective today, June 13, 2002.  On this day, a Notice of Removal has been filed with the clerk of the state court, effecting removal pursuant to 28 U.S.C. §1446.

NOTICE OF REMOVAL TO PLAINTIFF                                                                                   Page 1

Respectfully submitted,

**ROERIG, OLIVEIRA, & FISHER, L.L.P.**
855 W. Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

**Counsel for Brownsville Independent School District**

By: _____
ELIZABETH G. NEALLY
Federal ID No. 8044
State Bar No. 14840400
RICARDO MORADO
Federal Bar No. 1213
State Bar No. 14417250

cc: Charles Willette
    Craig Vittitoe

CAUSE NO. 2002-05-2204-G

| | | |
|---|---|---|
| DINO CHAVEZ | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | |
| | § | |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, NOE SAUCEDA, | § | 404TH JUDICIAL DISTRICT |
| and RANDY DUNN, MARILYN DEL | § | |
| BOSQUE-GILBERT and HUGH | § | |
| EMERSON, JR., in their official | § | |
| capacities as Board Members of | § | |
| Brownsville Independent School District | § | CAMERON COUNTY, TEXAS |
| | § | |

## NOTICE OF FILING NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

**PLEASE TAKE NOTICE** that BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, Defendant herein, on the 13th day of June, 2002, filed in the United States District Court for the Southern District of Texas, Brownsville Division, a Notice of Removal of the above-styled and numbered cause pursuant to 28 U.S.C. Sections 1441 and 1331. A copy of said Notice of Removal is attached hereto.

Respectfully submitted,

**ROERIG, OLIVEIRA, & FISHER, L.L.P.**
855 W. Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

Counsel for Brownsville Independent School District

By: _____
ELIZABETH G. NEALLY
Federal ID No. 8044
State Bar No. 14840400
RICARDO MORADO
Federal Bar No. 1213
State Bar No. 14417250

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing Notice of Filing of Notice of Removal has been mailed, Certified Mail, Return Receipt Requested, to counsel of record as follows:

J. Arnold Aguilar
**Law Office of J. Arnold Aguilar**
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520

Charles V. Willette, Jr.
**Willette & GUERRA**
3505 Boca Chica Boulevard, Suite 460
Brownsville, Texas 78521

Mr. Craig Vittitoe
**Adams & Graham, L.L.P.**
222 East Van Buren, West Tower
P. O. Box 1429
Harlingen, Texas 78551

on this 17th day of June, 2002.

_____
ELIZABETH G. NEALLY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
RECEIVED

JUN 1 7 2002

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| DINO CHAVEZ | § | |
| | § | |
| vs. | § | |
| | § | |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, NOE SAUCEDA, | § | CIVIL ACTION NO. B-02-128 |
| and RANDY DUNN, MARILYN DEL | § | |
| BOSQUE-GILBERT and HUGH | § | |
| EMERSON, JR., in their official | § | |
| capacities as Board Members of | § | |
| Brownsville Independent School District | § | |
| | § | |

**NOTICE OF REMOVAL**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, NOE SAUCEDA, and RANDY DUNN, MARILYN DEL BOSQUE-GILBERT and HUGH EMERSON, JR., in their official capacities as Board Members of Brownsville Independent School District, Petitioners herein, and pursuant to 28 U.S.C. Sections 1331 and 1441, files this their Notice of Removal and in connection therewith would respectfully show the Court the following:

I.

1.   Petitioners are the named Defendants in a civil action now pending in the 404th Judicial District Court in Cameron County, Texas, Cause Number 2002-05-002204-G, styled *Dino Chavez vs. Brownsville Independent School District, Noe Sauceda, and RANDY DUNN, Marilyn Del Bosque-Gilbert and Hugh Emerson, Jr., in their official capacities as Board Members of*

***Brownsville Independent School District.***, wherein Plaintiff seeks monetary and other relief for breach of contract and constitutional injuries sustained by Plaintiff.

2.   Plaintiff, Dino Chavez, in his Original Petition filed on or about May 31, 2002, has raised a federal question. Specifically, Plaintiff alleges that this cause of action involves violations of Plaintiff's federal constitutional rights and statutory rights, including a violation of his due process rights under the Constitution.

3.   This notice of removal is being filed within thirty (30) days after receipt by Petitioner of Plaintiff's Original Petition. This removal is filed under 28 U.S.C. Section 1446(b).

4.   Petitioners' time to answer or remove with respect to the Plaintiff's Original Petition has not expired. Plaintiff's Original Petition was served on the Defendant BROWNSVILLE INDEPENDENT SCHOOL DISTRICT on May 31, 2002.

5.   The matter in controversy exceeds the jurisdictional limits of this court.

6.   This action is one over which this Court has original jurisdiction under the provisions of 42 U.S.C. Section 1983 and this action may be removed to this Court by Petitioner, pursuant to the provisions of 28 U.S.C. Section 1441. Copies of all pleadings including the docket sheet on file with the State Court are attached hereto.

**WHEREFORE,** Petitioners, BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, NOE SAUCEDA, and RANDY DUNN, MARILYN DEL BOSQUE-GILBERT and HUGH EMERSON, JR., in their official capacities as Board Members of Brownsville Independent School District, respectfully request this action be removed to this Court.

Respectfully submitted,

**ROERIG, OLIVEIRA, & FISHER, L.L.P.**
855 W. Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

**Counsel for Brownsville Independent School District**

By: _____
    ELIZABETH G. NEALLY
    Federal ID No. 8044
    State Bar No. 14840400
    RICARDO MORADO
    Federal ID No. 1213
    State Bar No. 14417250

**WILLETTE & GUERRA, L.L.P.**
3505 Boca Chica Boulevard, Suite 460
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

**Counsel for Noe Sauceda**

By: w/permission _____
    CHARLES V. WILLETTE, JR.
    Federal Bar No. 1937
    State Bar No. 21509700

**ADAMS & GRAHAM, L.L.P.**
222 East Van Buren, West Tower
P. O. Box 1429
Harlingen, Texas 78551
Telephone: (956) 428-7495
Facsimile: (956) 428-2954

**Counsel for RANDY DUNN, MARILYN DEL BOSQUE-GILBERT and HUGH EMERSON, JR., in their official capacities as Board Members of Brownsville Independent School District**

By: w/permission _____
    CRAIG H. VITTITOE
    Federal Bar No. 18756
    State Bar No. 20593900

## VERIFICATION

THE STATE OF TEXAS §
§
COUNTY OF CAMERON §

    I, ELIZABETH G. NEALLY, being first duly sworn, deposes and says that: I am counsel for BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, Petitioner herein; I am familiar with the contents of the above; and to the best of my knowledge the contents thereof are true and correct.

                                               ELIZABETH G. NEALLY

    SUBSCRIBED AND SWORN TO BEFORE ME by the said ELIZABETH G. NEALLY, this 13th day of JUNE, 2002, to certify which witness my hand and seal of office.



Notary Public, State of Texas

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that a true and correct copy of the foregoing Notice of Removal has been mailed, Certified Mail, Return Receipt Requested, to the Counsel of Record, as follows:

J. Arnold Aguilar
**Law Office of J. Arnold Aguilar**
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520

Charles V. Willette, Jr.
**Willette & Guerra**
3505 Boca Chica Boulevard, Suite 460
Brownsville, Texas 78521

Craig H. Vittitoe
**ADAMS & GRAHAM, L.L.P.**
222 East Van Buren, West Tower
P. O. Box 1429
Harlingen, Texas 78551

on this 17th day of June, 2002.

                                               ELIZABETH G. NEALLY