*4*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 7 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DINO X. CHAVEZ | § | |
| | § | |
| | § | |
| VS. | § | |
| | § | B-02-128 |
| BROWNSVILLE INDEPENDENT | § | JURY REQUESTED |
| SCHOOL DISTRICT, NOE SAUCEDA, | § | |
| and RANDY DUNN, MARILYN DEL | § | |
| BOSQUE-GILBERT and | § | |
| HUGH EMERSON, JR., in their official | § | |
| capacities as Board Members of Brownsville | § | |
| Independent School District | § | |

## DEFENDANT NOE SAUCEDA'S ORIGINAL ANSWER
## TO PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, NOE SAUCEDA, one of the defendants in the above styled and numbered cause and files this his original answer and would respectfully show unto the court the following:

### I.
### ORIGINAL ANSWER

1.    Defendant denies each and all of plaintiff's allegations except to the extent expressly admitted herein.

2.    Defendant denies the allegations set forth in paragraph number I.

3.    Defendants agrees with and admits to the allegations set for forth in paragraph number II, to the extent, and only to the extent that plaintiff alleges that his claims are within the jurisdictional limits of the state district court and that venue is proper in Cameron County; otherwise, this defendant denies that the state court has

jurisdiction over the subject matter in controversy in this action.

4.  Defendant agrees with and admits to the allegations set forth in paragraph III, of plaintiff's original petition to the extent, and only to the extent, that plaintiff alleges the names and addresses of the parties to this action; otherwise, defendant denies the remainder of all other allegations set forth in paragraph III.

5.  Defendant denies that allegations set forth in paragraphs IV, V, VI and VII.

6.  Defendant admits to the allegations in paragraph VIII, to the extent that plaintiff is requesting a jury but all other allegations are denied.

## II.
## AFFIRMATIVE DEFENSES

7.  Defendant is entitled to qualified and/or official immunity as it relates to any of the state and federal claims made against him in this action.

8.  Defendant is entitled to qualified and/or official immunity to any state law claims made against him pursuant to those rights and immunities afforded him under the Texas Tort Claims Act and/or the Texas Education Code.

9.  Defendant is entitled to all defenses and immunities pursuant to the Texas Tort Claims Act and/or the Texas Education Code.

10. Plaintiff has failed to mitigate his damages.

11. Defendant has qualified immunity from liability from 42 U.S.C. § 1983 because he acted under the reasonable belief that his actions were within the course and scope of his official capacity and did not violate plaintiff's constitutional rights.

12. In the alternative, defendant would further assert that any loss or damages allegedly

2

sustained by plaintiff at the time, place, and on occasion, mentioned in plaintiff's original petition were caused, in whole or in part, or were contributed to by the negligence, want of care, or intentional conduct of plaintiff, and not by any negligence or fault or want of care on the part of this defendant and this defendant would therefore invoke the doctrine of comparative responsibility.

13. In the alternative, defendant would further assert that any loss or damages allegedly sustained by plaintiff at the time, place, and on occasion, mentioned in plaintiff's original petition were caused, in whole or in part, or were contributed to the negligence, want of care, or intentional conduct of third-parties over whom this defendant has no control and is not liable therefor.

14. Plaintiff is not entitled to attorneys fees' because plaintiff is not a prevailing party and defendant herein is entitled to his attorneys fees under 42 U.S.C. § 1988.

15. Defendant further pleads that the plaintiff's claims for punitive damages, as well as any judgment ultimately rendered herein awarding punitive damages constitutes a contravention of the Texas and United Stated Constitution in that :

    a. Any award of punitive damages is arbitrary, unreasonable, excessive and in violation of the Defendant's rights to due process of law and equal protection of the law under the Fifth, Eighth and Fourteenth Amendments of the United States Constitution and Article I, Sections 13 and 19, of the Texas Constitution;

    b. Any award of punitive damages is in violation of the due process clause of the United States and Texas Constitution which require that punitive damages

against the Defendant be proved beyond a reasonable doubt under the Sixth Amendment to the United States Constitution, or in the alternative, should be proved by clear and convincing standard of proof.  Unless such protections are afforded to the Defendant, Defendant's rights are being violated in contravention of the Sixth Amendment to the United States Constitution;

c.   Punitive damages under the Texas procedural law constitute and excess fine in violation of the Eighth Amendment of the Constitution of the United States.

### III.
### RESERVATIONS

Without waiving the foregoing denials and affirmative defenses but still assisting upon the same for further answer, if any be necessary, defendant reserves the right to file any and all amended answers, cross-actions, third-party actions, counter-claims, motions and discovery as defendant may deem proper.  Defendant hereby requests a trial by jury.

WHEREFORE, PREMISES CONSIDERED, defendant prays that upon final trial and hearing hereof, plaintiff take nothing by his suit, that defendant recover all costs incurred herein, and that defendant has such other and further relief, at law or in equity, to which they may show themselves to be justly entitled.

Signed on June 17, 2002.

4

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
    Charles Willette, Jr
    State Bar No. 21509700
    USDC Adm. No. 1937

## CERTIFICATE OF SERVICE

I, hereby certify that on June 17, 2002, a true and correct copy of the above and foregoing has been served on all counsel of record via fax and Certified Mail, Return Receipt Requested as herein below noted:

J. Arnold Aguilar
Law Offices of J. Arnold Aguilar
Artemis Square, Ste. H-2
1200 Central Blvd.
Brownsville, Texas 78520

Craig H. Vittitoe
Adams & Graham, L.L.P.
222 East Van Buren, West Tower
Harlingen, Texas 78551

Elizabeth G. Neally
Roerig, Oliveira, & Fisher, L.L.P.
855 W. Price Road, Ste. 9
Brownsville, Texas 78520



_____
Charles Willette, Jr.

5