

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 1 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DINO X. CHAVEZ | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, NOE SAUCEDA, | § | B - 02 - 128 |
| and RANDY DUNN, MARILYN DEL | § | |
| BOSQUE-GILBERT and HUGH EMERSON, | § | |
| JR., in their official capacities as Board | § | |
| Members of Brownsville Independent | § | |
| School District | § | |

### PLAINTIFF'S CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE U.S. DISTRICT COURT:

COMES NOW **DINO X. CHAVEZ,** Plaintiff herein and files this his Certificate of Disclosure of Interested Parties in the outcome of this litigation as follows:

(1) **Plaintiff**
Dino X. Chavez

**Plaintiff's counsel:**
J. Arnold Aguilar
LAW OFFICE J. ARNOLD AGUILAR
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, TX 78520

(2) **Defendant**
Brownsville Independent School District

**Defendant BISD's counsel:**
Elizabeth G. Neally
Ricardo Morado
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Rd., Suite 9
Brownsville, TX 78520

(3) **Defendant**
Noe Sauceda

**Defendant NOE SAUCEDA's counsel:**
Charles V. Willette, Jr.
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, TX 78521

(4) **Defendants**
Randy Dunn
Marilyn Del Bosque-Gilbert
Hugh Emerson

**Defendants' counsel:**
Craig H. Vittitoe
ADAMS & GRAHAM
P.O. Drawer 1429
Harlingen, TX 78551

(5) Defendants have not yet identified insurance carrier or risk pool association.

Signed on this the _21st_ day of June, 2002.

                              Respectfully submitted,

                              **LAW OFFICE**
                              **J. ARNOLD AGUILAR**
                              Artemis Square, Suite H-2
                              1200 Central Boulevard
                              Brownsville, Texas  78520
                              Telephone   :  (956) 504-1100
                              Facsimile    :  (956) 504-1408

By: _____
      J. Arnold Aguilar
      State Bar No. 00936270
      Federal Adm. No. 6822

      Attorney for Plaintiff,
      DINO X. CHAVEZ

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **PLAINTIFF'S CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES** has on this the 21st day of June, 2002, been forwarded via certified mail, return receipt requested to:

Ms. Elizabeth G. Neally
Mr. Ricardo Morado
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Rd., Suite 9
Brownsville, TX 78520


Mr. Charles V. Willette, Jr.
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, TX 78521


Mr. Craig H. Vittitoe
ADAMS & GRAHAM
P.O. Drawer 1429
Harlingen, TX 78551


_____
J. Arnold Aguilar