IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 5 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| DINO X. CHAVEZ | : |
| | : |
| VS. | : |
| | : |
| BROWNSVILLE INDEPENDENT | : CIVIL ACTION NO.: B-02-128 |
| SCHOOL DISTRICT, NOE SAUCEDA, | : (JURY DEMANDED) |
| and RANDY DUNN, MARILYN DEL | : |
| BOSQUE-GILBERT and | : |
| HUGH EMERSON, JR., in their official | : |
| capacities as Board Members of Brownsville | : |
| Independent School District | : |

**UNOPPOSED MOTION FOR ADDITIONAL TIME TO FILE AN ANSWER
OR RESPONSIVE PLEADINGS TO THE PLAINTIFF'S PETITION (COMPLAINT)
FILED BY CO-DEFENDANTS, RANDY DUNN, MARILYN DEL BOSQUE-GILBERT
AND HUGH EMERSON, JR.**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW Movants, Randy Dunn, Marilyn Del Bosque-Gilbert, and Hugh Emerson, Jr., Co-Defendants in this cause, represented by their attorney, Craig H. Vittitoe, of Adams & Graham, L.L.P., filing this motion entitled *"Unopposed Motion for Additional Time to File an Answer or Responsive Pleadings to the Plaintiff's Petition (Complaint)"*.

**I.**

A. This lawsuit was filed in the 404th Judicial District Court of Cameron County, Texas. Subsequently, the cause was timely removed to this court upon federal question jurisdiction grounds.

B. Defendants, Randy Dunn, Marilyn Del Bosque-Gilbert, and Hugh Emerson, Jr., have been served with citation. Counsel calculates that an answer or responsible pleading to the petition (complaint) is due on June 26, 2002.

C. Counsel for Movants has not had an opportunity to confer with all of his clients so as to adequately prepare an answer(s) or responsive pleadings to the Plaintiff's Petition (Complaint).

D. Movants requests until July 15, 2002 to file an Answer(s) or other responsive pleadings to the Plaintiff's Petition (Complaint) on behalf of Defendants, Randy Dunn, Marilyn Del Bosque-Gilbert, and Hugh Emerson, Jr. Movants' counsel has conferred with Plaintiff's counsel. Plaintiff's counsel is unopposed to this request.

## II.

### Certificate of Conference

Movants' counsel has conferred with Plaintiff's counsel as evidenced by the attached correspondence dated June 24, 2002, marked as Exhibit "A". Plaintiff's counsel is unopposed to this motion.

WHEREFORE, PREMISES CONSIDERED, Movants pray for leave of court to file an answer or responsive pleadings to the Plaintiff's Petition (Complaint) on or before Monday, July 15, 2002.

Respectfully submitted,

ADAMS & GRAHAM, L.L.P.
222 East Van Buren, West Tower
P. O. Drawer 1429
Harlingen, Texas 78551-1429
(956) 428-7495
(956) 428-2954 (Fax)

By:_____
**CRAIG H. VITTITOE**
State Bar No. 20593900
Federal I.D. No. 18756
**ROGER W. HUGHES**
State Bar No. 10229500
Federal I.D. No. 5950

ATTORNEYS FOR DEFENDANTS, RANDY DUNN,
MARILYN DEL BOSQUE-GILBERT, and
HUGH EMERSON, JR., in their official capacities
As Board Members of Brownsville Independent
School District

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing instrument was forwarded to the following attorneys of record on this the _____ day of June, 2002.

**U.S. 1ST CLASS MAIL**
Mr. J. Arnold Aguilar
**LAW OFFICES OF J. ARNOLD AGUILAR**
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, TX 78520
*ATTORNEY FOR PLAINTIFF, DINO X. CHAVEZ*

**U.S. 1ST CLASS MAIL**
Mr. Charles Willette, Jr.
**WILLETTE & GUERRA**
3505 Boca Chica Boulevard, Suite 460
Brownsville, TX 78520
*ATTORNEYS FOR DEFENDANT, NOE SAUCEDA*

**U.S. 1ST CLASS MAIL**
Ms. Elizabeth G. Neally
**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 West Price Road, Suite 9
Brownsville, TX 78520
*ATTORNEY FOR DEFENDANT,*
*BROWNSVILLE INDEPENDENT SCHOOL DISTRICT*

_____
CRAIG H. VITTITOE

LAW OFFICES OF
## ADAMS & GRAHAM, L.L.P.
AFFILIATED WITH HILL GILSTRAP RIGGS
ADAMS & GRAHAM, L.L.P.

CRAIG H. VITTITOE
Partner

222 E. VAN BUREN, WEST TOWER
P. O. DRAWER 1429
HARLINGEN, TEXAS 78551
TEL. (956) 428-7495   FAX (956) 428-2954
adamsgraham.com

AFFILIATE OFFICES
AUSTIN
CHICAGO
DALLAS/FORT WORTH
LITTLE ROCK

June 24, 2002

**Via Fax Delivery (956) 504-1408**
**& Regular U.S. 1st Class Mail**

Mr. J. Arnold Aguilar
LAW OFFICES OF J. ARNOLD AGUILAR
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, TX 78520

Re:   Civil Action No. B-02-128, in the United States District Court for the Southern District of Texas, Brownsville Division; Dino Chavez vs. Brownsville Independent School District, et al; A&G File No. B-1415

Dear Arnold:

This is to confirm my secretary, Marina's telephone conference with you this morning. I would have called you myself I was anticipating that I would be selecting a jury shortly for a trial in state court. In any event, thank you for agreeing to my request communicated over the phone. I would appreciate you reviewing this letter and if it meets with your approval, please sign below as I intend to attach it to an unopposed motion for leave to file answers and/or responsive pleadings. In particular, you and your client have agreed that my clients, Marilyn Del Bosque-Gilbert, Randy Dunn and Hugh Emerson, may have additional time to file an answer(s) or responsive pleadings to the Plaintiff's petition (complaint). Such that, you have agreed that my clients may file answers or responsive pleadings on or before Monday, July 15, 2002. Accordingly, I will advise the federal court that you are unopposed to my clients' request for leave of court to file an answer(s) or responsive pleadings to your client's petition on or before July 15, 2002.

Thank you for your cooperation and assistance.

Sincerely,

ADAMS & GRAHAM, L.L.P.

CRAIG H. VITTITOE

CHV:mrq

Agreed to:
J. Arnold Aguilar
Date: 6/25/02



EXHIBIT A