IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 2 8 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

DINO X. CHAVEZ :
:
VS. :
:
:
BROWNSVILLE INDEPENDENT : CIVIL ACTION NO.: B-02-128
SCHOOL DISTRICT, NOE SAUCEDA, : (JURY DEMANDED)
and RANDY DUNN, MARILYN DEL :
BOSQUE-GILBERT and :
HUGH EMERSON, JR., in their official :
capacities as Board Members of Brownsville :
Independent School District :

### ORDER GRANTING LEAVE FOR DEFENDANTS DUNN, GILBERT AND EMERSON TO FILE AN ANSWER OR RESPONSIVE PLEADINGS TO THE PLAINTIFF'S PETITION (COMPLAINT)

ON THIS DAY came the court in response to "the motion" entitled "*Unopposed Motion for Additional Time to File an Answer or Responsive Pleadings to the Plaintiff's Petition (Complaint)*".

After having considered the motion, the court is the opinion that the same should be granted.

Accordingly, **IT IS HEREBY ORDERED** by the court that Defendants, Dunn, Gilbert and Emerson, are granted leave of the court to file an answer(s) or responsive pleadings to the Plaintiff's Petition (Complaint) on or before Monday, July 15, 2002.

DONE THIS the 27 day of June, 2002 in Brownsville, Texas.

UNITED STATES DISTRICT JUDGE
*SOUTHERN DISTRICT OF TEXAS*
*BROWNSVILLE DIVISION*

*Copies to:*

J. Arnold Aguilar, Artemis Square, Suite H-2, 1200 Central Boulevard, Brownsville, TX 78520
Charles Willette, Jr., 3505 Boca Chica Boulevard, Suite 460, Brownsville, TX 78520
Elizabeth G. Neally, 855 West Price Road, Suite 9, Brownsville, TX 78520
Craig H. Vittitoe, P.O. Drawer 1429, Harlingen, TX 78551-1429