UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 1 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DINO X. CHAVEZ | § § § | |
| VS. | § § | B-02-128 |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, NOE SAUCEDA, and RANDY DUNN, MARILYN DEL BOSQUE-GILBERT and HUGH EMERSON, JR., in their official capacities as Board Members of Brownsville Independent School District | § § § § § § § § | JURY REQUESTED |

### DEFENDANT NOE SAUCEDA'S DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, NOE SAUCEDA, a named defendants in the above styled and numbered cause and pursuant to the Court's Order for Conference and Disclosure of Interested Parties, hereby certifies that the only persons, associations, etc., that are known to this defendant to be financially interested in the outcome of this litigation are:

1. Plaintiff Dino X. Chavez

2. Plaintiff's counsel, J. Arnold Aguilar

3. Defendant Brownsville Independent School District

4. Defendant BISD's counsel, Elizabeth G. Neally

5. Defendant Randy Dunn

6. Defendant Marilyn Del Bosque-Gilbert

7. Defendant Hugh Emerson

8. Defendants Dunn, Del Bosque-Gilbert and Emerson counsel, Craig H. Vittitoe

9. Defendant Noe Sauceda

10. Defendant Sauceda's counsel, Charles Willette, Jr.

11. Texas Association of School Boards, Inc.

12. Texas Association of School Boards Risk Management Fund

Signed on July 1, 2002.

          Respectfully submitted,

          WILLETTE & GUERRA, L.L.P.
          International Plaza, Ste. 460
          3505 Boca Chica Blvd.
          Brownsville, Texas 78521
          Telephone: (956) 541-1846
          Facsimile: (956) 541-1893

          By: _____
              Charles Willette, Jr
              State Bar No. 21509700
              USDC Adm. No. 1937
              Attorney for Noe Sauceda

## CERTIFICATE OF SERVICE

I, hereby certify that on July 1, 2002, a true and correct copy of the above and foregoing has been served on all counsel of record via fax and Certified Mail, Return Receipt Requested as herein below noted:

J. Arnold Aguilar
Law Offices of J. Arnold Aguilar
Artemis Square, Ste. H-2
1200 Central Blvd.
Brownsville, Texas 78520
*Attorney for Plaintiff*

Craig H. Vittitoe
Adams & Graham, L.L.P.
222 East Van Buren, West Tower
Harlingen, Texas 78551
*Attorney for Dunn, Del Bosque-Gilbert, Emerson*

Elizabeth G. Neally
Roerig, Oliveira, & Fisher, L.L.P.
855 W. Price Road, Ste. 9
Brownsville, Texas 78520
*Attorney for BISD*

_____
Charles Willette, Jr.