IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 1 2002

Michael N. Milby
Clerk of Court

DINO X. CHAVEZ :
:
VS. :
:
BROWNSVILLE INDEPENDENT : CIVIL ACTION NO.: B-02-128
SCHOOL DISTRICT, NOE SAUCEDA, : (JURY DEMANDED)
and RANDY DUNN, MARILYN DEL :
BOSQUE-GILBERT and :
HUGH EMERSON, JR., in their official :
capacities as Board Members of Brownsville :
Independent School District :

**CERTIFICATE LISTING ENTITIES THAT ARE FINANCIALLY INTERESTED IN THE OUTCOME OF THIS LITIGATION FILED BY CO-DEFENDANTS, RANDY DUNN, MARILYN DEL BOSQUE-GILBERT AND HUGH EMERSON, JR.**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, counsel for the Co-Defendants, RANDY DUNN, MARILYN DEL BOSQUE-GILBERT AND HUGH EMERSON, JR., in their official capacities as Board Members of Brownsville Independent School District by and through their attorney of record, Craig H. Vittitoe, of the law firm of Adams & Graham, L.L.P., filing this the certificate disclosing to the court all entities that are financially interested in the outcome of this litigation. Those persons or entities are identified as follows:

1. **Plaintiff,**
   Dino X. Chavez

   **Plaintiff's counsel:**
   J. Arnold Aguilar
   LAW OFFICES OF J. ARNOLD AGUILAR
   Artemis Square, Suite H-2
   1200 Central Boulevard
   Brownsville, TX 78520

2. **Defendant,**
   Brownsville Independent School District

   **Defendant BISD's counsel:**
   Elizabeth G. Neally
   Ricardo Morado
   ROERIG, OLIVEIRA & FISHER, L.L.P.
   855 West Price Road, Suite 9
   Brownsville, TX 78520

3. **Defendant,**
   Noe Sauceda

   **Defendant, NOE SAUCEDA's counsel:**
   Charles Willette, Jr.
   WILLETTE & GUERRA
   International Plaza, Suite 460
   3505 Boca Chica Boulevard
   Brownsville, TX 78520

4. **Defendants,**
   Randy Dunn
   Marilyn Del Bosque-Gilbert
   Hugh Emerson, Jr.

   **Defendants' counsel:**
   Craig H. Vittitoe
   ADAMS & GRAHAM, L.L.P.
   222 E. Van Buren, West Tower
   P. O. Box 1429
   Harlingen, TX 78551-1429

WHEREFORE, PREMISES CONSIDERED, counsel prays that their certificate be filed in the papers of the case.

Respectfully submitted,

ADAMS & GRAHAM, L.L.P.
222 East Van Buren, West Tower
P. O. Drawer 1429
Harlingen, Texas 78551-1429
(956) 428-7495
(956) 428-2954 (Fax)

By:_____
   **CRAIG H. VITTITOE**
State Bar No. 20593900
Federal I.D. No. 18756
**ROGER W. HUGHES**
State Bar No. 10229500
Federal I.D. No. 5950

ATTORNEYS FOR DEFENDANTS, RANDY DUNN, MARILYN DEL BOSQUE-GILBERT, and HUGH EMERSON, JR., in their official capacities As Board Members of Brownsville Independent School District

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing instrument was forwarded to the following attorneys of record on this the 28 day of June, 2002.

**U.S. 1ST CLASS MAIL**
Mr. J. Arnold Aguilar
**LAW OFFICES OF J. ARNOLD AGUILAR**
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, TX 78520
*ATTORNEY FOR PLAINTIFF, DINO X. CHAVEZ*

**U.S. 1ST CLASS MAIL**
Mr. Charles Willette, Jr.
**WILLETTE & GUERRA**
3505 Boca Chica Boulevard, Suite 460
Brownsville, TX 78520
*ATTORNEYS FOR DEFENDANT, NOE SAUCEDA*

**U.S. 1ST CLASS MAIL**
Ms. Elizabeth G. Neally
**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 West Price Road, Suite 9
Brownsville, TX 78520
*ATTORNEY FOR DEFENDANT,*
*BROWNSVILLE INDEPENDENT SCHOOL DISTRICT*

_____
CRAIG H. VITTITOE