United States District Court
Southern District of Texas
FILED

JUL 0 2 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DINO CHAVEZ § § § vs. § § BROWNSVILLE INDEPENDENT § SCHOOL DISTRICT, NOE SAUCEDA, § and RANDY DUNN, MARILYN DEL § BOSQUE-GILBERT and HUGH § EMERSON, JR., in their official § capacities as Board Members of § Brownsville Independent School District § § | CIVIL ACTION NO. B-02-128 |

## DEFENDANT BROWNSVILLE INDEPENDENT SCHOOL DISTRICT'S DISCLOSURE OF INTERESTED PERSONS

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW**, BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, one of the Defendants in the above-styled and numbered cause and pursuant to the Court's Order for Conference and Disclosure of Interested Parties, hereby certifies that the only person association, etc., that are known to this Defendant to be financially interested in the outcome of this litigation are:

1. Plaintiff, Dino Z. Chavez

2. Plaintiff's counsel, J. Arnold Aguilar

3. Defendant, Brownsville Independent School District

4. Defendant' BISD's counsel, Roerig, Oliveira & Fisher, L.L.P.

5. Defendant Randy Dunn

6.  Defendant Marilyn Del Bosque-Gilbert

7.  Defendant Hugh Emerson

8.  Defendants Dunn, Del Bosque-Gilbert and Emerson counsel, Craig H. Vittitoe

9.  Defendant Noe Sauceda

10. Defendant Sauceda's counsel Charles Willette, Jr.

11. Texas Association of School Boards, Inc.

12. Texas Association of School Boards Risk Management Fund

Signed on July 2, 2002.

                                  Respectfully submitted,

                                  **ROERIG, OLIVEIRA & FISHER, LLP**
                                  855 West Price Road, Suite 9
                                  Brownsville, Texas 78550
                                  Telephone: (956) 542-5666
                                  Facsimile: (956) 542-0016

                                  Counsel for Defendant,
                                  Brownsville Independent School District

                                  By: _____
                                        Elizabeth G. Neally
                                        State Bar No. 14840400
                                        Federal Bar No. 8044

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing Defendant Brownsville Independent School District's Disclosure of Interested Parties has been mailed, Certified Mail, Return Receipt Requested, to the Counsel of Record, as follows:

J. Arnold Aguilar
**Law Office of J. Arnold Aguilar**
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520

Charles V. Willette, Jr.
**Willette & Guerra**
3505 Boca Chica Boulevard, Suite 460
Brownsville, Texas 78521

Craig H. Vittitoe
**ADAMS & GRAHAM, L.L.P.**
222 East Van Buren, West Tower
P. O. Box 1429
Harlingen, Texas 78551

on this 2 day of July, 2002.

_____
ELIZABETH G. NEALLY