United States District Court
Southern District of Texas
ENTERED

AUG 0 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DINO X. CHAVEZ § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. |
| BROWNSVILLE INDEPENDENT § | |
| SCHOOL DISTRICT, NOE SAUCEDA, § | B - 02 - 128 |
| and RANDY DUNN, MARILYN DEL § | |
| BOSQUE-GILBERT and HUGH EMERSON, § | |
| JR., in their official capacities as Board § | |
| Members of Brownsville Independent § | |
| School District § | |

## ORDER GRANTING MOTION FOR LEAVE TO FILE PLAINTIFF'S FIRST AMENDED ORIGINAL COMPLAINT

On this the _2_ day of _August_, 2002, came **Plaintiff's Motion for Leave to File Plaintiff's First Amended Original Complaint** and the Court being of the opinion that said Motion should be GRANTED;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion for Leave to File Plaintiff's First Amended Original Complaint is hereby Granted and the Clerk is hereby directed to file Plaintiff's First Amended Original Complaint.

Signed this the _2_ day of _August_, 2002.

_____
U.S. DISTRICT JUDGE