*19*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 5 2002

Michael N. Milby
Clerk of Court

DINO CHAVEZ                        §
                                  §
vs.                               §    CIVIL ACTION NO. B-02-128
                                  §
BROWNSVILLE INDEPENDENT           §
SCHOOL DISTRICT, NOE SAUCEDA,     §
                                  §

## JOINT DISCOVERY / CASE MANAGEMENT PLAN
### Under Rule 26(f) Federal Rules of Civil Procedure

1.   **State when and where the meeting of the parties required by Rule 26(f) was held and identify the counsel who attended for each party.**

     A telephone conference was held between counsel for Plaintiff Chavez, J. Arnold Aguilar; counsel for Defendant Brownsville Independent School District, Elizabeth G. Neally; and counsel for Defendant Noe Sauceda, Eileen Leeds, on October 14, 2002.

2.   **List the cases related to this one that are pending in any state or federal court, with the case number and court.**

     None.

3.   **Specify the allegation of federal jurisdiction.**

     42 U.S.C. §1983      Deprivation of Constitutional rights to   free speech, equal
                          protection, liberty, and to due process law.

     First Amendment to the U.S. Constitution — Free Speech Rights

     Fourteenth Amendment to the U.S. Constitution — Violation of Equal Protection, Liberty and Due Process

4.      **Name the parties who disagree and the reasons.**

      None.

5.      **List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.**

      None.

6.      **List anticipated interventions.**

      None.

7.      **Describe class-action issues.**

      None.

8.      **State whether each party represents that it has made the initial disclosures required by Rule 26(a).  If not, describe the arrangements that have been made to complete the disclosures.**

      All parties agree to provide initial disclosures by October 28, 2002.

9.      **Describe the proposed agreed discovery plan, including:**

      A.      **Responses to all the matters raised in Rule 26(f)**.

            October 28, 2002

      B.      **When and to whom the Plaintiff anticipates it may send interrogatories.**

            Plaintiff anticipates sending interrogatories and requests for production to Defendants by November 15, 2002.

**C.   When and to whom the Defendant anticipates it may send interrogatories.**

Defendant Brownsville I.S.D. has already sent to Plaintiff, and will send to Co-Defendants within 90 days.

Defendant Sauceda intends to send interrogatories to Plaintiff immediately after the Initial Scheduling Conference.

**D.   Of whom and by when the Plaintiff anticipates taking oral depositions.**

Plaintiff anticipates taking depositions of Defendant Noe Sauceda, Brownsville I.S.D. Board members, and witnesses identified by Defendants by February 28, 2003.

**E.   Of whom and by when the Defendant anticipates taking oral depositions.**

Defendant BISD will depose Plaintiff within 90 days and witnesses as identified by Plaintiff.

Defendant Sauceda anticipates taking the deposition of Plaintiff within 60 days of the receipt of Plaintiff's response to written discovery.  He may also take the deposition of Plaintiff's former employer, and BISD Board members that were on the Board at the time of the incidents made the basis of this lawsuit.

**F.   When the plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B) and when the opposing party will be able to designate responsive experts and provide their reports.**

Plaintiff Chavez — February 14, 2003

Defendant BISD — March 14, 2003

Defendant Sauceda — If needed, Defendant Sauceda will designate responsive experts 30 days from receipt of Plaintiff's expert report and deposition.

**G.   List expert depositions the Plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date.  See Rule 26(a)(2)(B) (expert report).**

Plaintiff anticipates taking the depositions of experts named by Defendants within 30 days of their designation and receipt of their report.

H.    List expert depositions the opposing party anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

If needed, Defendants BISD and Sauceda will take the deposition of Plaintiff's expert within 30 days of receiving their report.

10.    **If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.**

Not applicable.

11.    **Specify the discovery beyond initial disclosures that has been undertaken to date.**

Interrogatories and Request for Production have been sent by Brownsville Independent School District to Plaintiff Chavez.

12.    **State the date the planned discovery can reasonably be completed.**

April 14, 2002.

13.    **Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.**

The parties have agreed to consider mediation once sufficient facts have been developed.

14.    **Describe what each party has done or agreed to do to bring about a prompt resolution.**

The parties have agreed to consider mediation once sufficient facts have been developed.

15.    **From the attorneys' discussions with the client, state the alternative dispute resolution techniques that are reasonably suitable, and state when such a technique may be effectively used in this case.**

Pending resolution of Defendants Sauceda's and BISD's legal defenses, they may be willing to participate in mediation.

16. **Magistrate judges may now hear jury and non-jury trials.   Indicate the parties' joint position on a trial before a magistrate judge.**

   Not agreed to at this time.

17. **State whether a jury demand has been made and if it was made on time.**

   Yes.

18. **Specify the number of hours it will take to present the evidence in this case.**

   Plaintiff Chavez — Approximately 20 hours.

   Defendant BISD — Approximately 20 hours

   Defendant Sauceda — Approximately 8 hours

19. **List pending motions that could be ruled on at the initial pretrial and scheduling conference.**

   Defendant Brownsville Independent School District's Motion to Dismiss

   Defendant Noe Sauceda's Motion to Dismiss.

20. **List other motions pending.**

   None.

21. **Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.**

   None.

23.    List the names, bar numbers, addresses and telephone numbers of all counsel.

Counsel of Plaintiff
DINO X. CHAVEZ

LAW OFFICE OF J. ARNOLD AGUILAR
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520
Telephone: (956) 504-1100
Facsimile: (956) 504-1408

By: _____ with permission _____
      J. ARNOLD AGUILAR
      State Bar No.  00936270
      Federal Bar No. 6822

Counsel for Defendant:
BROWNSVILLE INDEPENDENT
SCHOOL DISTRICT

ROERIG, OLIVEIRA & FISHER, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

By: _____
      ELIZABETH G. NEALLY
      State Bar No. 14840400
      Federal Bar No. 8044
      RICARDO MORADO
      State Bar No. 14417250
      Federal Bar No. 1213

Counsel for Defendant:
NOE SAUCEDA

WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____ w/ permission _____
      EILEEN M. LEEDS
      State Bar No.  00791093
      Federal Bar No. 16799
      CHARLES WILLETTE, JR.
      State Bar No. 21509700
      Federal Bar No. 1937