IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DINO X. CHAVEZ | § § § | |
| VS. | § § | CIVIL ACTION NO. B-02-128 |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT AND NOE SAUCEDA | § § § | JURY REQUESTED |

United States District Court
Southern District of Texas
FILED

OCT 1 5 2002

Michael N. Milby
Clerk of Court

### DEFENDANT NOE SAUCEDA'S DESIGNATION OF LEAD COUNSEL

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COMES NOW, NOE SAUCEDA, one of the Defendants in the above-styled and numbered cause, and hereby designate the following:

> Eileen M. Leeds
> State Bar No. 00791093
> Federal I.D. No. 16799
>
> WILLETTE & GUERRA, L.L.P.
> International Plaza, Ste. 460
> 3505 Boca Chica Blvd.
> Brownsville, Texas 78521
> Telephone: (956) 541-1846
> Facsimile: (956) 541-1893

as attorney-in-charge on its behalf to have full control and management of its cause and to receive all further communications from the Court and other counsel relating to this cause.

                Respectfully submitted,

                WILLETTE & GUERRA, L.L.P.
                International Plaza, Ste. 460
                3505 Boca Chica Blvd.
                Brownsville, Texas 78521
                Telephone: (956) 541-1846
                Facsimile: (956) 541-1893

        By: _____
                Eileen M. Leeds
                State Bar No. 00791093
                USDC Adm. No. 16799
                Charles Willette, Jr
                State Bar No. 21509700
                USDC Adm. No. 1937

## CERTIFICATE OF SERVICE

I hereby certify that on this the 14th day of October, 2002, a true and correct copy of the above and foregoing instrument has been forwarded to opposing counsel of record as noted hereunder.

**VIA CM/RRR # 7002 0460 0000 6650 0785**
Mr. J. Arnold Aguilar
Law Offices of J. Arnold Aguilar
Artemis Square, Ste. H-2
1200 Central Blvd.
Brownsville, Texas 78520

**VIA REGULAR MAIL**
Elizabeth G. Neally
Roerig, Oliveira, & Fisher, L.L.P.
855 W. Price Road, Ste. 9
Brownsville, Texas 78520

                _____
                Eileen M. Leeds