| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

DINO CHAVEZ §

vs. § Civil Action B: 02-128

BROWNSVILLE INDEPENDENT §
SCHOOL DISTRICT, ET AL

United States District Court
Southern District of Texas
ENTERED

NOV 0 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

## SCHEDULING ORDER

1. Trial: Estimated time to try: __7-8__ days.    ☐ Bench  ■ Jury

2. New parties must be joined by: ____N/A____
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by: __2/14/03__

4. The defendant's experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff's expert.  __3/14/03__

5. Discovery must be completed by: __4/14/03__
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.
   No continuance will be granted because of information acquired in post-deadline discovery.*

***************************The Court will provide these dates***************************

6. Dispositive Motions will be filed by: __5/12/03__

7. Joint pretrial order is due: __8/20/03__

8. Docket Call and final pretrial conference is set for 1:30 p.m. on: __9/4/03__

9. Jury Selection is set for 9:00 a.m. on: __9/8/03__
   *(The case will remain on standby until tried)*

Signed __November 5__, 2002, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge