IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DINO CHAVEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-128 |
| | § | |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT AND NOE SAUCEDA, | § § § | |
| | § | |
| Defendants. | § | |

## ORDER

Be it REMEMBERED, that on January 10, 2003, the Court **GRANTED** Defendant Brownsville Independent School District's Unopposed Motion for Leave to File Third Party Petition Against American Family Life Assurance Company of Columbus ("AFLAC").

DONE at Brownsville, Texas, this 10th day of January, 2003.

Hilda G. Tagle
United States District Judge