United States District Court
Southern District of Texas
FILED

JAN 1 4 2003

Michael M. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DINO CHAVEZ | § | |
| | § | |
| vs. | § | |
| | § | |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, and NOE SAUCEDA, | § | CIVIL ACTION NO. B-02-128 |
| ---------------------------------------------------- | § | |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, | § | |
| | § | |
| vs. | § | |
| | § | |
| AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS (AFLAC) | § | |

**BROWNSVILLE INDEPENDENT SCHOOL DISTRICT'S
THIRD PARTY PETITION AGAINST
AMERICAN FAMILY LIFE ASSURANCE COMPANY, OF COLUMBUS (AFLAC)**

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW,** BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, one of the Defendants in the above-styled and numbered cause and files and serves this its Third Party Petition against American Family Life Assurance Company, of Columbus (AFLAC) and would show the court the following:

**I.**

**PARTIES**

1. Defendant/Third-Party Plaintiff BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, is a governmental entity in Brownsville, Cameron County, Texas.

**DEFENDANT BROWNSVILLE INDEPENDENT SCHOOL DISTRICT'S THIRD PARTY PETITION
AGAINST AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS (AFLAC)**
23028 - Petition - Third Party (AFLAC).wpd

**PAGE 1**

2.　Third-Party Defendant AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS (AFLAC) is an insurance company with its mailing address of 1932 Wynton Road, American Family Center, Columbus GA 31999. American Family Life Assurance Company, of Columbus is licensed to do business in the State of Texas and may be served though its attorney of record, C. Brian Cassidy, 100 Congress Avenue, Suite 2500, Austin, Texas 78701.

## II.

## JURISDICTION AND VENUE

3. Third-Party Defendant AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS was doing business in Brownsville, Cameron County, Texas, and at all times relevant to this lawsuit, provided insurance plans by and through its independent contractor, Dino Chavez, Plaintiff in this lawsuit, to employees of the Brownsville Independent School District which caused the "incident" that is the subject of this lawsuit. Therefore, jurisdiction and venue are proper in Brownsville, Cameron County, Texas.

## III.

## FACTS

4.　On or about May 31, 2002, Plaintiff Dino Chavez, filed his Original Petition in the 404th Judicial District Court of Cameron County, Texas. Said petition was removed to the United States District Court for the Southern District of Texas, Brownsville Division by Defendant Brownsville Independent School District. Plaintiff Dino Chavez filed his First Amended Original Complaint on August 1, 2002, alleging that the Brownsville Independent School District deprivation of constitutional rights to free speech and due process of law causing extreme shame,

humiliation, embarrassment, loss of reputation, injury to his reputation, worry, anxiety, sleeplessness and damage to his personal health, for which he sues.

5. Plaintiff Chavez seeks damages for loss of wages, wage earning capacity, loss of income and income opportunities, loss of past and prospective earnings, and mental pain, suffering and damages to which he may be entitled under the law.

6. It is undisputed that Plaintiff, Dino Chavez was never an employee or a contractor or vendor for Defendant Brownsville Independent School District. Plaintiff, Dino Chavez was an independent contractor, employee or agent for American Family Life Assurance Company of Columbus (AFLAC) receiving commissions at all times material to this suit.

7. Third-Party Plaintiff BROWNSVILLE INDEPENDENT SCHOOL DISTRICT further asserts that any loss or damages allegedly sustained by Plaintiff DINO CHAVEZ, in his First Amended Original Complaint were caused by the negligence, want of care, and intentional conduct of AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS, which Third-Party Plaintiff has no control and therefore is not liable to Plaintiff DINO CHAVEZ.

8. Third-Party Plaintiff, BROWNSVILLE I.S.D. would show unto this Honorable Court that he denies any responsibility for, or liability to the Plaintiff with respect to the allegations contained in Plaintiff's Original Petition. Nevertheless, in the event that the Plaintiff should prevail against the Defendant, BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, it would show that it is entitled to contribution and/or indemnity from Third-Party Defendant, AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS.

