IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 8 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DINO CHAVEZ | § | |
| | § | |
| vs. | § | |
| | § | |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, and NOE SAUCEDA, | § | |
| | § | |
| ------------------------------------------------ | § | CIVIL ACTION NO. B-02-128 |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, | § | |
| | § | |
| vs. | § | |
| | § | |
| AMERICAN FAMILY LIFE ASSURANCE | § | |
| COMPANY OF COLUMBUS (AFLAC) | § | |
| | § | |

## WAIVER OF SERVICE OF SUMMONS

TO:   C. BRIAN CASSIDY
         100 Congress Avenue, Suite 2500
         Austin, Texas 78701
         Attorney of Record for
         AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS (AFLAC)

I acknowledge receipt of your request that I waive service of a summons in the above-styled and numbered cause, in the United States District Court, Southern District of Texas, Brownsville Division,. I have also received a copy of the (1) Plaintiff's First Amended Original Petition, (2) Order Setting Conference,( 3) Scheduling Order, (4) Brownsville Independent School District's Third Party Petition Against American Family Life Assurance Company of Columbus (AFLAC) which have been filed in the above-styled and numbered cause, together with two copies of this instrument, and a self-addressed stamped envelope which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I on behalf of American Family Life Assurance Company of Columbus (AFLAC) be served with judicial process in the manner provided by Rule 4.

I on behalf of American Family Life Assurance Company of Columbus (AFLAC) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against American Family Life Assurance Company of Columbus (AFLAC) if an answer or motion under Rule 12 is not served upon you within sixty days after January 15, 2003.

_____
C. Brian Cassidy
Attorney for Service
American Family Life Assurance Company of
Columbus (AFLAC)

100 Congress Avenue, Suite ~~2500~~ 300
Austin, Texas 78701

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the Third Party Plaintiff's attorney a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.