IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 21 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| DINO CHAVEZ § | |
| § | |
| vs. § | |
| § | |
| BROWNSVILLE INDEPENDENT § | |
| SCHOOL DISTRICT and NOE SAUCEDA, § | CIVIL ACTION NO. B-02-128 |
| § | |
| § | |
| BROWNSVILLE INDEPENDENT § | |
| SCHOOL DISTRICT § | |
| § | |
| vs. § | |
| § | |
| AMERICAN FAMILY LIFE ASSURANCE § | |
| COMPANY OF COLUMBUS § | |
| § | |

### JOINT MOTION TO EXTEND DEADLINES

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW,** the Parties in the above-styled and numbered cause and files and serves this its Motion to Extend Deadlines, and would show the Court the following:

**I.**

1.  On November 5, 2002, the Scheduling Order was filed [Docket No. 23], setting out the deadlines for the above-styled and numbered cause. On or about January 15, 2003, American Family Life Assurance Company of Columbus ("AFLAC") was served by Defendant Brownsville Independent School District with the Third-Party Petition. AFLAC has until March 17, 2003, to file its answer.

2. The deposition of Plaintiff DINO CHAVEZ was scheduled to be conducted on January 24, 2003; however, due to AFLAC being joined in, the parties agreed to reschedule said deposition until March 4, 2003.

3. The present deadline for discovery is April 14, 2003 and Dispositive Motions to be filed by May 12, 2003.

4. Defendant respectfully requests this court to allow an extension of ninety (90) days on each of the deadlines set out on the Scheduling Order.

5. This Motion is not made for purposes of delay, but so that justice may be done.

**WHEREFORE, PREMISES CONSIDERED,** the parties request this court to extend the deadlines by ninety days to allow discovery to proceed with AFLAC, and grant such other and further relief as may be just and equitable.

Respectfully submitted,

**LAW OFFICE OF J. ARNOLD AGUILAR**
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520
Telephone: (956) 504-1100
Facsimile: (956) 504-1408

**Attorney for Plaintiff DINO CHAVEZ**

By: *J. Arnold Aguilar w/ permission*
J. Arnold Aguilar
State Bar No. 00936270
Federal Adm. No. 6822

**ROERIG, OLIVEIRA & FISHER, LLP**
855 West Price Road, Suite 9
Brownsville, Texas 78550
Telephone: (956) 542-5666
Facsimile: (956) 542-0016
Counsel for Defendant,

Attorney for Defendant **BROWNSVILLE INDEPENDENT SCHOOL DISTRICT**

By: _____
     Elizabeth G. Neally
     State Bar No. 14840400
     Federal Adm. No. 8044
     Ricardo Morado
     Federal ID No. 1213
     State Bar No. 14417250

**WILLETTE & GUERRA, L.L.P.**
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

Attorney for Defendant NOE SAUCEDA

By: _____ w/permission EN
     Eileen M. Leeds
     State Bar No. 00791093
     USDC Adm. No. 16799
     Charles Willette, Jr.
     State Bar No. 21509700
     USDC Adm. No. 1937

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing **JOINT MOTION FOR EXTENSION** has been served via United States Postal Service to the Counsel of Record, as follows:

J. Arnold Aguilar
**Law Office of J. Arnold Aguilar**
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520

Eileen Leeds
**Willette & Guerra**
3505 Boca Chica Boulevard, Suite 460
Brownsville, Texas 78521

C. Brian Cassidy
Buddy Steel
**Lock, Laddell & Sapp, L.L.P.**
100 Congress Avenue, Suite 300
Austin, Texas 78701

on this 20TH day of February, 2003.

ELIZABETH G. NEALLY

23028 - Mtn Ext.wpd