IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DINO X. CHAVEZ § | |
| § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. B-02-128 |
| BROWNSVILLE INDEPENDENT § | JURY REQUESTED |
| SCHOOL DISTRICT AND § | |
| NOE SAUCEDA § | |

United States District Court
Southern District of Texas
FILED

MAR 0 3 2003

Michael N. Milby
Clerk of Court

## DEFENDANT NOE SAUCEDA'S OBJECTION TO PLAINTIFF'S AMENDED MOTION FOR LEAVE TO FILE PLAINTIFF'S SECOND AMENDED ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, NOE SAUCEDA, named Defendant in the above-styled and numbered cause and files this his Objection to Plaintiff's Amended Motion for Leave to File Plaintiff's Second Amended Original Complaint and in support thereof, would respectfully show unto the court as follows:

I.

This Court ordered Plaintiff to submit a Rule 7(a) reply pursuant to a Motion filed by BISD. Such Reply should not have been accompanied by an attempt to introduce a completely new complaint into this case, and one which ignores this Court's Order dismissing the claim under the 14th Amendment. The Court should strike Plaintiff's Rule 7(a) Reply and order Plaintiff to replead pursuant to the Court's Order.

Additionally, Plaintiff is inappropriately adding a claim under the 5th Amendment of the U.S. Constitution. Plaintiff is well aware that 5th Amendment claims pertain to the federal government

and that there is no federal actor in this lawsuit. Moreover, he is attempting to change the claims pursuant to his 14th Amendment cause of action, despite this Court's order dismissing this cause. The changes in his pleading do not change the fact that Plaintiff has no protected property interest and is thus, not entitled to due process. This claim should be dismiss out of hand. Plaintiff should be ordered to replead properly under Rule 7, and conform his pleading with this Court's previous orders.

WHEREFORE, PREMISES CONSIDERED, Defendant Noe Sauceda prays this Court deny Plaintiff's Amended Motion for Leave to File Plaintiff's Second Amended Original Complaint and for all other relief to which he may be entitled.

Respectfully submitted,

Willette & Guerra, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: /s/ Eileen Leeds
Eileen M. Leeds
State Bar No. 00791093
USDC Adm. No. 16799

Charles Willette, Jr
State Bar No. 21509700
USDC Adm. No. 1937

**ATTORNEYS FOR DEFENDANT NOE SAUCEDA**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 3rd day of March, 2003, a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record as noted hereunder.

**VIA CM/RRR # 7002 0460 0000 6635 1974**
Mr. J. Arnold Aguilar
Law Offices of J. Arnold Aguilar
Artemis Square, Ste. H-2
1200 Central Blvd.
Brownsville, Texas 78520

**VIA REGULAR MAIL**
Elizabeth G. Neally
Roerig, Oliveira, & Fisher, L.L.P.
855 W. Price Road, Ste. 9
Brownsville, Texas 78520

**VIA REGULAR MAIL**
Mr. C. Brian Cassidy
Mr. Buddy Steel
Lock, Laddell & Sapp, L.L.P.
100 Congress Ave., Suite 300
Austin, Texas 78701

_____
Eileen M. Leeds