IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 1 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DINO CHAVEZ, | § | |
| Plaintiff, | § | |
| vs. | § | |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT and NOE SAUCEDA, | § | |
| Defendants | § | CIVIL ACTION NO. B-02-128 |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, | § | |
| Third-Party Plaintiff, | § | |
| vs. | § | |
| AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS (AFLAC), | § | |
| Third-Party Defendant | § | |

**THIRD-PARTY DEFENDANT AMERICAN FAMILY LIFE
ASSURANCE COMPANY OF COLUMBUS'S CERTIFICATE
<u>OF DISCLOSURE OF INTERESTED PARTIES</u>**

TO THE HONORABLE U.S. DISTRICT COURT JUDGE:

COMES NOW, Third-Party Defendant American Family Life Assurance Company of Columbus ("AFLAC") and files this Certificate of Disclosure of Interested Parties in the outcome of this litigation as follows:

1.  **Plaintiff**
    Dino X. Chavez

    **Plaintiff's Counsel**
    J. Arnold Aguilar
    LAW OFFICE OF J. ARNOLD AGUILAR
    Artemis Square, Suite H-2
    1200 Central Boulevard
    Brownsville, Texas 78520

2.  **Defendant**
    Brownsville Independent School District ("BISD")

    **Defendant BISD's Counsel**
    Elizabeth G. Neally
    Ricardo Morado
    ROERIG, OLIVEIRA & FISHER, LLP
    855 West Price Road, Suite 9
    Brownsville, Texas 78550

3.  **Defendant**
    Noe Sauceda ("Sauceda")

    **Defendant Sauceda's Counsel**
    Charles V. Willette, Jr.
    Eileen Leeds
    WILLETTE & GUERRA, L.L.P.
    3505 Boca Chica Boulevard., Suite 460
    Brownsville, Texas 78521

4.  **Texas Association of School Boards, Inc.**

5.  **Texas Association of School Boards Risk Management Fund**

6.  **Third-Party Defendant American Family Life Assurance Company of Columbus**

7.  <u>**AFLAC Incorporated**</u> **- Parent corporation of Third-Party Defendant**

8.  **Third-Party Defendants Counsel:**

    | | |
    |---|---|
    | William B. Steele III | Valorie C. Glass |
    | Attorney In Charge | ATLAS & HALL, L.L.P. |
    | LOCKE LIDDELL & SAPP LLP | 818 Pecan |
    | 100 Congress Ave., Suite 300 | P.O. Box 3725 |
    | Austin, Texas 78701 | McAllen, Texas 78502 |
    | (512) 305-4700 | (956) 682-5501 |
    | (512) 305-4800 (Fax) | (956) 686-6109 (Fax) |

04055:00005 : AUSTIN : 270980.1

Respectfully submitted,

*[signature]*

William B. Steele III
Attorney In Charge
So. Dist. No. 8019
State Bar No. 19107400
Of Counsel:
LOCKE LIDDELL & SAPP LLP
100 Congress Ave., Suite 300
Austin, Texas 78701
(512) 305-4700
(512) 305-4800 (Fax)

Valorie C. Glass
So. Dist. No. 15303
State Bar No. 00784135
Of Counsel:
ATLAS & HALL, L.L.P.
818 Pecan
P.O. Box 3725
McAllen, Texas 78502
(956) 682-5501
(956) 686-6109 (Fax)

**ATTORNEYS FOR THIRD-PARTY DEFENDANT AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS**

## CERTIFICATE OF SERVICE

I hereby certify by my signature below that a true and correct copy of the above has been forwarded by certified mail, return receipt requested, to the counsel of record listed below this ____ day of March, 2003.

>   Elizabeth G. Neally
>   Ricardo Morado
>   Roerig, Oliveira & Fisher, LLP
>   855 West Price Road, Suite 9
>   Brownsville, Texas 78550
>
>   J. Arnold Aguilar
>   Law Office of J. Arnold Aguilar
>   Artemis Square, Suite H-2
>   1200 Central Boulevard
>   Brownsville, Texas 78520
>
>   Eileen Leeds
>   Willette & Guerra
>   3505 Boca Chica Boulevard., Suite 460
>   Brownsville, Texas 78521

_____
William B. Steele III

4