United States District Court
Southern District of Texas
FILED

MAR 11 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DINO CHAVEZ, § § Plaintiff, § § vs. § § BROWNSVILLE INDEPENDENT § SCHOOL DISTRICT and NOE SAUCEDA, § § Defendants § § ---------------------------------------------- § BROWNSVILLE INDEPENDENT § SCHOOL DISTRICT, § § Third-Party Plaintiff, § § vs. § § AMERICAN FAMILY LIFE ASSURANCE § COMPANY OF COLUMBUS (AFLAC), § § Third-Party Defendant § | CIVIL ACTION NO. B-02-128 |

**AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS'S
JOINDER TO JOINT MOTION TO EXTEND DEADLINES**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Third-Party Defendant American Family Life Assurance Company of Columbus ("AFLAC"), by and through its attorneys, and files and serves this its Joinder to the Motion to Extend Deadlines filed by Plaintiff Dino Chavez, Defendant/Third-Party Plaintiff Brownsville Independent School District ("BISD"), and Defendant Noe Sauceda, and would show the Court the following:

1. On November 5, 2002, this Court filed a Scheduling Order (Docket No. 23) setting out the deadlines for the above-styled and numbered cause.

2. On or about January 14, 2003, Defendant/Third-Party Plaintiff BISD filed its Third-Party Petition asserting claims for contribution and indemnification against Third-Party Defendant AFLAC. On or about January 15, 2003, Third-Party Defendant AFLAC signed its waiver of summons and was given until March 13, 2003, to file its answer or other responsive pleading.

3. On or about February 20, 2003, Plaintiff Dino Chavez, Defendant BISD, and Defendant Noe Sauceda filed a Joint Motion to Extend Deadlines ("Joint Motion"). At the time of the filing of the Joint Motion, AFLAC had not filed its first responsive pleading or otherwise entered an appearance in the case.

4. Defendant AFLAC filed its Original Answer on March 4, 2003.

5. The Scheduling Order currently requires Third-Party Defendant to designate its expert witnesses by March 14, 2003 — only one day after it was required to enter its initial appearance in this lawsuit. The present deadline for completion of discovery is April 14, 2003.

6. Third-Party Defendant AFLAC respectfully joins the other parties in the above-styled and numbered cause in their prayer for this Court to allow an extension of ninety (90) days on each of the deadlines on the Scheduling Order.

7. The Motion to Extend Deadlines is not made for purposes of delay, but so that justice may be done.

WHEREFORE, Third-Party Defendant American Family Live Assurance Company of Columbus prays that this Court extend the deadlines set out in the Scheduling Order by ninety

AUSTIN:04055/00005:270957v1

days to allow discovery to proceed, and grant such other and further relief as may be just and equitable.

                                      Respectfully submitted,

William B. Steele III
Attorney In Charge
So. Dist. No. 8019
State Bar No. 19107400
Of Counsel:
LOCKE LIDDELL & SAPP LLP
100 Congress Ave., Suite 300
Austin, Texas 78701
(512) 305-4700
(512) 305-4800 (Fax)

Valorie C. Glass
So. Dist. No. 15303
State Bar No. 00784135
Of Counsel:
ATLAS & HALL, L.L.P.
818 Pecan
P.O. Box 3725
McAllen, Texas 78502
(956) 682-5501
(956) 686-6109 (Fax)

**ATTORNEYS FOR THIRD-PARTY DEFENDANT AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS**

AUSTIN:04055/00005:270957v1

## CERTIFICATE OF SERVICE

I hereby certify by my signature below that a true and correct copy of the above has been forwarded by certified mail, return receipt requested, to the counsel of record listed below this ____ day of March, 2003.

Elizabeth G. Neally
Ricardo Morado
Roerig, Oliveira & Fisher, LLP
855 West Price Road, Suite 9
Brownsville, Texas 78550

J. Arnold Aguilar
Law Office of J. Arnold Aguilar
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520

Eileen Leeds
Willette & Guerra
3505 Boca Chica Boulevard., Suite 460
Brownsville, Texas 78521

William B. Steele III

AUSTIN:04055/00005:270957v1