42

United States District Court
Southern District of Texas
FILED

MAR 1 7 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DINO X. CHAVEZ | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, NOE SAUCEDA, | § | B - 02 - 128 |
| and RANDY DUNN, MARILYN DEL | § | |
| BOSQUE-GILBERT and HUGH EMERSON, | § | |
| JR., in their official capacities as Board | § | |
| Members of Brownsville Independent | § | |
| School District | § | |

## PLAINTIFF'S MOTION TO COMPEL ANSWERS TO DISCOVERY REQUESTS PROPOUNDED TO DEFENDANT NOE SAUCEDA

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW **DINO X. CHAVEZ,** Plaintiff in the above styled and numbered cause and respectfully presents this his Motion to Compel Answers to Interrogatories, Request for Admissions and Requests for Production propounded to Defendant Sauceda, pursuant to Rules 33, 34 and 36 of the Federal Rules of Civil Procedure, and as grounds therefore would respectfully show the Court the following:

I.

Plaintiff would show that Interrogatories, Request for Admissions and Requests for Production were served on Defendant Sauceda or about January 7, 2003, through service on his attorney of record, Ms. Eileen M. Leeds, by certified mail, requesting answers within a period

V:\FP\MOTIONS\258-02.M2C

PAGE 1

of thirty (30) days. That discovery was received by counsel for Defendant Sauceda on January 8, 2003. *See* attached Exhibit "A."

On February 6, 2003, counsel for Defendant requested a week extension in which Plaintiff's counsel agreed to and entered into an agreement. See Exhibit "B."

On February 18, 2003, Defendant Sauceda served his answers and responses to Plaintiff's discovery requests. The Defendant, however, did not provide adequate answers to **Interrogatory Nos.** 8, 10, 13, 14; **Request for Admission Nos.** 26, 27, 28, 29 and 30; and, **Requests for Production Nos.** 2, 3, 27, 28, 30, 31, 47 and 48. A true and correct copy of Defendant Noe Sauceda's Answers/Responses to Plaintiff's Interrogatories, Request for Admissions and Requests for Production are attached hereto as Exhibits "C," "D," and "E," and are incorporated herein for all purposes.

II.

Defendant Sauceda's failure to properly submit proper and complete responses to said discovery requests makes it necessary for Plaintiff to move the Court to compel Defendant Noe Sauceda to properly respond to said Interrogatories, Request for Admissions and Requests for Production, without objections, within ten (10) days of a hearing on this matter.

III.

Plaintiff is entitled to conduct discovery in this case pursuant to Rules 33, 34 and 36 of the Federal Rules of Civil Procedure. Without such discovery, Plaintiff is unable to adequately prepare his case for trial.

IV.

Defendant Noe Sauceda's failure to submit proper and complete responses to Plaintiff's discovery has made it necessary for Plaintiff to present and prepare this motion, causing undue expense and Plaintiff's attorney should receive and is entitled to receive a reasonable attorney's fees in the sum of $850.00 for his services in connection with the preparation, filing and prosecution of this motion for which Plaintiff now prays.

WHEREFORE, PREMISES CONSIDERED, Plaintiff **DINO X. CHAVEZ**, prays that the Court order Defendant Noe Sauceda to submit complete responses to Plaintiff's Interrogatories, Request for Admissions and Requests for Production, and that Plaintiff be granted the sum of $850.00 for the preparation and filing of this Motion to Compel Discovery and for such other and further relief, at law or in equity to which Plaintiff DINO X. CHAVEZ may be entitled.

Signed on this the ⎯17th⎯ day of March, 2003.

Respectfully submitted,

**LAW OFFICE**
**J. ARNOLD AGUILAR**
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520
Telephone    :  (956) 504-1100
Facsimile    :  (956) 504-1408

By:  _____
J. Arnold Aguilar
Federal Adm. No. 6822
State Bar No. 00936270

Attorney for Plaintiff,
DINO X. CHAVEZ

## CERTIFICATE OF CONFERENCE

Plaintiff's counsel herein has in good faith conferred with Defendant Noe Sauceda's counsel in this matter in an effort to secure the disclosures without Court action, but such efforts have failed. Accordingly, Defendant's counsel, Eileen M. Leeds, is opposed to the filing of this motion. Further, counsel for Defendant BISD, Elizabeth Neally, is also opposed.

