IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 2 5 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DINO CHAVEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-128 |
| | § | |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT AND NOE | § | |
| SAUCEDA, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Be it REMEMBERED, that on March 24, 2003, the Court **GRANTED** the parties' Joint Motion to Extend Deadlines [Dkt. No. 34]. An amended scheduling order will be entered.

DONE at Brownsville, Texas, this 24th day of January, 2003.

Hilda G. Tagle
United States District Judge