46

United States District Court
Southern District of Texas
ENTERED

MAR 2 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DINO CHAVEZ | § | |
| | § | CIVIL ACTION NO. B-02-128 |
| vs. | § | |
| | § | |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT et al. | § | |

## AMENDED SCHEDULING ORDER

1.  Trial: Estimated time to try: 7-8 days.                                              Jury Trial

2.  New parties must be joined by:                                                        N/A
    *Furnish a copy of this scheduling order to new parties.*

3.  The plaintiff's experts will be named with a report furnished by:        MAY 15, 2003

4.  The defendants' experts must be named with a report furnished by:    JUNE 12 2003
    within 30 days of the deposition of the plaintiff's expert.

5.  Discovery must be completed by:                                                  JULY 14, 2003
    *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.
    No continuance will be granted because of information acquired in post-deadline discovery.*

************************The Court will provide these dates************************

6.  Dispositive Motions will be filed by:                                              8/12/03

7.  Joint pretrial order is due:                                                            11/20/03

8.  Docket Call and final pretrial conference is set for 1:30 p.m. on:         12/4/03

9.  Jury Selection is set for 9:00 a.m. on:                                             12/8/03
    *(This case will remain on standby until tried)*

SIGNED FOR ENTRY this 26th day of March, 2003.

*[Signature: Hilda Tagle]*

cc:   J. Arnold Aguilar
      Eileen Leeds
      Elizabeth G. Neally
      C. Brian Cassidy