IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 4 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DINO X. CHAVEZ | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, NOE SAUCEDA, | § | B - 02 - 128 |
| and RANDY DUNN, MARILYN DEL | § | |
| BOSQUE-GILBERT and HUGH EMERSON, | § | |
| JR., in their official capacities as Board | § | |
| Members of Brownsville Independent | § | |
| School District | § | |

**NOTICE OF WITHDRAWAL OF REQUEST TO ADD DEFENDANTS**

TO THE HONORABLE U. S. DISTRICT COURT:

COMES NOW **DINO X. CHAVEZ**, Plaintiff herein, and files this his Notice of Withdrawal of Request to Add Defendants, and would respectfully show unto the Court the following:

1. Plaintiff originally filed his First Amended Motion for Leave to File Plaintiff's Second Amended Original Complaint to Include Additional Defendants and to Provide Rule 7(a) Reply on February 10, 2003, requesting leave to amend his Complaint to add Marilyn Del Bosque-Gilbert and Randall Dunn, individually, as parties Defendant. Subsequently, on March 26, 2003, this Court submitted its Amended Scheduling Order, providing for Jury Selection on December 8, 2003, and trial thereafter, and providing that all discovery must be completed by

July 14, 2003. This Court has not yet ruled on Plaintiff's First Amended Motion for Leave, however. Plaintiff is concerned that even if the Court were to grant leave to allow Plaintiff to add Ms. Del Bosque-Gilbert and Mr. Dunn as Defendants, those parties would complain that there is not sufficient time remaining for them to be able to conduct meaningful discovery, thus potentially requiring another continuance of the trial date. In order to prevent any continuance of the trial date, therefore, Plaintiff is now withdrawing his request to add Marilyn Del Bosque-Gilbert and Randall Dunn, individually, as parties Defendants.

2. Plaintiff continues to assert all remaining portions of his First Amended Motion for Leave to File Plaintiff's Second Amended Original Complaint, including his Rule 7(a) Reply to Defendant Brownsville Independent School District's defense of qualified immunity, the inclusion of Plaintiff's due process and equal protection claims, and all other matters included in that Second Amended Original Complaint.

WHEREFORE, PREMISES CONSIDERED, Plaintiff **DINO X. CHAVEZ** respectfully requests that the Court enter an Order Granting Leave to File Plaintiff's Second Amended Original Complaint without reference to claims against Marilyn Del Bosque-Gilbert and Randall Dunn, individually, as parties Defendant, but to include all other allegations raised therein.

Signed on this the 24th day of April, 2003.

                                    Respectfully submitted,

                                    **LAW OFFICE**
                                    **J. ARNOLD AGUILAR**
                                    Artemis Square, Suite H-2
                                    1200 Central Boulevard
                                    Brownsville, Texas  78520
                                    Telephone    :  (956) 504-1100
                                    Facsimile     :  (956) 504-1408

By: _____
                          J. Arnold Aguilar
                          State Bar No. 00936270
                          Federal Adm. No. 6822

                          Attorney for Plaintiff,
                          DINO X. CHAVEZ

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **PLAINTIFF'S NOTICE OF WITHDRAWAL OF REQUEST TO ADD DEFENDANTS** has on this the 24th day of April, 2003, been forwarded via certified mail, return receipt requested to:

Ms. Elizabeth G. Neally
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Rd., Suite 9
Brownsville, TX 78520

Ms. Eileen M. Leeds
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, TX 78521

Mr. William B. Steele, III
LOCKE, LIDDELL & SAPP, L.L.P.
100 Congress Avenue, Suite 300
Austin, TX  78701

J. Arnold Aguilar