United States District Court
Southern District of Texas
FILED

APR 2 4 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DINO CHAVEZ | § | |
| | § | |
| vs. | § | |
| | § | |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT and NOE SAUCEDA, | § | CIVIL ACTION NO. B-02-128 |
| | § | |
| | § | |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT | § | |
| | § | |
| vs. | § | |
| | § | |
| AMERICAN FAMILY LIFE ASSURANCE | § | |
| COMPANY OF COLUMBUS | § | |
| | § | |

**RESPONSE TO THIRD-PARTY DEFENDANT AMERICAN FAMILY LIFE
ASSURANCE COMPANY OF COLUMBUS'S MOTION TO DISMISS**

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW,** Defendant Brownsville Independent School District("BISD") in the

above-styled and numbered cause and files and serves this its Response to Third-Party Defendant

American Family Life Assurance Company of Columbus's("AFLAC") Motion to Dismiss  and

would show the Court the following:

**I.**

1.  This case arose as a result of Plaintiff, Dino Chavez, filing suit against the Brownsville

Independent School District.  It is undisputed that but for AFLAC terminating its contract with

Mr. Chavez to serve as the Regional Manager for AFLAC in Brownsville, that Mr. Chavez would

have suffered no damages as a result of the claims raised by Chavez in his lawsuit.

2.  Within the plaintiff's pleading, plaintiff have raised numerous causes of action besides his Section 1983 claim,  including many State law claims such as fraud, tortuous interference with a business, and slander and libel.  Under the Texas Civil Practice and Remedies Code Section 33.004  the code provides for the joinder of responsible third parties by a defendant.  This section provides as follows:  (a) Except as provided in Subsections (d) and (e) , prior to the expiration of limitations on the claimant's claim for damages against the defendant and on timely motion made for that purpose, a defendant may seek to join a responsible third party who has not been sued by the claimant."

AFLAC is in fact a responsible third party not sued by Mr. Chavez and as a matter of economy and justice should remain a defendant in this case.  Further, the question is not as what causes of actions are pled, but rather as to claimant's damage.  His damages arise solely from his dismissal from AFLAC as Regional Manager.

3.  Defendant would further show that Defendant, Noe Sauceda, was an employee of BISD at all times material to this case.  Since the filing of the AFLAC's Motion to Dismiss, Dr. Sauceda intends on filing his own Cross-Claim for Contribution and therefore, dismissal of the Third Party petition against AFLAC would not eliminate that claim.  To the extent that Dr. Sauceda is an employee of BISD, any rights of contribution would be derivative of BISD and therefore, BISD should likewise be entitled to contribution.

**WHEREFORE, PREMISES CONSIDERED,** the Defendant, BISD  request  this court to deny Third Party Defendant, American Family Life Assurance Company of Columbus Motion to Dismiss and for such other and further relief as may be just and equitable.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, LLP**
855 West Price Road, Suite 9
Brownsville, Texas 78550
Telephone: (956) 542-5666
Facsimile: (956) 542-0016
Counsel for Defendant,

**Attorney for Defendant BROWNSVILLE INDEPENDENT SCHOOL DISTRICT**

By: _____
Elizabeth G. Neally
State Bar No. 14840400
Federal Adm. No. 8044
Ricardo Morado
Federal ID No.1213
State Bar No. 14417250

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing **RESPONSE TO AFLAC MOTION TO DISMISS** has been served via United States Postal Service to the Counsel of Record, as follows:

J. Arnold Aguilar
**Law Office of J. Arnold Aguilar**
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520

Eileen Leeds
**Willette & Guerra**
3505 Boca Chica Boulevard, Suite 460
Brownsville, Texas 78521

C. Brian Cassidy
Buddy Steel
**Lock, Laddell & Sapp, L.L.P.**
100 Congress Avenue, Suite 300
Austin, Texas 78701

on this 24TH day of April

ELIZABETH G. NEALLY