IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 29 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| DINO X. CHAVEZ<br> Plaintiff<br><br>VS.<br><br>BROWNSVILLE INDEPENDENT<br>SCHOOL DISTRICT AND<br>NOE SAUCEDA<br> Defendants<br>-------------------------------------<br><br>BROWNSVILLE INDEPENDENT<br>SCHOOL DISTRICT,<br> Third-Party Plaintiff<br><br>VS.<br><br>AMERICAN FAMILY LIFE ASSURANCE<br>COMPANY OF COLUMBUS (AFLAC)<br> Third-Party Defendant | §§§§§§§§§§§§§§§§§§§§§<br><br>CIVIL ACTION NO. B-02-128<br>JURY REQUESTED |

**DEFENDANT NOE SAUCEDA'S MOTION FOR LEAVE TO FILE
THIRD PARTY COMPLAINT AGAINST AMERICAN FAMILY LIFE
ASSURANCE COMPANY OF COLUMBUS (AFLAC)**

TO THE HONORABLE JUDGE OF SAID COURT:

 COMES NOW, NOE SAUCEDA, named Defendant in the above-styled and numbered cause and files this his Motion for Leave to File Third-Party Complaint Against American Family Life Assurance Company of Columbus (AFLAC) and in support thereof, would respectfully show unto the court as follows:

I.

 Defendant NOE SAUCEDA is the former Superintendent of the Brownsville Independent

School District (BISD).

II.

AFLAC was the party selected to administer the §125 Cafeteria Plan for BISD in 1999, 2000, 2001. AFLAC submitted a proposal to administer the §125 Cafeteria Plan at BISD in 2001 for the 2002 year. Plaintiff Dino Chavez, was an independent contractor representing AFLAC. The circumstances surrounding the proposal submitted by AFLAC, and its subsequent enrollment are at issue in terms of the damages allegedly suffered by Plaintiff Chavez.

AFLAC has been sued already in this case by BISD and has appeared. Separate service is not therefore necessary.

III.

Venue is proper in the Southern District of Texas, Brownsville Division as the facts made the basis of this lawsuit occurred in Brownsville, Texas.

IV.

While still denying it is liable to Plaintiff, Defendant NOE SAUCEDA alleges that in the unlikely event that it is found to be liable to Plaintiff, AFLAC, or may be liable to Plaintiff for Plaintiff's alleged damages, and to Defendant NOE SAUCEDA for contribution and/or indemnity since AFLAC was responsible for determining how and whether Plaintiff would suffer any economic damages as a result of Dr. Sauceda's letter requesting that he not interface with BISD because of his disruptive behavior. This third party action would not cause unnecessary delay of this case and is essential for the proper and just resolution of this cause.

WHEREFORE, PREMISES CONSIDERED, Defendant Noe Sauceda prays that the Court grant its Motion for Leave to File Third-Party Original Complaint Against American Family Life Assurance Company of Columbus (AFLAC) and for all such other and further relief to which he

may show himself entitled to receive.

Respectfully submitted,

Willette & Guerra, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: *Eileen Leeds*
Eileen M. Leeds
State Bar No. 00791093
USDC Adm. No. 16799

**ATTORNEYS FOR DEFENDANT
NOE SAUCEDA**

### CERTIFICATE OF CONFERENCE

I hereby certify that on April 29, 2003, I conferred with all counsel regarding their opposition to this Motion. Mr. Steele is opposed and Mr. Aguilar and Ms. Neally are unopposed to the filing of this motion.

*Eileen Leeds*
Eileen M. Leeds

02-156 CHAVEZ: LEAVE-FILE3RDPARTY
PAGE 3

## CERTIFICATE OF SERVICE

I hereby certify that on this the 29th day of April, 2003, a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record as noted hereunder.

**VIA CM/RRR # 7002 0460 0000 6635 1141**
Mr. J. Arnold Aguilar
Law Offices of J. Arnold Aguilar
Artemis Square, Ste. H-2
1200 Central Blvd.
Brownsville, Texas 78520

**VIA REGULAR MAIL**
Elizabeth G. Neally
Roerig, Oliveira, & Fisher, L.L.P.
855 W. Price Road, Ste. 9
Brownsville, Texas 78520

**VIA REGULAR MAIL**
Mr. William B. Steele, III
Locke, Liddell & Sapp, L.L.P.
100 Congress Ave., Suite 300
Austin, Texas 78701

_____
Eileen M. Leeds

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DINO X. CHAVEZ § § § | |
| VS. § § | CIVIL ACTION NO. B-02-128 |
| BROWNSVILLE INDEPENDENT § SCHOOL DISTRICT AND § NOE SAUCEDA § § | JURY REQUESTED |
| VS. § § | |
| AMERICAN FAMILY LIFE INSURANCE § COMPANY OF COLUMBUS (AFLAC) § | |

