IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 8 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DINO CHAVEZ, <br>     Plaintiff, <br><br> vs. <br><br> BROWNSVILLE INDEPENDENT <br> SCHOOL DISTRICT and NOE SAUCEDA, <br>     Defendants, <br> ------------------------------------------------ <br> BROWNSVILLE INDEPENDENT SCHOOL <br> DISTRICT, <br>     Third-Party Plaintiff, <br><br> vs. <br><br> AMERICAN FAMILY LIFE ASSURANCE <br> COMPANY OF COLUMBUS (AFLAC), <br>     Third-Party Defendant. | § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-02-128 |

## AFLAC'S MOTION FOR HEARING

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Third-Party Defendant American Family Life Assurance Company of Columbus ("AFLAC") and requests that the Court set for oral hearing at the same time (i) AFLAC's Motion to Dismiss Third-Party Petition filed by defendant Brownsville Independent School District ("BISD") and (ii) Defendant Sauceda's Motion for Leave to File Third-Party Complaint Against AFLAC. The issues involved in both Motions are the same. Namely, whether defendants BISD and Sauceda have stated cognizable claims for contribution or indemnity against AFLAC. AFLAC believes that oral argument would assist the Court in its consideration of these two Motions.

Respectfully submitted,

*[signature]*

William B. Steele III
Attorney In Charge
So. Dist. No. 8019
State Bar No. 19107400
Of Counsel:
LOCKE LIDDELL & SAPP LLP
100 Congress Ave., Suite 300
Austin, Texas 78701
(512) 305-4700
(512) 305-4800 (Fax)

Valorie C. Glass
So. Dist. No. 15303
State Bar No. 00784135
Of Counsel:
ATLAS & HALL, L.L.P.
P.O. Box 3725
McAllen, Texas 78502
(956) 682-5501
(956) 686-6109 (Fax)

ATTORNEYS FOR THIRD-PARTY
DEFENDANT AMERICAN FAMILY LIFE
ASSURANCE COMPANY OF COLUMBUS

## CERTIFICATE OF SERVICE

I hereby certify by my signature below that a true and correct copy of the above and foregoing has been served via first class U.S. mail, on this 7th day of May, 2003, to all counsel of record listed below:

J. Arnold Aguilar
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520

Elizabeth G. Neally
Roerig, Oliveira & Fisher, LLP
855 West Price Road, Suite 9
Brownsville, Texas 78550

Eileen Leeds
Willette & Guerra
3505 Boca Chica Boulevard.
Suite 460
Brownsville, Texas 78521

*[signature]*

William B. Steele III

**Motion for Oral Argument – Page 2**
04055:00005 : AUSTIN : 274447.1