IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 5 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DINO X. CHAVEZ | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, NOE SAUCEDA, | § | B - 02 - 128 |
| and RANDY DUNN, MARILYN DEL | § | |
| BOSQUE-GILBERT and HUGH EMERSON, | § | |
| JR., in their official capacities as Board | § | |
| Members of Brownsville Independent | § | |
| School District | § | |

## PLAINTIFF'S DISCLOSURE OF EXPERT

TO THE HONORABLE U. S. DISTRICT COURT:

COMES NOW **DINO X. CHAVEZ**, Plaintiff in the above-styled and numbered cause and issues the following Disclosure of Expert.

### I.

(1) Dr. Stephen Horner, Economist
615 North Upper Broadway, Suite 1600
Corpus Christi, TX 78477
(361) 883-1686
(361) 883-1694 FAX

(2) See attached report.

Signed on this the 15th day of May, 2003.

            Respectfully submitted,

            **LAW OFFICE**
            **J. ARNOLD AGUILAR**
            Artemis Square, Suite H-2
            1200 Central Boulevard
            Brownsville, Texas 78520
            Telephone : (956) 504-1100
            Facsimile  : (956) 504-1408

By: _____
      J. Arnold Aguilar
      State Bar No. 00936270 by permission
      Federal Adm. No. 6822

Attorney for Plaintiff,
DINO X. CHAVEZ

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **PLAINTIFF'S DISCLOSURE OF EXPERT** has on this the 15th day of May, 2003, been forwarded via certified mail, return receipt requested to:

Ms. Elizabeth G. Neally
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Rd., Suite 9
Brownsville, TX 78520

Ms. Eileen M. Leeds
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, TX 78521

Mr. William B. Steele, III
LOCKE, LIDDELL & SAPP, L.L.P.
100 Congress Avenue, Suite 300
Austin, TX 78701

_____
(J.) Arnold Aguilar
by permission John John

STEPHEN M. HORNER, Ph.D.
P.O. Box 2685
Corpus Christi, Texas 78403
361/883-1686

May 15, 2003

Mr. Arnold Aguilar
1200 Central Blvd, Suite H-2
Brownsville, TX 78520

Re:   Dino X. Chavez v Brownsville Independent School District, Noe Sauceda, Marilyn del
      Bosque-Gilbert and Randall Dunn; In the United States District Court for the Southern
      District of Texas, Brownsville Division

Dear Mr. Aguilar,

This letter presents preliminary results of an analysis of the economic value that was lost by Mr. Dino Chavez as a result of not being allowed to sell supplemental insurance policies at the Brownsville Independent School District, resulting in the subsequent loss of his position as a Regional Sales Coordinator for AFLAC, Inc., in early 2002. See graph in attachment 1.

As can be seen from the graph, Mr. Chavez's Regional Sales Coordinator ("RSC") sales were growing rapidly until 2002. Mr. Chavez acted as both an agent and RSC for AFLAC. His compensation from AFLAC was through a complex commission and bonus system, that included varying rates for first year sales, renewals, different products and ages of customers, as well as bonuses for meeting quotas and other targets. He received separate commissions as an agent and as a RSC. Mr. Chavez's earned commission compensation in 2001 and 2002 are summarized in attached Exhibits A and B, taken from "AFLAC Monthly Accounting Statements."

Duration of Analysis

Mr. Chavez was 37 years old at the time of the events in 2002 central to this analysis. A male, age 37, with a bachelor's degree, would have a worklife expectancy of approximately 26 years. (See Skoog and Ciecka (2001), Table 5) The current analysis includes losses from 2002 through 2026, a twenty-five year period. There are risks associated with any business endeavor not continuing, or not continuing at projected rates. Such considerations are normally incorporated through the application of a risk-adjusted discount rate, which is discussed below.

Base Earnings from 2001

In 2001, Mr. Chavez and his agents wrote new business with annualized premiums totaling $1,649,603. Including conversions of older policies, the total annual premiums subject to first year commissions was $1,668,501. According to the AFLAC Monthly Accounting Statements for 2001, Dino Chavez earned first year commissions of about $78,706 on this

Chavez v. Noe Sauceda et al.
Page 2 of 6

business, plus an additional $30,478 in commissions from renewals of preexisting policies. Although Mr. Chavez has lost significant income as an agent, as well as a RSC, we are focused only on the latter in this preliminary analysis. Mr. Chavez's commissions as RSC were about $64,827 for first year premiums, and $16,388 for renewals. In addition, Mr. Chavez receives additional compensation in the form of stock bonuses, of 0.70% of first year policies for which a 13th month payment is received, as well as a performance bonus. Based on 2002 performance, we note that approximately 45.15% of 1st year policies lapsed during the year. We assume this would continue, and include only 55.85% of the 0.70% of first year premiums in our projections. (See Exhibit C, Attrition Analysis.) Policies that have already renewed, that is passed their 13th month without cancellation, had an annual attrition rate of about 14.40%. Thus, we assume that 45.15% of first year policy premiums will produce no revenue in subsequent years, and 14.40% of renewed policies will cancel in subsequent years. In February 2001, Mr. Chavez received a check for $18,623, which was about 1.66% of his year 2000 first year annualized premiums sold by Mr. Chavez and his team of agents. Based on his 2001 performance, Mr. Chavez earned an additional performance bonus check, paid in February 2002 of about $27,439, or about 1.66% of the first year annualized premiums. (For ease in computation in this preliminary report, we include these performance bonuses with the year in which they are earned.) As a subtraction from commissions on first year premiums, RSCs were required to contribute 0.50% to the Manager's Incentive Fund, effectively reducing the commission on first year premiums from about 8.2% to about 7.7%. Although these contributions are deducted as expenses, we have used them to reduce the revenue simplicity in calculations. These average rates for commissions and bonuses are assumed to continue. Other AFLAC incentive programs are ignored in this preliminary analysis. Mr. Chavez reports that his operation was fully staffed by 2001, when his other expenses were about $67,475 less the $8,371 he was required to contribute to the Incentive Fund. He projects that his remaining expenses of $59,104 would have grown only with inflation in the future. We assume this to be about 3.1% per year, based on the same period of data as will be used for discounting. See Ibbotson (2000), page 14.

