

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 5 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| DINO X. CHAVEZ<br>　　Plaintiff<br><br>VS.<br><br>BROWNSVILLE INDEPENDENT<br>SCHOOL DISTRICT AND<br>NOE SAUCEDA<br>　　Defendants<br>------------------------------------------<br><br>BROWNSVILLE INDEPENDENT<br>SCHOOL DISTRICT,<br>　　Third-Party Plaintiff<br><br>VS.<br><br>AMERICAN FAMILY LIFE ASSURANCE<br>COMPANY OF COLUMBUS (AFLAC)<br>　　Third-Party Defendant | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§　CIVIL ACTION NO.  B-02-128<br>§　JURY REQUESTED<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

### DEFENDANT NOE SAUCEDA'S REPLY TO AFLAC'S RESPONSE IN OPPOSITION DEFENDANT NOE SAUCEDA'S MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT AGAINST AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS (AFLAC)

TO THE HONORABLE JUDGE OF SAID COURT:

　　COMES NOW, NOE SAUCEDA, named Defendant in the above-styled and numbered cause and files this his Reply to AFLAC's Response to Defendant's Noe Sauceda's Motion for Leave to File Third-Party Complaint Against American Family Life Assurance Company of Columbus (AFLAC) and in support thereof, would respectfully show unto the court as follows:

I.

　　Defendant NOE SAUCEDA agrees that there is no right of contribution under the law under

02-156 CHAVEZ:  RESP-AFLACOPPOSITION
PAGE 1

Section 1983 claims. However, he is asserting contribution not for a constitutional deprivation but rather for the tort claims that have asserted against him. AFLAC has even admitted that a claim for contribution is permitted under those circumstances. AFLAC's response and opposition is mistakenly based on "the Plaintiff's potential claim for breach of contract against AFLAC." This is incorrect.

Defendant Sauceda's claim for contribution against AFLAC is for the damages which are Chavez claims were caused because of his inability to attend the enrollment for the cafeteria plan in the year 2001. Plaintiff Chavez was still an independent contractor with AFLAC. There is no breach of contract involved with that incident. At the time, he had entered into an agreement with AFLAC to allow him to participate in every regard in the sales made during that enrollment.

Plaintiff has asserted a claim of tortuous interference with contract. Sauceda contend that no act of his interfered with Chavez's relationship with AFLAC, but that the problems with that relationship were caused by and because of other AFLAC agents. Thus, any finding by a jury or judge on that issue would be dispositive as to any damages created by the deterioration of that relationship.

Plaintiff is correct in alleging that there are no other statutory or legal rights to indemnity at this point in time. Third Party complaint was written to include contribution and indemnity in the event that such relationship is discovered through discovery or documents produced in discovery.

AFLAC's participation in this lawsuit is necessary not only for proper discovery, but for proper apportionment of responsibility of where damages flow. Mr. Chavez may not have a claim against AFLAC because of his contractual obligations with that company but to the extent that Mr. Chavez is trying to blame BISD and Defendant Sauceda for any damages which arose because of acts of AFLAC's agents and Chavez himself, it would patently unfair to these Defendants to let

AFLAC escape responsibility for its own acts, vis-a-vis these defendants.

WHEREFORE, PREMISES CONSIDERED, Defendant Noe Sauceda prays that this Court grant its Motion for Leave to File Third-Party Original Complaint Against American Family Life Assurance Company of Columbus (AFLAC) and for all such other and further relief to which he may show himself entitled to receive.

>Respectfully submitted,
>
>Willette & Guerra, L.L.P.
>International Plaza, Ste. 460
>3505 Boca Chica Blvd.
>Brownsville, Texas 78521
>Telephone: (956) 541-1846
>Facsimile: (956) 541-1893
>
>By: _/s/ Eileen Leeds_
>Eileen M. Leeds
>State Bar No. 00791093
>USDC Adm. No. 16799
>
>**ATTORNEYS FOR DEFENDANT**
>**NOE SAUCEDA**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 5th day of June, 2003, a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record as noted hereunder.

**VIA CM/RRR # 7003 0500 0001 0984 8276**
Mr. William B. Steele, III
Locke, Liddell & Sapp, L.L.P.
100 Congress Ave., Suite 300
Austin, Texas 78701

**VIA REGULAR MAIL**
Mr. J. Arnold Aguilar
Law Offices of J. Arnold Aguilar
Artemis Square, Ste. H-2
1200 Central Blvd.
Brownsville, Texas 78520

**VIA REGULAR MAIL**
Elizabeth G. Neally
Roerig, Oliveira, & Fisher, L.L.P.
855 W. Price Road, Ste. 9
Brownsville, Texas 78520

_____
Eileen M. Leeds

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DINO X. CHAVEZ<br>　　Plaintiff | §<br>§<br>§ | |
| VS. | §<br>§ | |
| BROWNSVILLE INDEPENDENT<br>SCHOOL DISTRICT AND<br>NOE SAUCEDA<br>　　Defendants | §<br>§<br>§<br>§ | |
| ------------------------------------------- | §<br>§ | CIVIL ACTION NO. B-02-128<br>JURY REQUESTED |
| BROWNSVILLE INDEPENDENT<br>SCHOOL DISTRICT,<br>　　Third-Party Plaintiff | §<br>§<br>§<br>§ | |
| VS. | §<br>§ | |
| AMERICAN FAMILY LIFE ASSURANCE<br>COMPANY OF COLUMBUS (AFLAC)<br>　　Third-Party Defendant | §<br>§<br>§ | |

## ORDER GRANTING DEFENDANT NOE SAUCEDA'S MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT AGAINST AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS (AFLAC)

　　Be it remembered on the _____ day of _____, 2002, came on to be heard Defendant Noe Sauceda's Motion for Leave to File Third-Party Complaint Against American Family Life Assurance Company of Columbus (AFLAC) and the court after considering said motion determines that it should in all things be GRANTED.

　　IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant Noe Sauceda's Motion for Leave to File Third-Party Complaint Against American Family Life Assurance Company of Columbus (AFLAC) is GRANTED.

ENTERED on this the _____ day of _____, 2003.

_____
JUDGE PRESIDING

xc:
Ms. Eileen M. Leeds, Willette & Guerra, L.L.P., 3505 Boca Chica, Ste. 460 , Brownsville, Texas 78521
Mr. J. Arnold Aguilar, Law Offices of J. Arnold Aguilar, Artemis Square, Ste. H-2, 1200 Central Blvd., Brownsville, Texas 78520
Ms. Elizabeth G. Neally, Roerig, Oliveira, & Fisher, L.L.P., 855 W. Price Road, Ste. 9, Brownsville, Texas 78520
Mr. C. Brian Cassidy, Lock, Laddell & Sapp, L.L.P., 100 Congress Ave., Suite 300, Austin, Texas 78701