IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Souther.: District of Texas
FILED

JUN 2 3 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DINO CHAVEZ | § | |
| | § | |
| vs. | § | |
| | § | |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT and NOE SAUCEDA, | § | CIVIL ACTION NO. B-02-128 |
| | § | |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT | § | |
| | § | |
| vs. | § | |
| | § | |
| AMERICAN FAMILY LIFE ASSURANCE | § | |
| COMPANY OF COLUMBUS | § | |
| | § | |

**JOINT MOTION TO EXTEND DEADLINE FOR DISCOVERY AND DISPOSITIVE MOTIONS**

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW**, the Parties in the above-styled and numbered cause and files and serves this their seconds Motion to Extend Deadlines for Discovery and Dispositive Motions, and would show the Court the following:

I.

1. The present deadline for discovery is July 14, 2003 and Dispositive Motions to be filed by August 12, 2003.

2. The parties have worked together on scheduling depositions in this case and have

approximately 10 depositions remaining to be taken. Including depositions of AFLAC representatives and fact witnesses taken in Austin, Corpus Christi and San Antonio. However, given the trial and vacation schedules of the parties and witnesses, depositions are now being scheduled for the week of August 18, 2003. The parties anticipate that all remaining depositions shall be taken that week.

4. Defendant respectfully requests this court to allow an extension until August 25, 2003 for the discovery deadline and until September 25, 2003 for dispositive motions to be filed. All other deadlines contained in the Courts Scheduling Order shall remain the same.

5. This Motion is not made for purposes of delay, but so that justice may be done.

**WHEREFORE, PREMISES CONSIDERED,** the parties request this court to extend the deadlines to August 25, 2003 and September 25, 2003 to allow discovery to proceed and grant such other and further relief as may be just and equitable.

Respectfully submitted,

**LAW OFFICE OF J. ARNOLD AGUILAR**
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520
Telephone: (956) 504-1100
Facsimile: (956) 504-1408

**Attorney for Plaintiff DINO CHAVEZ**

By: /s/ Arnold Aguilar with permission
J. Arnold Aguilar
State Bar No. 00936270
Federal Adm. No. 6822

**ROERIG, OLIVEIRA & FISHER, LLP**
855 West Price Road, Suite 9
Brownsville, Texas 78550
Telephone: (956) 542-5666
Facsimile: (956) 542-0016
Counsel for Defendant,

**Attorney for Defendant BROWNSVILLE INDEPENDENT SCHOOL DISTRICT**

By: _____
Elizabeth G. Neally
State Bar No. 14840400
Federal Adm. No. 8044
Ricardo Morado
Federal ID No.1213
State Bar No. 14417250

**LOCKE, LIDDELL & SAPP**
100 Congress Ave., Suite 300
Austin, Texas 78701
Telephone: (512) 305-4700
Fascimile: (512) 305-4800
Counsel for Defendant,

**Attorney for AFLAC**

By: _____
William B. Steele, III
State Bar No. 19107400
Federal Bar No. 8019

**WILLETTE & GUERRA, L.L.P.**
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

**Attorney for Defendant NOE SAUCEDA**

By: _____
Eileen M. Leeds
State Bar No. 00791093
USDC Adm. No. 16799
Charles Willette, Jr.
State Bar No. 21509700
USDC Adm. No. 1937

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing **JOINT MOTION FOR EXTENSION** has been served via United States Postal Service to the Counsel of Record, as follows:

J. Arnold Aguilar
**Law Office of J. Arnold Aguilar**
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520

Eileen Leeds
**Willette & Guerra**
3505 Boca Chica Boulevard, Suite 460
Brownsville, Texas 78521

William B. Steele, III
**Lock, Laddell & Sapp, L.L.P.**
100 Congress Avenue, Suite 300
Austin, Texas 78701

on this 23rd day of June, 2003.

_____
ELIZABETH G. NEALLY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DINO CHAVEZ | § | |
| | § | CIVIL ACTION NO. B-02-128 |
| vs. | § | |
| | § | |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT et al. | § | |

## SECOND AMENDED SCHEDULING ORDER

1. Trial: Estimated time to try: 7-8 days.                                             Jury Trial

2. New parties must be joined by:                                                       N/A
    *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:     N/A

4. The defendants' experts must be named with a report furnished by:
    within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:                                              AUGUST 25, 2003
    *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

**********************The Court will provide these dates**********************

6. Dispositive Motions will be filed by:                                         SEPTEMBER 25, 2003

7. Joint pretrial order is due:                                                         _____

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:     _____

9. Jury Selection is set for 9:00 a.m. on:                                         _____
    *(This case will remain on standby until tried)*

    SIGNED FOR ENTRY this _____ day of _____, 2003.

                                                                                        _____

cc:   J. Arnold Aguilar
      Eileen Leeds
      Elizabeth G. Neally
      Buddy Steele