DEFENDANT BROWNSVILLE INDEPENDENT SCHOOL DISTRICT'S THIRD PARTY PETITION
AGAINST AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS (AFLAC)
23028 - Petition - Third Party (AFLAC).wpd

**PAGE 3**

**V.**

**9.** Third-Party Plaintiff would show that the damages of Plaintiff were proximately caused by the negligent conduct of Third-Party Defendant AFLAC in wrongfully terminating AFLAC's contract with Dino Chavez.

**10.** All conditions precedent to the filing of this suit and the recovery of the damages prayed for herein have occurred and have been performed.

**VI.**

**DAMAGES**

**11.** In Plaintiff's Amended Original Complaint, Plaintiff alleges that he was terminated as a result of his conduct. Plaintiff further alleges that Defendant/Third-Party Plaintiff BROWNSVILLE INDEPENDENT SCHOOL DISTRICT is liable or responsible, in any part, for the occurrence in question and alleged damages, which liability and responsibility is still expressly denied.

**12.** In the unlikely event that it should be determined by the Jury that Defendant/Third Party Plaintiff BROWNSVILLE INDEPENDENT SCHOOL DISTRICT is liable or responsible, in any part for the occurrence in question and alleged damages, which liability and responsibility is still expressly denied, Defendant/Third-Party Plaintiff states it is entitled to contribution from Third Party Defendant AFLAC for the reason that such Third Party Defendant here, is or may be liable to Plaintiff DINO CHAVEZ. Such liability is predicated upon the laws of the Tate of Texas. Further, Third-Party Defendant BROWNSVILLE I.S.D. is entitle to offset, credit, contribution and submission of proportionate responsibility from said Third Party Defendant.

DEFENDANT BROWNSVILLE INDEPENDENT SCHOOL DISTRICT'S THIRD PARTY PETITION
AGAINST AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS (AFLAC)
23028 - Petition - Third Party (AFLAC).wpd

**PAGE 4**

## VII.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Defendant/Third-Party Plaintiff BROWNSVILLE INDEPENDENT SCHOOL DISTRICT prays that Third-Party Defendant AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS be held responsible and for all such further relief to which it might be entitled.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, LLP**
855 West Price Road, Suite 9
Brownsville, Texas 78550
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

By: _____
ELIZABETH G. NEALLY
State Bar No. 14840400
Federal Bar No. 8044

RICARDO MORADO
State of Texas Bar No. 14417250
Federal Bar No. 1213

Counsel for Defendant BROWNSVILLE
INDEPENDENT SCHOOL DISTRICT

DEFENDANT BROWNSVILLE INDEPENDENT SCHOOL DISTRICT'S THIRD PARTY PETITION
AGAINST AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS (AFLAC)
23028 - Petition - Third Party (AFLAC).wpd

**PAGE 5**

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing **Brownsville Independent School District's Third-Party Petition Against American Family Life Assurance Company of Columbus (AFLAC)** has been served via United States Postal Service, Certified Mail, Return Receipt Requested, to the Counsel of Record, as follows:

| | |
|---|---|
| J. Arnold Aguilar<br>**Law Office of J. Arnold Aguilar**<br>Artemis Square, Suite H-2<br>1200 Central Boulevard<br>Brownsville, Texas 78520<br>[CM/RRR #7160 3901 9844 7054 5555] | Eileen Leeds<br>**Willette & Guerra**<br>3505 Boca Chica Boulevard, Suite 460<br>Brownsville, Texas 78521<br>[CM/RRR #7160 3901 9844 7054 5562] |

on this 14th day of January, 2003.

ELIZABETH G. NEALLY

DEFENDANT BROWNSVILLE INDEPENDENT SCHOOL DISTRICT'S THIRD PARTY PETITION
AGAINST AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS (AFLAC)
23028 - Petition - Third Party (AFLAC) wpd

**PAGE 6**