J. Arnold Aguilar

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **PLAINTIFF'S MOTION TO COMPEL ANSWERS TO DISCOVERY REQUESTS PROPOUNDED TO DEFENDANT NOE SAUCEDA** has on this the _17th_ day of March, 2003, been forwarded via certified mail, return receipt requested to:

Ms. Eileen M. Leeds
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, TX 78521

Ms. Elizabeth G. Neally
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Rd., Suite 9
Brownsville, TX 78520

Mr. William B. Steele, III
LOCKE, LIDDELL & SAPP, L.L.P.
100 Congress Avenue, Suite 300
Austin, TX 78701

J. Arnold Aguilar

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DINO X. CHAVEZ | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, NOE SAUCEDA, | § | B - 02 - 128 |
| and RANDY DUNN, MARILYN DEL | § | |
| BOSQUE-GILBERT and HUGH EMERSON, | § | |
| JR., in their official capacities as Board | § | |
| Members of Brownsville Independent | § | |
| School District | § | |

## ORDER SETTING HEARING

On this _____ day of _____, 2003, came on to be considered **Plaintiff's Motion to Compel Answers to Discovery Requests Propounded to Defendant Noe Sauceda** on the above styled and numbered cause.

IT IS THEREFORE ORDERED that said Plaintiff's Motion to Compel Answers to Discovery Requests Propounded to Defendant Noe Sauceda be and the same is hereby set for hearing on the _____ day of _____, 2003, at _____ o'clock _____.m.

SIGNED FOR ENTRY this _____ day of _____, 2003.

_____
U.S. DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

DINO X. CHAVEZ                          §
                                        §
        VS.                             §
                                        §        CIVIL ACTION NO.
BROWNSVILLE INDEPENDENT                 §
SCHOOL DISTRICT, NOE SAUCEDA,           §        B - 02 - 128
and RANDY DUNN, MARILYN DEL             §
BOSQUE-GILBERT and HUGH EMERSON, §
JR., in their official capacities as Board §
Members of Brownsville Independent      §
School District                         §

## ORDER GRANTING PLAINTIFF'S
## MOTION TO COMPEL ANSWERS TO DISCOVERY REQUESTS

On this date came on to be heard **Plaintiff's Motion to Compel Answers to Discovery**

**Requests Propounded to Defendant Noe Sauceda** filed in the above styled and numbered

cause. The Court, having reviewed the file and record in this case, as well as having heard the

argument of counsel herein, is of the opinion that Plaintiff's Motion to Compel should be

GRANTED;

IT IS THEREFORE ORDERED that Plaintiff's Motion to Compel is GRANTED and

Defendant NOE SAUCEDA is ORDERED to provide Plaintiff DINO X. CHAVEZ complete

answers to his Interrogatories, Request for Admissions and Requests for Production, within ten

(10) days of entry of this Order.

V:\FP\MOTIONS\258-02.M2C                                              PAGE 1

IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendant NOE SAUCEDA pay Plaintiff DINO X. CHAVEZ the sum of $_____ in attorney's fees incurred in connection with the preparation and filing of the Motion to Compel.

SIGNED on this the _____ day of _____, 2003.

_____
U.S. DISTRICT JUDGE

# EXHIBIT "A"

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Charles V. Willette, Jr.
Ms. Eileen M. Leeds
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3305 Boca Chica Boulevard
Brownsville, TX 78521
258-02 P's Adm/Int/R4Prod
to Def. Sauceda

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X [signature]  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery

Sandra Reyna      1-8-03

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from

7002 1000 0004 8982 9264

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540

# EXHIBIT "B"

# WILLETTE & GUERRA, L.L.P.
## ATTORNEYS AT LAW

CHARLES WILLETTE, JR.
R. D. "BOBBY" GUERRA*
HUGH P. TOUCHY
EILEEN M. LEEDS

ELIZABETH SANDOVAL CANTU*
ROMAN "DINO" ESPARZA
EDUARDO G. GARZA
AMY LAWLER GONZALES
JORGE GREEN
MELANIE A. MOORE
JACQUELINE R. SALINAS *

INTERNATIONAL PLAZA, SUITE 460
3505 BOCA CHICA BOULEVARD
BROWNSVILLE, TEXAS 78521
TELEPHONE: (956) 541-1846
FACSIMILE: (956) 541-1893