**DEFENDANT NOE SAUCEDA'S ORIGINAL THIRD PARTY COMPLAINT
AGAINST AMERICAN FAMILY LIFE ASSURANCE COMPANY
OF COLUMBUS (AFLAC)**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, NOE SAUCEDA, one of the defendants in the above styled and numbered cause and files this his Original Third Party Complaint Against American Family Life assurance Company of Columbus (AFLAC) and would respectfully show unto the court the following:

**I.**

**PARTIES**

1. Defendant/Third-Party Plaintiff NOE SAUCEDA, is an individual in Brownsville, Cameron County Texas.

2. Third-Party Defendant AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS (AFLAC) has already made its appearance in this case and therefore service of process on them is not necessary.

02-156 CHAVEZ:  3RD-PARTY
PAGE 1

## II.

## JURISDICTION AND VENUE

3. Third-Party Defendant AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS was doing business in Brownsville, Cameron County, Texas, and at all times relevant to this lawsuit, provided insurance plans by and through its independent contractor, Dino Chavez, Plaintiff in this lawsuit, to employees of the Brownsville Independent School District which is the subject of this lawsuit. Therefore, jurisdiction and venue are proper in Brownsville, Cameron County, Texas.

## III.

## FACTS

4. On or about May 31, 2002, Plaintiff Dino Chavez, filed his Original Petition in the 404th Judicial District Court of Cameron County, Texas. Said petition was removed to the United States District Court for the Souther District of Texas, Brownsville Division by Defendant Brownsville, Independent School District. Plaintiff Dino Chavez filed his First Amended Original Complaint on August, 1, 2002, alleging that Noe Sauceda tortiously interfered with Cavez' business relationship with AFLAC, and that he deprived him of constitutional rights to free speech and due process of law causing him to lost wages, wage earning capacity, income and income opportunities, and compensatory damages, including extreme shame, humiliation, embarrassment, loss of reputation, injury to his reputation, worry, anxiety, sleeplessness and damage to his personal health, for which he sues.

5. It is undisputed that Plaintiff, Dino Chavez was never an employee or a contractor or vendor for Defendant Brownsville Independent School District. Plaintiff, Dino Chavez was an independent contractor, employee or agent for AFLAC receiving commissions at all times material

to this suit.

6. Third-Party Plaintiff NOE SAUCEDA further asserts that any loss or damages allegedly sustained by Plaintiff DINO CHAVEZ, in his First Amended Origional Complaint were caused by the acts, either negligent or intentional of AFLAC, over which Third-Party Plaintiff has no control and therefor is not liable to Plaintiff DINO CHAVEZ.

7. Third-Party Plaintiff, NOE SAUCEDA would show unto this Honorable Court that he denies any responsibility for, or liability to the Plaintiff with respect to the allegations contained in Plaintiff's Original Petition. Nevertheless, in the event that the Plaintiff should prevail against the Defendant, NOE SAUCEDA, he would show that he is entitled to contribution and/or indemnity from Third-Party Defendant, AFLAC..

### IV.

8. Third-Party Plaintiff would show that the damages of Plaintiff were proximately caused by the conduct of Third-Party Defendant AFLAC in wrongfully terminating AFLAC's contract with Dino Chavez.

9. All conditions precedent to the filing of this suit and recovery of damages prayed for herein have occurred and have been performed.

### V.

### DAMAGES

10. In Plaintiff's Amended Original Complaint, Plaintiff alleges that he was terminated as a result of SAUCEDA's conduct. Plaintiff further alleges that Defendant/Third-Party Plaintiff NOE SAUCEDA is liable or responsible for his damages, which liability and responsibility is still expressly denied.

11. In the unlikely event that it should be determined by the Jury that Defendant/Third-

Party Plaintiff NOE SAUCEDA is liable or responsible, in any part for the occurrence in question and alleged damages, which liability and responsibility is still expressly denied, Defendant/Third-Party Plaintiff states it is entitled to contribution from Third-Party Defendant AFLAC for the reason that such Third-Party Defendant here, is or may be liable to Plaintiff DINO CHAVEZ. Such liability is predicated upon the laws of the State of Texas. Further, Third-Party Defendant NOE SAUCEDA is entitled to offset, credit, contribution and submission of proportionate responsibility from said Third-Party Defendant.

WHEREFORE, PREMISES CONSIDERED, Defendant/Third-Party Plaintiff NOE SAUCEDA prays that Third-Party Defendant AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS be held responsible and for such other relief to which he may show himself to be justly entitled.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
Eileen M. Leeds
State Bar No. 00791093
USDC Adm. No. 16799

## CERTIFICATE OF SERVICE

I hereby certify that on this the 29th day of April, 2003, a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record as noted hereunder.