### Earnings for 2002 through 2026

As noted earlier, Mr. Chavez's AFLAC business as an RSC was growing rapidly. Mr. Chavez indicates that the primary enrollment period for the Brownsville ISD was in December 2001, but that he had already been given 30 days notice of his termination as RSC. AFLAC brought in approximately two dozen agents that were on the "teams" of other RSCs in South Texas, resulting in a large portion of this business being credited to RSCs other than Mr. Chavez. Based on AFLAC documents provided by Mr. Chavez, we have estimated that approximately $322,108 in annualized new business was missed in December 2001. (See Exhibit D) The following table shows the growth of that business from 1998 through 2001, including this adjustment:

Chavez v. Nas Samada et al
Page 3 of 6

| Growth of 1st Year Premiums |||
|---|---|---|
| Year | 1st Year Premiums | Growth |
| 1998 | $91,991 | n.a. |
| 1999 | $673,640 | 632.29% |
| 2000 | $1,132,423 | 68.11% |
| 2001* | $1,990,609 | 75.78% |

*Includes $322,108 lost in December 2001

    Growth rates of this magnitude cannot be sustained for 25 years, and this is a relatively short history upon which to make a projection. Nevertheless, there is no indication of a deceleration in the growth. For purposes of illustration in this preliminary report, we assume that the year 2001 growth rate of 75.78% continues for one additional year, then the rate of growth falls to half that rate in 2003 to about 37.89%, and half again in 2004 to about 18.95%. Mr. Chavez has reported that AFLAC management requires an average growth rate of at least 15% from its sales coordinators. Thus, for the purpose of illustration in this preliminary report, we assume that the decline in growth rates will continue through 2004, with growth stabilizing at about 18.95% per year. These rates are shown below, with the projected rates shown in italics:

| Year | Actual or Projected Growth |
|---|---|
| 1999 | 626.74% |
| 2000 | 67.33% |
| 2001 | 75.78% |
| *2002* | *75.78%* |
| *2003* | *37.89%* |
| *2004* | *18.95%* |
| *2004-2026* | *18.95%* |

*Note: Growth figures for 2002 through 2026 are projections.*

### Discounting for the Time Value of Money and Risk

One purpose of this report is to present a single figure that represents the economic value of the opportunity lost by Mr. Chavez as a result of his insurance team being prevented from selling his insurance products at BISD and his subsequent termination as RSC for AFLAC. Since this lost economic value would have taken place over a long period of time, it is necessary to take account of the fact that cash flows in different years do not have the same economic value, and thus cannot properly be added together. There are two primary reasons for this. The first reason is that dollar amounts in the future have lower value than they do in the present because present amounts, if invested, will grow larger with time. Thus, a smaller sum in the present will be required to replace a given future amount. Discounting by the time value of money converts future values to present values.

The second reason that cash flows in different years do not have the same value is that later amounts, due to the possible intervention of unforeseen events, are subject to increasing risk of not being realized. Thus, future projected amounts should be corrected for their increasing risk as they are further in the future. This is done through the use of a risk-adjusted discount rate. Discussion of this process is described in finance texts, such as in Chapter 2 of Brealey and Myers (1991), as well as other texts in the valuation literature, such as Ibbotson (2000). The estimation of a risk-adjusted discount rate can be accomplished in several ways. The most commonly used is the risk-adjusted form of the "capital asset pricing model" or "CAPM." This is discussed in sources such as Ibbotson (2000) and Pratt (1998), Chapter 9.

For the CAPM approach, we rely on data provided by Ibbotson (2000), Table 5, page 120. The risk-free rate based on 20-year government bonds would be about 5.21%, and the equity risk premium for the NYSE (New York Stock Exchange) from the same source would be about 7.13%. The equity risk premium would be multiplied by a "beta" expressing the general non-diversifiable or systematic risk that relates the particular market to the market as a whole. In this case, the beta for AFLAC would be appropriate to capture the response of this segment of the insurance industry to economic fluctuations in the general market. According to Business Week data from May 14, 2003, the beta for AFLAC is about 0.89, reflecting relatively low relative systematic risk. This is multiplied by the 7.13% risk adjustment for the market at a whole, for an adjustment of 6.35% to the risk-free rate. In addition, we add a size-related premium, noting that the adjustment for the smallest NYSE size category is about 3.95%, but the smallest NYSE company is much larger than Mr. Chavez's operation. We add an additional 6.0% for the small size of Mr. Chavez company, and other company-specific risk considerations, such as Mr. Chavez dependence on a primary supplier of insurance and early dependence on one large customer base. There is some danger in over-adjusting with additional risk factors, as many small companies share some of these risks. This results in a risk-adjusted discount rate of about 21.5%.

### Present Value of Lost Earnings

Based on the above preliminary calculations, the present value of the commissions and performance bonuses, less expenses, lost by Mr. Chavez would be about $5,344,463.