*MCALLEN OFFICE:
801 NOLANA, SUITE 320-A
MCALLEN, TEXAS 78504
TELEPHONE: (956) 686-2266
FACSIMILE (956) 686-5913

February 6, 2003

VIA FAX: 504-1488
Mr. J. Arnold Aguilar
Law Offices of J. Arnold Aguilar
Artemis Square, Ste. H-2
1200 Central Blvd.
Brownsville, Texas 78520

Re:   Cause No. B-02-128; Dino X. Chavez vs. Noe Sauceda, et. al.; In the United States District
      Court for the Southern District of Texas, Brownsville Division
      Our File No. 02-156  CW/EL/MM

Dear Mr. Aguilar:

This is to confirm that you have granted us an additional week in which to respond to discovery propounded on our client, Noe Sauceda. His answers to Plaintiff's Written Interrogatories, Request for Production and Request for Admissionst are due on February 10, 2003 and now they will be due on **February 17, 2003**.

If you are in agreement, please sign the designated area and return the letter to my office via facsimile. Should you have any questions, please contact the undersigned.

Very truly yours,

Willette & Guerra, L.L.P.

By: _Eileen Leeds /B.C._
Eileen M. Leeds

**AGREED TO:**

Mr. Arnold Aguilar

# EXHIBIT "C"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DINO X. CHAVEZ | § | |
| | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO.  B-02-128 |
| BROWNSVILLE INDEPENDENT | § | JURY REQUESTED |
| SCHOOL DISTRICT AND | § | |
| NOE SAUCEDA | § | |

## DEFENDANT NOE SAUCEDA'S ANSWERS TO PLAINTIFF'S
## FIRST SET OF INTERROGATORIES

To:     Plaintiff, Dino X. Chavez, by and through his attorney of record:

Mr. J. Arnold Aguilar
Law Offices of J. Arnold Aguilar
Artemis Square, Ste. H-2
1200 Central Blvd.
Brownsville, Texas 78520

COMES NOW, **Noe Sauceda**, one of the Defendants in the above-numbered and styled

cause and in accordance with the Rule 33 of the Federal Rules of Civil Procedure, makes this its

Answers to Plaintiff's First Set of Interrogatories as attached hereto.

02-156 CHAVEZ:  WI
PAGE 1

## INTERROGATORY NO. 6:

Please describe all factors and information you considered in deciding to reject Plaintiff Chavez's proposal for the renewal of his contract to provide Third Party Administrator services for BISD's Cafeteria Plain for 2002.

### ANSWER:

Objection, this Interrogatory cannot be answered as written because Defendant did not reject Plaintiff's proposal.

## INTERROGATORY NO. 7:

If you claim an investigative privilege for any investigation notes, files, photos, documents, things or other items, please identify those items for which the privilege is being asserted, the date on which you assert you reasonably believed litigation would ensue, and the basis for that belief.

### ANSWER:

Not applicable.

## INTERROGATORY NO. 8:

Why did you determine not to sue Sweezy Construction after mold was located in buildings located at one or more of your campuses?

### ANSWER:

Defendant objects to this Interrogatory for the reason that same is not relevant to the subject matter of the pending litigation and will not lead to relevant evidence or the discovery of admissible evidence.

## INTERROGATORY NO. 9:

Set forth in full the substance of any admissions made by Plaintiff or any person whose admission Defendant claims binds Plaintiff. Include within your answers the name, residence address and business affiliation of the person making each such admission, the date and time of the admission, and the name, address, and business affiliation of each person present at the time of the admission.

### ANSWER:

02-156 CHAVEZ:  WI
PAGE 5

None at this time.

## INTERROGATORY NO. 10:

Please describe in detail all conversations, meetings, communications, contacts and/or discussions at which you or any of your agents were present, or which took place without you or your agents being present and which pertained to or addressed the issues and circumstances made the basis of this suit.

## ANSWER:

Defendant objects to this Interrogatory as overly burdensome and harassing in that it fails to describe the information requested with reasonable particularity, it is vague, ambiguous, overly broad, and is unlimited as to time and is not specific as to subject matter.

## INTERROGATORY NO. 11:

Do you contend that Plaintiff DINO X. CHAVEZ has done anything or failed to do anything that constitutes failure to mitigate damages? If some please describe the basis of your contention and what evidence exists to support same.