**VIA CM/RRR # 7002 0460 0000 6635 1363**
Mr. William B. Steele, III
Locke, Liddell & Sapp, L.L.P.
100 Congress Ave., Suite 300
Austin, Texas 78701

**VIA CM/RRR # 7002 0460 0000 6635 1141**
Mr. J. Arnold Aguilar
Law Offices of J. Arnold Aguilar
Artemis Square, Ste. H-2
1200 Central Blvd.
Brownsville, Texas 78520

**VIA REGULAR MAIL**
Elizabeth G. Neally
Roerig, Oliveira, & Fisher, L.L.P.
855 W. Price Road, Ste. 9
Brownsville, Texas 78520

_____
Eileen M. Leeds

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DINO X. CHAVEZ<br>    Plaintiff | § § § | |
| VS. | § § | |
| BROWNSVILLE INDEPENDENT<br>SCHOOL DISTRICT AND<br>NOE SAUCEDA<br>    Defendants | § § § § § | CIVIL ACTION NO. B-02-128<br>JURY REQUESTED |
| BROWNSVILLE INDEPENDENT<br>SCHOOL DISTRICT,<br>    Third-Party Plaintiff | § § § § | |
| VS. | § § | |
| AMERICAN FAMILY LIFE ASSURANCE<br>COMPANY OF COLUMBUS (AFLAC)<br>    Third-Party Defendant | § § § § | |

## ORDER GRANTING DEFENDANT NOE SAUCEDA'S MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT AGAINST AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS (AFLAC)

Be it remembered on the _____ day of _____, 2002, came on to be heard Defendant Noe Sauceda's Motion for Leave to File Third-Party Complaint Against American Family Life Assurance Company of Columbus (AFLAC) and the court after considering said motion determines that it should in all things be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant Noe Sauceda's Motion for Leave to File Third-Party Complaint Against American Family Life Assurance Company of Columbus (AFLAC) is GRANTED.

ENTERED on this the _____ day of _____, 2003.

_____
JUDGE PRESIDING

xc:
Ms. Eileen M. Leeds, Willette & Guerra, L.L.P., 3505 Boca Chica, Ste. 460 , Brownsville, Texas 78521
Mr. J. Arnold Aguilar, Law Offices of J. Arnold Aguilar, Artemis Square, Ste. H-2, 1200 Central Blvd., Brownsville, Texas 78520
Ms. Elizabeth G. Neally, Roerig, Oliveira, & Fisher, L.L.P., 855 W. Price Road, Ste. 9, Brownsville, Texas 78520
Mr. C. Brian Cassidy, Lock, Laddell & Sapp, L.L.P., 100 Congress Ave., Suite 300, Austin, Texas 78701

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DINO X. CHAVEZ<br>　　Plaintiff<br><br>VS.<br><br>BROWNSVILLE INDEPENDENT<br>SCHOOL DISTRICT AND<br>NOE SAUCEDA<br>　　Defendants<br>---<br>BROWNSVILLE INDEPENDENT<br>SCHOOL DISTRICT,<br>　　Third-Party Plaintiff<br><br>VS.<br><br>AMERICAN FAMILY LIFE ASSURANCE<br>COMPANY OF COLUMBUS (AFLAC)<br>　　Third-Party Defendant | §§§§§§§§§§§§§§§§§§§§§ | CIVIL ACTION NO. B-02-128<br>JURY REQUESTED |

**ORDER SETTING HEARING ON DEFENDANT NOE SAUCEDA'S MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT AGAINST AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS (AFLAC)**

On this the _____ day of _____ 2003, came on to be considered Defendant Noe Sauceda's Motion for Leave to File Third-Party Complaint Against American Family Life Assurance Company of Columbus (AFLAC). After considering same, the Court is of the opinion that a hearing should be held.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Defendant Noe Sauceda's Motion for Leave to File Third-Party Complaint Against American Family Life Assurance Company of Columbus (AFLAC) be and is hereby set for hearing on the _____ day of _____, 2003 at _____ o'clock in this Honorable Court.

SIGNED FOR ENTRY on this the _____ day of _____, 2003.

_____
JUDGE PRESIDING

xc:
Ms. Eileen M. Leeds, Willette & Guerra, L.L.P., 3505 Boca Chica, Ste. 460 , Brownsville, Texas 78521
Mr. J. Arnold Aguilar, Law Offices of J. Arnold Aguilar, Artemis Square, Ste. H-2, 1200 Central Blvd., Brownsville, Texas 78520
Ms. Elizabeth G. Neally, Roerig, Oliveira, & Fisher, L.L.P., 855 W. Price Road, Ste. 9, Brownsville, Texas 78520
Mr. C. Brian Cassidy, Lock, Laddell & Sapp, L.L.P., 100 Congress Ave., Suite 300, Austin, Texas 78701