Chavez v. Noe Sauceda et al.
Page 5 of 6

### Mitigation Earnings

To the extent that Mr. Chavez's termination from his position as Regional Sales Coordinator at AFLAC opens other opportunities for him, the net earnings from these additional pursuits should be subtracted from the present value of lost earnings estimated above. Mr. Chavez has indicated that he joined The Teachers' Agency in early 2002, becoming an owner. His 1099 from that operation indicated earnings of $7,000. We do not have complete figures in order to do an analysis or projection of his earnings from this endeavor.

Please feel free to call me if you have any questions. Thank you very much for this opportunity to be of service.

Sincerely,

Stephen M. Horner, Ph.D.

Chavez v. Noe Sauceda et al.
Page 6 of 6

### Bibliography

Brealey, Richard A., and Stewart C. Myers, *Principles of Corporate Finance*, Fourth Edition. New York: McGraw-Hill, 1991.

Ibbotson Associates: *Stocks, Bonds, Bills, and Inflation: Valuation Edition 2000 Yearbook*. Chicago: Ibbotson Associates, 2000.

Skoog, Gary R., and James E. Ciecka: "The Markov (Increment-Decrement) Model of Labor Force Activity: Extended Tables of Central Tendency, Variation, and Probability Intervals," *Journal of Legal Economics*, Spring/Summer 2001, pp. 23-87.

Pratt, Shannon P.: *Cost of Capital: Estimation and Applications*. New York: John Wiley & Sons, 1998.



Attachment 1

Exhibit A
AFLAC Commissions  2001

Monthly Accounting Statements

| Month End | Premium Collected | | | | Commission Earned | | | | Commission Earned | | | |
| | 1st Year | | Renewal | | 1st Year | | Renewal | | 1st Year | | Renewal | |
| | Personal | Override | Personal | Override | Personal | Override | Personal | Override | Personal | Override | Personal | Override |
| 1/31/2001 | 9,629.47 | 62,238.28 | 15,390.32 | 39,979.90 | 2,026.66 | 3,201.67 | 948.22 | 1,045.24 | 21.05% | 5.14% | 6.16% | 2.61% |
| 2/28/2001 | 242.33 | 45,885.29 | 6,373.20 | 25,750.37 | (439.23) | 2,676.55 | 390.42 | 621.86 | -181.25% | 5.83% | 6.13% | 2.41% |
| 3/31/2001 | 17,574.43 | 133,049.83 | 39,186.97 | 101,433.02 | 1,782.57 | 5,434.18 | 2,363.30 | 2,253.85 | 10.14% | 4.08% | 6.03% | 2.22% |
| 4/30/2001 | 8,366.81 | 74,804.11 | 19,175.05 | 54,194.26 | 1,375.93 | 4,161.80 | 1,122.91 | 1,207.18 | 16.45% | 5.58% | 5.86% | 2.23% |
| 5/31/2001 | 7,760.23 | 85,332.29 | 18,613.09 | 57,723.75 | 1,167.74 | 5,173.94 | 1,091.96 | 1,263.59 | 15.05% | 7.92% | 5.80% | 2.17% |
| 6/30/2001 | 8,151.66 | 103,828.16 | 22,389.06 | 69,179.40 | 1,295.74 | 8,290.85 | 1,332.91 | 1,515.08 | 15.90% | 7.98% | 5.96% | 2.19% |
| 7/31/2001 | 1,950.38 | 59,280.38 | 7,534.38 | 37,410.00 | 233.73 | 2,016.46 | 470.84 | 898.34 | 11.98% | 3.40% | 6.25% | 2.40% |
| 8/31/2001 | 6,934.81 | 84,406.81 | 19,145.21 | 82,609.64 | 1,146.49 | 3,519.90 | 1,127.06 | 1,345.58 | 16.53% | 4.17% | 5.89% | 2.15% |
| 9/30/2001 | 11,968.81 | 113,299.74 | 32,413.62 | 95,167.42 | 1,622.45 | 11,274.17 | 1,871.09 | 2,009.05 | 13.56% | 9.95% | 5.77% | 2.11% |
| 10/31/2001 | 5,711.72 | 81,572.51 | 17,316.46 | 57,735.27 | 963.00 | 6,160.18 | 1,046.15 | 1,185.26 | 16.86% | 6.33% | 6.04% | 2.06% |
| 11/30/2001 | 7,240.62 | 95,003.69 | 18,082.10 | 84,741.20 | 906.77 | 3,988.60 | 1,045.24 | 1,377.66 | 12.52% | 4.20% | 5.78% | 2.13% |
| 12/31/2001 | 5,856.39 | 123,858.67 | 20,955.99 | 82,643.39 | 1,797.30 | 9,905.41 | 1,279.79 | 1,875.30 | 30.69% | 8.01% | 6.11% | 2.03% |
| Total 2001 | 91,387.66 | 1,042,559.76 | 236,753.45 | 748,587.62 | 13,879.15 | 84,826.81 | 14,089.71 | 16,387.99 | 15.19% | 8.22% | 5.95% | 2.19% |