## ANSWER:

Plaintiff failed to apologize and antagonized his employer to the extent he was removed from the account.

## INTERROGATORY NO. 12:

Do you contend that Plaintiff DINO X. CHAVEZ has not performed all conditions necessary precedent to the filing of this suit? If so, please identify the basis of your contention and the conditions or acts you believe have not been performed or have not occurred.

## ANSWER:

Not at this time.

## INTERROGATORY NO. 13:

Identify all insurance agreements under which any person carrying on an insurance business may be liable to satisfy all or part of a judgment which may be entered in the action, or to indemnify or reimburse for payments made to satisfy the judgment.

**ANSWER:**

Defendant objects to this Interrogatory for the reason that same is overbroad and does not specify this action and Defendant has responded to this in its responses to Plaintiff's Request for Production.


**INTERROGATORY NO. 14:**

Was Randall Dunn's Wife, or ex-wife, hired as your secretary? If so, please provide the following information:

Defendant objects to this Interrogator for the reason that same is not relevant to the subject matter of the pending litigation and will not lead to relevant evidence or the discovery of admissible evidence.

a.      her full name, including her maiden and any other names used;

      **ANSWER:**

b.      the rate of pay of her predecessors;

      **ANSWER:**

c.      her rate of pay; and,

      **ANSWER:**

d.      the reason for any difference in pay.

      **ANSWER:**


**INTERROGATORY NO. 15:**

Was Elizabeth Parra hired to work for BISD? If so, please provide the following information relating to Ms. Parra.

Defendant objects to this Interrogatory for the reason that same is not relevant to the subject matter of the pending litigation and will not lead to relevant evidence or the discovery of admissible evidence. Subject to said objection, yes.

a.      Position for which she was hired;

      **ANSWER:**    Worker's Compensation /Loss Control Specialist


02-156 CHAVEZ:  WI
PAGE 7

# EXHIBIT "D"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DINO X. CHAVEZ | § | |
| | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO.  B-02-128 |
| BROWNSVILLE INDEPENDENT | § | JURY REQUESTED |
| SCHOOL DISTRICT AND | § | |
| NOE SAUCEDA | § | |

---

## DEFENDANT NOE SAUCEDA'S ANSWERS TO PLAINTIFF'S
## REQUEST FOR ADMISSIONS

---

To:    Plaintiff, Dino X. Chavez, by and through his attorney of record:

Mr. J. Arnold Aguilar
Law Offices of J. Arnold Aguilar
Artemis Square, Ste. H-2
1200 Central Blvd.
Brownsville, Texas 78520

COMES NOW, **Noe Sauceda**, one of the Defendants in the above-numbered and styled

cause and in accordance with the Rule 36 of the Federal Rules of Civil Procedure, makes this its

Answers to Plaintiff's Request for Admissions as attached hereto.

**RESPONSE:**

Deny to the extent that we sought to retain Olivarez to provide all ancillary insurance products to BISD.

**REQUEST FOR ADMISSION NO. 24**
As a result of your actions, Plaintiff DINO X. CHAVEZ was prohibited from soliciting any ancillary . AFLAC products during the 2001-2002 school year.

**RESPONSE:**

Deny.

**REQUEST FOR ADMISSION NO. 25**
As a result of your actions, Plaintiff DINO X. CHAVEZ was prohibited from soliciting any ancillary AFLAC products during the 2002-2003 school year.

**RESPONSE:**

Deny.

**REQUEST FOR ADMISSION NO. 26**
Mold was found at one or more BISD campuses during or before the year 2001, in buildings constructed by Sweezy Construction.

**RESPONSE:**

Defendant objects to this Request for the reason that same is not relevant to the subject matter of the pending litigation and will not lead to relevant evidence or the discovery of admissible evidence.

**REQUEST FOR ADMISSION NO. 27**
The BISD Board of Trustees considered filing a lawsuit against Sweezy Construction after mold was found at one or more of its campuses, in buildings constructed by Sweezy Construction.

**RESPONSE:**

Defendant objects to this Request for the reason that same is not relevant to the subject matter of the pending litigation and will not lead to relevant evidence or the discovery of admissible evidence.

**REQUEST FOR ADMISSION NO. 28**
The BISD Board of Trustees chose not to sue Sweezy Construction after mold was found at one or more of its campuses.