Totals:   1st Year 78,705.96   Renewal 30,477.70

Exhibit B  
AFLAC Commissions    2002

Monthly Accounting Statements

| Month End | Premium Collected 1st Year Personal | Premium Collected 1st Year Override | Premium Collected Renewal Personal | Premium Collected Renewal Override | Commission Earned 1st Year Personal | Commission Earned 1st Year Override | Commission Earned Renewal Personal | Commission Earned Renewal Override | Commission Earned % 1st Year Personal | Commission Earned % 1st Year Override | Commission Earned % Renewal Personal | Commission Earned % Renewal Override |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/31/2002 | 5,893.89 | 107,498.15 | 23,392.70 | 88,336.46 | 775.39 | 4,886.76 | 1,374.03 | 1,823.30 | 13.16% | 4.55% | 5.87% | 2.06% |
| 2/28/2002 | 842.80 | 94,965.31 | 9,084.74 | 64,329.57 | 332.37 | 1,179.89 | 632.19 | 1,315.75 | 39.45% | 1.24% | 6.97% | 2.05% |
| 3/31/2002 | 1,686.09 | 117,667.75 | 28,059.35 | 106,815.43 | 281.72 | 1,941.85 | 1,454.76 | 2,031.03 | 16.71% | 1.66% | 5.58% | 1.90% |
| 4/30/2002 | 745.88 | 101,689.88 | 37,636.90 | 131,744.76 | (180.68) | 1,867.18 | 1,979.69 | 2,461.60 | -24.22% | 1.84% | 5.26% | 1.87% |
| 5/31/2002 | 307.23 | 66,966.72 | 4,042.56 | 54,308.50 | (2.80) | 925.16 | 258.30 | 1,056.45 | -0.91% | 1.38% | 6.39% | 1.95% |
| 6/30/2002 | 1,489.12 | 121,397.80 | 46,423.19 | 170,998.92 | 365.73 | 2,674.72 | 2,444.30 | 3,212.65 | 24.56% | 2.20% | 5.26% | 1.88% |
| 7/31/2002 | 677.27 | 68,771.85 | 22,039.13 | 106,349.98 | 74.96 | 1,211.80 | 1,195.28 | 2,005.75 | 11.07% | 1.76% | 5.42% | 1.89% |
| 8/31/2002 | 734.57 | 62,283.62 | 22,283.20 | 107,228.28 | 433.50 | 1,080.59 | 1,221.58 | 2,023.57 | 59.01% | 1.74% | 5.48% | 1.89% |
| 9/30/2002 | 872.23 | 58,145.12 | 22,835.08 | 126,249.05 | 65.01 | 1,288.71 | 1,261.57 | 2,346.83 | 7.45% | 2.22% | 5.50% | 1.86% |
| 10/31/2002 | 1,006.12 | 41,977.64 | 23,584.64 | 117,651.77 | 3,149.18 | 734.56 | 1,286.95 | 2,199.65 | 313.00% | 1.75% | 5.46% | 1.87% |
| 11/30/2002 | 645.84 | 32,481.49 | 21,124.84 | 118,779.68 | 147.21 | 521.44 | 1,122.21 | 2,117.82 | 22.79% | 1.61% | 5.31% | 1.81% |
| 12/31/2002 | 2,248.69 | 33,028.01 | 24,788.95 | 159,907.86 | 2.46 | 724.10 | 1,360.37 | 2,912.32 | 0.11% | 2.19% | 5.49% | 1.82% |
| **Total 2002** | 17,149.53 | 906,253.34 | 282,372.48 | 1,350,790.09 | 5,444.05 | 19,036.65 | 15,591.23 | 25,506.52 | 31.74% | 2.10% | 5.52% | 1.89% |

Exhibit C
Attrition Analysis

| | 1st Year Prev Mo In Force | New issues | Conversions | Reinstated | Lapsed | Duration Changes | In Force EOM | Conversions Reinstated less lapsed | Percent attrition | Renewals Prev Mo In Force | New issues | Conversions | Reinstated | Lapsed | Duration Changes | In Force EOM | Conversions Reinstated less lapsed | Percent attrition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/31/2001 | 1,267,911 | 63,497 | 849 | 2,263 | (28,483) | (17,915) | 1,290,122 | (23,371) | -1.84% | 273,706 | | 1,009 | 156 | (4,102) | 17,915 | 286,684 | (2,937) | -1.07% |
| 2/28/2001 | 1,290,122 | 76,233 | 218 | 3,075 | (46,452) | (32,790) | 1,291,404 | (43,161) | -3.35% | 286,684 | | 18 | 931 | (9,143) | 32,790 | 313,281 | (8,193) | -2.84% |
| 3/31/2001 | 1,290,404 | 111,057 | (90) | 3,341 | (33,741) | (204,257) | 1,166,744 | (30,490) | -2.36% | 313,281 | | | 1,232 | (3,939) | 204,257 | 514,831 | (2,707) | -0.86% |
| 4/30/2001 | 1,166,744 | 82,894 | (119) | 3,903 | (31,304) | (15,093) | 1,206,055 | (27,530) | -2.36% | 514,831 | | 312 | 358 | (6,691) | 15,093 | 523,918 | (6,011) | -1.17% |
| 5/31/2001 | 1,206,655 | 138,842 | 284 | 3,906 | (29,849) | (22,392) | 1,294,646 | (25,269) | -2.03% | 523,918 | | 34 | 598 | (2,645) | 22,392 | 544,290 | (2,016) | -0.36% |
| 6/30/2001 | 1,296,646 | 208,522 | 455 | 1,448 | (163,706) | (22,545) | 1,359,868 | (151,605) | -11.69% | 544,290 | | 134 | 2,736 | (13,541) | 22,545 | 556,103 | (10,672) | -1.96% |
| 7/31/2001 | 1,330,868 | 70,910 | (3,316) | 3,318 | (65,496) | (33,151) | 1,303,133 | (65,494) | -4.92% | 556,103 | | 3,996 | 2,077 | (4,637) | 33,151 | 590,782 | 1,436 | 0.25% |
| 8/31/2001 | 1,303,133 | 78,739 | 84 | 1,579 | (33,896) | (26,171) | 1,328,398 | (32,308) | -2.48% | 590,782 | | 212 | 1,144 | (6,795) | 26,171 | 610,514 | (5,439) | -0.92% |
| 9/30/2001 | 1,325,398 | 279,355 | 692 | 3,890 | (44,850) | (35,521) | 1,528,934 | (40,298) | -3.04% | 610,514 | | 500 | 931 | (8,572) | 35,521 | 638,894 | (7,141) | -1.17% |
| 10/31/2001 | 1,528,934 | 179,633 | 1,765 | 1,051 | (51,035) | (27,904) | 1,633,387 | (47,599) | -3.11% | 638,894 | | 879 | 844 | (7,943) | 27,904 | 680,278 | (6,220) | -0.97% |
| 11/30/2001 | 1,633,367 | 112,196 | 300 | 3,204 | (81,764) | (38,773) | 1,644,532 | (59,260) | -3.57% | 680,278 | | | 1,389 | (19,739) | 38,773 | 680,701 | (18,350) | -2.78% |
| 12/31/2001 | 1,646,532 | 249,630 | | 6,971 | (74,377) | (82,179) | 1,748,577 | (67,406) | -4.09% | 680,701 | | | 4,412 | (10,543) | 82,179 | 756,749 | (6,131) | -0.90% |