**RESPONSE:**

Defendant objects to this Request for the reason that same is not relevant to the subject matter of the pending litigation and will not lead to relevant evidence or the discovery of admissible evidence.

**REQUEST FOR ADMISSION NO. 29**
The BISD Board of Trustees did sue other parties relating to mold found at one or more of its campuses, in buildings constructed by Sweezy Construction.

**RESPONSE:**

Defendant objects to this Request for the reason that same is not relevant to the subject matter of the pending litigation and will not lead to relevant evidence or the discovery of admissible evidence.

**REQUEST FOR ADMISSION NO. 30**
Elizabeth Parra now resides, or has resided within the past three (3) years, at the same residence as Randall Dunn.

**RESPONSE:**

Defendant objects to this Request for the reason that same is not relevant to the subject matter of the pending litigation and will not lead to relevant evidence or the discovery of admissible evidence.

# EXHIBIT "E"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DINO X. CHAVEZ | § | |
| | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO.   B-02-128 |
| BROWNSVILLE INDEPENDENT | § | JURY REQUESTED |
| SCHOOL DISTRICT AND | § | |
| NOE SAUCEDA | § | |

## DEFENDANT NOE SAUCEDA'S RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION

To:     Plaintiff, Dino X. Chavez, by and through his attorney of record:

Mr. J. Arnold Aguilar
Law Offices of J. Arnold Aguilar
Artemis Square, Ste. H-2
1200 Central Blvd.
Brownsville, Texas 78520

COMES NOW, **Noe Sauceda**, one of the Defendants in the above-numbered and styled

cause and in accordance with the Rule 34 of the Federal Rules of Civil Procedure, makes this its

Answers to Plaintiff's Requests for Production as attached hereto.

02-156 CHAVEZ:  RFP
PAGE 1

### DEFENDANT NOE SAUCEDA'S RESPONSES TO PLAINTIFF'S
### REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:**
Produce copies of all proposals that were submitted to you for the provision or sale of ancillary insurance products and services for BISD and its employees during the 2001-2002 school year.

**RESPONSE:**

None in my possession.

**REQUEST FOR PRODUCTION NO. 2:**
Produce a copy of your Personnel File, including all investigative documents related in any manner to his employment, and all interim and final reports related to any and all investigations relating in any manner to his employment with BISD.

**RESPONSE:**

Defendant objects to this Request for the reason that same seeks information protected by the attorney-client, attorney-work product, party communications, witness statement, and investigative privileges. Subject to said objection, none in my possession.

**REQUEST FOR PRODUCTION NO. 3:**
Produce a copy of the entire investigative file, including all interim and final reports, memorandums, photographs, statements, summaries or other documents and things, relating to the investigation of Defendant NOE SAUCEDA while employed with Defendant Brownsville Independent School District and thereafter.

**RESPONSE:**

Defendant objects to this Request for the reason that same seeks information protected by the attorney-client, attorney-work product, party communications, witness statement, and investigative privileges.

**REQUEST FOR PRODUCTION NO. 4:**
Produce a copy of the October 30, 2001 BISD Insurance Committee Meeting Agenda.

**RESPONSE:**

None in my possession.

02-156 CHAVEZ: RFP
PAGE 3

possession.

**REQUEST FOR PRODUCTION NO. 25:**
Provide copies of all documents relating to BISD's rules, regulations, policies, customs or other requirements relating to or regulating the retention of a Third Party Administrator for BISD's Cafeteria Plan.

**RESPONSE:**

None in my possession.

**REQUEST FOR PRODUCTION NO. 26:**
Provide copies of all documents, letters, memorandums, notes or other items exchanged between Plaintiff and Defendant.

**RESPONSE:**

None other than those already produced.

**REQUEST FOR PRODUCTION NO. 27:**
Provide copies of all diaries, calendars, logs and recordings prepared by you from 3 month's prior to the beginning of your employment with Defendant BISD to the present.

**RESPONSE:**

I any are found they will be supplemented.

**REQUEST FOR PRODUCTION NO. 28:**
Provide copies of all documents, you intend to, or which you may, introduce a exhibits at the trial of this cause.

**RESPONSE:**

Defendant would object to this Request for the reason that same requires disclosure of mental impressions, conclusions, opinions, or legal theories prepared and assembled in actual anticipation of litigation or for trial pursuant to the attorney work product as well as the attorney-client privilege. Defendant further objects that this Request is premature as discovery is still ongoing.