Avg in force 1,357,580  |  |  | 1,170 | 36,139 | (652,256) |  |  | (612,846) | -45.16% | Avg in force 516,339 |  | 7,096 | 16,845 | (98,290) |  |  | (74,345) | -14.40% |

BISD December Enrollment Estimation
Exhibit D

### U2181

| Date | | Ninthly | |
|---|---|---|---|
| | 1/11/2002 | | $6,425.40 |
| | 12/11/2001 | | 2,685.98 |
| Difference | | | 3,739.42 |
| periods | | | 9.00 |
| Annual | | | 33,654.78 |

### AG986

| | | Bi-weekly then Monthly | |
|---|---|---|---|
| | 4/23/2002 | | 5,598.50 |
| New | | | - |
| Difference | | | 5,598.50 |
| periods | | | 12.00 |
| | | | 67,182.00 |

### L5864

| | | Monthly | |
|---|---|---|---|
| | 2/11/2002 | | 75,148.42 |
| | 11/1/2001 | | 44,826.88 |
| Difference | | | 30,321.54 |
| periods | | | 12.00 |
| | | | 363,858.48 |

| Total Annual New Business | 464,695.26 |
|---|---|

Less credit given to Chavez:

| Week 52 Mktg Total | 1,668,501.00 |
|---|---|
| Week 50 Mktg Total | 1,525,914.00 |
| Increase | 142,587.00 |

If assume no credit for no other accounts,
rather 100% from BISD
Lost                                $322,108.26

STEPHEN M. HORNER, PH.D.
ECONOMIC, BUSINESS & STATISTICAL CONSULTING
P.O. Box 2685
CORPUS CHRISTI, TEXAS 78403

361-883-1686
Fax: 361-883-1694

Effective January 1, 2003

### Rates for Cases Opened After January 1, 2003*

#### Retainer in Chavez vs. Brownsville I.S.D., et al:

$3,000.00

Retainer will be applied to final balance at case closure only. Charges for professional services and expenses will be billed monthly. The client is expected to pay monthly invoices promptly. We reserve the right to cease work in this matter if unpaid accrued charges exceed the retainer.

#### Hourly Rate for Stephen M. Horner, Ph.D.:

$300.00 per hour

#### Research Assistant's Services:

$110.00 per hour

Expenses: Billed at cost.

*Once opened, rates for each case are fixed until January 1 of the calendar year in which the case would have been open three years.

Tax I.D. Number 74-2575880

STEPHEN M. HORNER, PH.D.
Economic, Business & Statistical Consulting
P.O. Box 2685
Corpus Christi, Texas 78403
361/883-1686

CURRICULUM VITAE

## EDUCATION
Ph.D., Economics, The University of Michigan, Ann Arbor, Michigan, 1977
M.P.P., Public Policy Studies, The University of Michigan, Ann Arbor, Michigan, 1973
B.Sc., Economics, California Institute of Technology, Pasadena, California, 1970
Graduated, W.B. Ray High School, Corpus Christi, Texas, 1966

## CONSULTING
| | |
|---|---|
| 1985-Present | General Economic, Business and Statistical Consulting, Various Defense and Plaintiff's Attorneys; Personal Injury and Commercial Damage Economic Evaluation |
| 1987 | Corpus Christi Warehouse and Storage, Corpus Christi, Texas; Lease Negotiation Support |
| 1985 | Susser Petroleum Corporation, Apache Fuels, Corpus Christi, Texas |
| 1978 | Urban Systems, Inc., Cambridge, Massachusetts |
| 1976 | City of Ann Arbor Cablecasting Commission, Ann Arbor, Michigan |

## EMPLOYMENT
| | |
|---|---|
| 1999 | Adjunct Professor of Economics, Texas A&M University, Corpus Christi, Texas |
| 1979-1989 | Executive Vice President, Oil Field Equipment Co., Corpus Christi, Texas |
| 1977-1979 | Assistant Professor of Economics, Wellesley College, Wellesley, MA. |
| 1976-1977 | Lecturer in Economics, Wellesley College, Wellesley, MA. |
| 1975 | Lecturer, School of Public Health, The University of Michigan, Ann Arbor, MI |
| 1974-1975 | Teaching Assistant, School of Public Health, The University of Michigan, Ann Arbor, Michigan |
| 1972-1975 | Research Assistant, The Institute of Public Policy Studies, The University of Michigan, Ann Arbor, Michigan |
| 1971 | Teaching Assistant, Industrial Engineering, School of Engineering, The University of Michigan, Ann Arbor, Michigan |
| 1970-1971 | Special Administrative Assistant to the Chairman of the Board, International Business Machines Corporation, IBM Internship Program, Armonk, New York |