**REQUEST FOR PRODUCTION NO. 29:**
Provide copies of all photographs, audio and audiovisual tape recordings, electronically stored media

or sound depictions, or other similar reproduction that reflect any of the matters involved in this action.

**RESPONSE:**

None in my possession.

**REQUEST FOR PRODUCTION NO. 30:**
Provide a copy of your current insurance policy or other policies covering the 2001-2002 and 2003 school years.

**RESPONSE:**

This has been requested and will provided when available.

**REQUEST FOR PRODUCTION NO. 31:**
Produce all insurance agreements under which any person carrying on an insurance business may be liable to satisfy part of all of a judgment which may be entered in this action, or to indemnify or reimburse for payments made to satisfy the judgment.

**RESPONSE:**

This has been requested and will provided when available.

**REQUEST FOR PRODUCTION NO. 32:**
Produce copies of any and all written complaints submitted to you regarding Plaintiff DINO X. CHAVEZ's services as Third Party Administrator of BISD's Cafeteria Plain.

**RESPONSE:**

None in my possession.

**REQUEST FOR PRODUCTION NO. 33:**
Provide a copy of the contract for Third Party Administrator services for BISD's Cafeteria Plan for the year 1997.

**RESPONSE:**

None in my possession.

02-156 CHAVEZ:  RFP
PAGE 9

**REQUEST FOR PRODUCTION NO. 43:**
Produce all statements made by Plaintiff or his representatives concerning this suit, either oral or written.

**RESPONSE:**

None other than the document already in Plaintiff's possession.

**REQUEST FOR PRODUCTION NO. 44:**
Produce all photographs, videotapes, audiotapes, drawings or other materials that pertain in any way to the subject matter of this suit.

**RESPONSE:**

None in my possession

**REQUEST FOR PRODUCTION NO. 45:**
Produce copies of any and all documents indicating when the investigation on you that was conducted by Defendant BISD began and when it was concluded.

**RESPONSE:**

None in my possession

**REQUEST FOR PRODUCTION NO. 46:**
Produce copies of any and all findings reflecting any disciplinary action taken by Defendant BISD against you.

**RESPONSE:**

None in my possession.

**REQUEST FOR PRODUCTION NO. 47:**
Produce copies of all documents, visual aids, videotapes, audiotapes, and any other items used or provided by Defendant BISD to its Third Party Administrator for the year 2002. Please specifically identify which documents or other items are being provided in response to this request.

**RESPONSE:**

Defendant cannot properly respond to this request as it is unclear as to which academic year it refers.

02-156 CHAVEZ: RFP
PAGE 12

**REQUEST FOR PRODUCTION NO. 48:**
Produce copies of all documents, visual aids, videotapes, audiotapes, and any other items used or provided by Defendant BISD to its Third Party administrator for the year 2001. Please specifically identify which documents or other items are being provided in response to this request.

**RESPONSE:**

Defendant cannot properly respond to this request as it is unclear as to which academic year it refers.

**REQUEST FOR PRODUCTION NO. 49:**
Produce copies of all documents, visual aids, videotapes, audiotapes, and any other items used or provided by Defendant BISD to its Third Party Administrator for the year 2000. Please specifically identify which documents or other items are being provided in response to this request.

**RESPONSE:**

Defendant cannot properly respond to this request as it is unclear as to which academic year it refers. Subject to said response, none in my possession.

**REQUEST FOR PRODUCTION NO. 50:**
Produce copies of all documents, visual aids, videotapes, audiotapes, and any other items used or provided by Defendant BISD to its Third Party Administrator for the year 1999 school year. Please specifically identify which documents or other items are being provided in response to this request.

**RESPONSE:**

Defendant cannot properly respond to this request as it is unclear as to which academic year it refers. Subject to said response, none in my possession

**REQUEST FOR PRODUCTION NO. 51:**
Produce copies of all documents, visual aids, videotapes, audiotapes, and any other items used or provided by Defendant BISD to its Third Party Administrator for the year 1998. Please specifically identify which documents or other items are being provided in response to this request.

**RESPONSE:**

Defendant cannot properly respond to this request as it is unclear as to which academic year it refers. Subject to said response, none in my possession