## PROFESSIONAL ASSOCIATIONS
National Association of Forensic Economics, (President 2003-2004, Western Vice-President, 1992 - 1996)
  *Journal of Forensic Economics*, (Board of Editors, 1996-2000)
American Economic Association
American Statistical Association
Western Economic Association International

## PUBLICATIONS
"The Valuation of Earning Capacity: Definition, Measurement and Evidence" in *Journal of Forensic Economics*, 1999, 12(1), 13-32.
"Reference Guide for Valuing Economic Loss in Personal Injury, Wrongful Death and Survival Actions," with Thomas R. Ireland and James D. Rodgers, in *Expert Economic Testimony: Reference Guides for Judges and Attorneys*, by Thomas R. Ireland, Stephen M. Horner, James D. Rodgers, Patrick A. Gaughan, Robert R. Trout and Michael J. Piette. Tucson, AZ: Lawyers & Judges Publishing Company, 1998.
Review of Gamboa, Jr., A. M. (1995): *The New Worklife Expectancy Tables*, in *Journal of Applied Rehabilitation Counseling*, Volume 27, Number 3, Fall 1996, page 67

# Deposition & Trial Testimony

5/14/2003

| Date | Testimony | Case Number | Case Name | Attorney Name | Court | Cause Number | Style of Case |
|---|---|---|---|---|---|---|---|
| Last 4 years: | | | | | | | |
| 4/27/1999 | Deposition | 99022 | Salas | Magee | Dist. Court, Bexar County, TX, 37th Judicial District | No. 98-CI-09177 | Christopher Salas v. Michael Dix Restaurant San Antonio Inc. d/b/a Wild Zebra |
| 5/18/1999 | Deposition | 99012 | Moore | Hermann | Dist. Court, Nueces County, TX, 105th Judicial District | No. 98-4173-D | Yolanda Moore v. The Port Royalty by the Sea Condominium Owners |
| 6/9/1999 | Deposition | 99015 | Villarreal | Patterson | Dist. Court, Nueces County, TX, 28th Judicial Dist. | No. 98-3812-A | Israel Villarreal v. Union Pacific Resources Company |
| 6/25/1999 | Deposition | 99023 | Vela | Greenwell | Dist. Court, Starr County, TX, 229th Judicial District | No. DC-96-174 | Jose Vela v. Yamaha Motor Corporation, U.S.A. |
| 8/13/1999 | Deposition | 99050 | Falgen-Rozann | Wildenmeyer | Dist. Court, Travis County, TX, 200th Judicial District | No. 97-10138 | Falgen-Rozann v. State Farm Mutual Automobile Insurance Company, et al |
| 9/16/1999 | Deposition | 99010 | Williams | Cullen | Dist. Court, Nueces County, TX, 94th Judicial Dist. | No. 98-1998 | Rudolfo Williams v. AG Hi Power |
| 9/24/1999 | Deposition | 99045 | Hickey | Gonzales | Dist. Court, Nueces County, TX, 347th Judicial Dist. | No. 98-4191-H | Michael Hickey v. Willow-Ellis Company and Justin Allen |
| 10/21/1999 | Deposition | 99030 | Culver | Marchan | U.S. Dist. Court, Southern Dist. of Texas, Brownsville | No. B-96-33 | John Culver v. Union Pacific Railroad Company |
| 10/25/1999 | Deposition | 99029 | Johnston | Peacock | Dist. Court, Jim Wells County, TX, 79th Judicial District | No. 97-07-36755 | John Johnston v. SPX Corp., Gilbert Ozuna, L.A.A.P., Inc., and Pat Peterson |
| 10/28/1999 | Trial | 99073 | Vasquez | Garrett | Dist. Court, Nueces County, TX, 117th Judicial Dist. | No. 98-3331-B | John Vasquez v. Bonilla & Bonilla, Inc. |
| 11/21/1999 | Deposition | 99072 | Puig | Greenwell | Dist. Court, Webb County, TX, 111th Judicial Dist. | No. C-96-0651-D2 | Sara Louise Puig v. Listor Leigton Leyendecker |
| 11/23/1999 | Deposition | 2001B | Urbano | Wigington | Dist. Court, Harris County, TX, 295th Judicial District | No. 1990E0029 | Isidro Urbano and Jussa Mora Sola v. South West Rent Properties |
| 11/15/1999 | Deposition | 99062 | Remicki | Hermansen | Dist. Court, Webb County, TX, 79th Judicial Dist. | No. DC-96-174 | Jose Vela v. Yamaha Motor Corporation, U.S.A. |
| 3/22/2000 | Trial | 99050 | Falgen-Rozann | Wildenmeyer | Dist Court, Travis County, TX, 200th Judicial District | No. 97-10138 | Randy Remus and Rebecca Ramos v. Bay, Inc. |
| 4/11/2000 | Trial | 99025 | Vela | Veis | Dist. Court, Starr County, TX, 229th Judicial District | No. DC-96-174 | Michael Falgen and Rozann v. State Farm Mutual Automobile Insurance Company |
| 5/4/2000 | Deposition | 2030 | Flores | Wigington | Dist. Court, Nueces County, TX, 347th Judicial District | No. 99-6342-H | Jose Vela v. Yamaha Motor Corporation, U.S.A. |
| 6/14/2000 | Trial | 2001B | Rivas | Gault | Dist. Court, Cameron County, TX, 357th Judicial District | No. 98-04-2691-E | Rachel Flores, et al. v. Garrett Construction Company |
| 7/11/2000 | Deposition | 99052 | Urbano | Wigington | Dist. Court, Harris County, TX, 295th Judicial Dist. | No. 1990E80086 | Jesus Rivas v. Columbia Valley Healthcare System, Valley Regional Medical Center, et al |
| 8/3/2000 | Deposition | 2038 | Williams | Merchan | Dist. Court, Bexar County, TX, 288th Judicial Dist. | No. 99-02-36426 | Steve Williams v. Engineered Experience Services |
| 8/11/2000 | Deposition | 99064 | Remicki | Hermansen | Dist. Court, Webb County, TX, 79th Judicial District | No. 97-10136 | Matthew Stephens v. G.P. Transport, Inc., "G.P. Transport", and Jose Reyes Gonzalez |
| 8/22/2000 | Deposition | 99066 | Jangoten | Clarks | Dist. Court, San Patricio County, TX, 357th Judicial Dist. | No. 95-09-2699-E | George Angulov v. Brownsville Community Health Center |
| 10/25/2000 | Deposition | 2042 | Halley | Brough | Dist. Court, Starr County, TX, 229th Judicial Dist. | No. S-96-534/CV-B | Michael Falgen and Rozann v. State Farm Mutual Automobile Insurance Company |
| 12/11/2000 | Deposition | 2035 | Stephens | Merchan | Dist. Court, San Patricio County, TX, 156th Judicial Dist. | No. DC-98-174 | Jose Vela v. Yamaha Motor Corporation, U.S.A. |
| 12/5/2000 | Deposition | 2045 | Bailey | Brough | Dist. Court, Cameron County, TX, 28th Judicial Dist. | No. 99-8342-H | Rachel Flores, et al. v. Garrett Construction Company |
| 8/11/2000 | Deposition | 2038 | Williams | Merchan | Dist. Court, Starr County, TX, 229th Judicial District | No. 99-6515-B | Helton Halley v. Omni Hotels Management Corporation, Melissa Reyes, Jody Hagood, Sherry Hits |
| 2/4/2001 | Deposition | 2066 | Saliver | Brough | Dist. Court, Cameron County, TX, 107th Judicial Dist. | No. 98-06-0864/631-A | Armold George Bailey, et al. v. Ford Motor Company, Bridgestone/Firestone, Inc. et al |
| 2/19/2001 | Deposition | 2072 | Connell | Hardie | Dist. Court, Jim Wells County, TX, 18th Judicial Dist. | No. 98-12-38161-CV | Jenny Pope Connell v. Schwan's Enterprises, Inc and Belknower Beverages |
| 2/1/2001 | Deposition | 2055 | Lopez | Brough | Dist. Court, Nueces County, TX, 148 Judicial Dist. | No. 99-5886-E | Jesus A. Lopez vs. Roy Reich Trucking Company, Inc., Mack Smith and Austin Roofers Supplies, Inc. |
| 3/7/2001 | Deposition | 2050 | Lopez | Brough | Dist. Court, Nueces County, TX, 148 Judicial Dist. | No. 99-5886-E | Jesus A. Lopez vs. Roy Reich Trucking Company, Inc., Mack Smith and Austin Roofers Supplies, Inc. |
| 3/14/2001 | Deposition | 2050 | Wilson | Cargo | U.S. Dist. Court of Southern Dist. of Texas, Corpus Christi | No. C-00-3 | Bill Dotson, et al v. Steel Wilson, et al |
| 3/15/2001 | Trial | 2016 | Sweeney | Sapatro | Dist. Court, Hidalgo County, TX, 92nd Judicial Dist. | Mo. C-1274-87-G | Sweeney Construction Inc. vs. Texas Valley Insurance Agency d/p/a McKee Insurance and Robert Garza |
| 6/6/2001 | Trial | 2054 | Yasser | Borger | Dist. Court, Tarrant County, TX, 141st Judicial Dist. | Mo. 141-177973-99 | Peggy Kitton, et al., v. Durham Transportation, Inc., et al. |
| 8/16/2001 | Trial | 2036 | Rodriguez | Garcia | Dist. Court, Hidalgo County, TX, 82nd Judicial Dist. | No. C-1631-00-A | Joel Rodriguez, et al. v. Bridgestone/Firestone, Inc. Ford Motor Company, and Westpoo Ford-Mercury, In |
| 7/16/2001 | Deposition | 2038 | Rodriguez | Garcia | Dist. Court, Hidalgo County, TX, 92nd Judicial Dist. | No. C-1631-00-A | Joel Rodriguez, et al. v. Bridgestone/Firestone, Inc. Ford Motor Company, and Westpoo Ford-Mercury, In |
| 7/18/2001 | Deposition | 2055 | Gilbert | Ford | Dist. Court, Live Oak County, TX, 36th Judicial District | No. L-01-0055-CV-A | George Gilbert and Sally Gilbert vs. Wagnar Oil Company |
| 7/25/2001 | Trial | 2074 | Williams | Brough | Dist. Court, Reek County, TX, 4th Judicial District | No. 2000-157 | Suzanne Williams, et al v. Patterson Drilling Company, et al |
| 8/14/2001 | Deposition | 2030 | Lee | Brough | Dist. Court, Kleberg County, TX, 105th Judicial District | No. 66397 | Lisa Colyer, et al v. Lime Construction Services, Inc. et al. |
| 8/6/2001 | Trial | 2054 | Davis | Burugh | U.S. Dist Court, Southern Dist. Of Texas, Brownsville | No. 1990-10-4497-C | Pamela Fanco Canoe, USA, Inc. v. Daniel E. Davis, Davison, Inc., and Coburn Intl, LTD |
| 8/16/2001 | Trial | 2064 | Rodriguez | Garcia | Dist. Court, Hidalgo County, TX, 92nd Judicial Dist. | No. C-1811-00-A | Joel Rodriguez, et al. v. Bridgestone/Firestone, Inc. Ford Motor Company, and Westpoo Ford-Mercury, In |
| 8/16/2001 | Trial | 2017 | Scheid | Cowen | Dist. Court, Cameron County, TX, 87th Judicial Dist. | No. 99-08-04831-A | Arnold Gatiwan and Meiman Gatiwan, et al v. Brownville-Valley Regional Medical Center, Inc., et al |
| 9/21/2001 | Deposition | 99026 | Saratoga | Hongrey | Dist. Court, Cameron County, TX, 105th Judicial Dist. | No. 98-10-4646-D | Medical Specialist Group, P.A. d/b/a Saratoga Medical Center vs. Radiology Associates, LLP. |
| 1/10/2002 | Deposition | 2102 | Caputo | Hongrey | Dist. Court, Nueces County, TX, 94th Judicial Dist. | No. 99-4398-C | Judy Wright, et al. v. Cillag Petroleum Refining and Chemicals |
| 1/22/2002 | Trial | 99026 | Saratoga | Hongrey | Dist. Court, Cameron County, TX, 105th Judicial District | No. 98-10-4646-D | Medical Specialist Group, P.A. d/b/a Saratoga Medical Center vs. Radiology Associates, LLP. |
| 2/6/2002 | Deposition | 2106B | Hongrey | Hummel | Dist. Court, Cameron County, TX, 220th Judicial District | No. CC-01-432 | Bobby Burrows and Valley Lease Service |
| 7/24/2002 | Deposition | 2103 | Canozos | Rhyne | Dist. Court, Jim Hogg County, TX, 229th Judicial Dist. | No. 00-11-47/95-A | Pearl ira Garza, et al. v. JCW Electronics, Inc. |
| 4/11/2002 | Deposition | 2104 | Garza | Sullivan | Dist. Court, Cameron County, TX, 197th Judicial Dist. | No. 00-4692-G | Alfred Martinez v. Wilson Rose Associates, L.P. |
| 4/16/2002 | Trial | 2014 | Martinez | Cowen | Dist. Court, Nueces County, TX, 319th Judicial Dist. | No. 00-6849-B | Douglas Scheld and Joyce Scheid vs. Kawasaki Henry Industries, Ltd et al. vs Gaminno Engineering |
| 4/16/2002 | Deposition | 2017 | Contreras | Gardenas | Dist. Court, Duval County, TX, 229th Judicial Dist. | No. 98-4975Z | Arturo Contreras vs. Javier Contreras, Security Wel Service, Inc., King Ranch, Inc., and Bowen Corp. |
| 5/7/2002 | Trial | 2014 | Cole | Meyer | Dist. Court, Bexar County, TX, 57th Judicial Dist. | No. 89-01-08979 | Mary Jane Cole v. Gilliens Building Company, et al |
| 5/7/2002 | Trial | 2002 | Cole | Meyer | Dist. Court, Bexar County, TX, 57th Judicial Dist. | No. 2002-2-57,648-B | Mary Jane Cole v. Gilliens Building Company, et al |
| 10/29/2002 | Deposition | 2048 | Durnmett | Purnell | Dist. Court, Victoria County, TX, 135th Judicial Dist. | No. 01-07-452 | Albert Durnett vs. Fee Rodriguez Owner |
| 12/6/2002 | Trial | 2034 | Philipps | Hust | Dist. Court, Wise County, TX, 271st Judicial District | No. H-01-3873 | Missouri Pacific Railroad Company d/b/a Union Pacific Railroad Company, et al. |
| 12/19/2002 | Deposition | 2045 | Doe | Vilas | US Dist Court of Southern Texas, Houston Division | No. H-01-3873 | John Doe v. Berenger, Incorporated Patrick Carl Berenger |
| 2/7/2003 | Deposition | 2059 | Barrera | Gault | Dist. Court, Cameron County, TX, 13th Judicial Dist. | No. 02-02-163 | Ramona Barrera and David Barrera v. Brownsville-Valley Regional Medical Center, et al. |
| 3/24/2003 | Deposition | 2050 | Wilson | Brunkenhoefer | Dist. Court, Nueces County, TX, 13th Judicial Dist. | No. 02-113 | Olivia Wilson vs. Seabulk Offshore, Ltd., and Houston Exploration Company |
| 3/27/2003 | Deposition | 2301 | Sanchez | Brough | Dist. Court, Hildaglo County, TX, 209th Judicial Dist. | No. C-1340-M-D | Nidia Sanchez, et al. v. Ramon Eduardo DeLeon, et al |
| 4/8/2003 | Deposition | 2027 | Montemayor | Kimball | Dist. Court, Cameron County, TX, 138th Judicial Dist. | No. 2002-05-2004-B | G. Xavier Montemayor and Phaedrut. Graham, Jr. v. Jose Antonio Ortiz Fernandez, et al. |
| 4/22/2003 | Trial | 2008 | Knight | Govern | County Court, Law #3, Nuces County, TX | No. 02-61445-3 | Kelley Knight v. Darcy DeBrau |