IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 7 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| DINO X. CHAVEZ § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. |
| BROWNSVILLE INDEPENDENT § | |
| SCHOOL DISTRICT, NOE SAUCEDA, § | B - 02 - 128 |
| and RANDY DUNN, MARILYN DEL § | |
| BOSQUE-GILBERT and HUGH EMERSON, § | |
| JR., in their official capacities as Board § | |
| Members of Brownsville Independent § | |
| School District § | |

## NOTICE OF CLARIFICATION OF PLAINTIFF'S CLAIMS

TO THE HONORABLE U.S. DISTRICT COURT:

COMES NOW **DINO X. CHAVEZ**, Plaintiff herein and files this his Notice of Clarification of Plaintiff's Claims alleged by Third-Party Defendant AFLAC in its Reply to BISD's Response to AFLAC's Motion to Dismiss, and for such clarification, would respectfully show unto the Court the following:

I.

Third-Party Defendant AFLAC alleges that "Chavez's only possible claim against AFLAC is for breach of contract based upon the termination of his Regional Sales Coordinator Agreement..." See AFLAC's Reply to BISD's Response to AFLAC's Motion to Dismiss, p.3. Such an assertion misstates and mischaracterizes both the facts and the law. Although Plaintiff

v:\fp\motions\258-02-1.ntc                                                                                                              PAGE 1

has not yet alleged or asserted a cause of action against AFLAC, he maintains a viable claim for violation of his equal rights under the law, for which he may still maintain an action pursuant to 42 U.S.C. §1981(a). That section provides

> [a]ll persons with the jurisdiction of the United States shall have the same right in every State and Territory to make and enforce contracts...and to the full and equal benefit of all laws and proceedings for the security of persons and property as is enjoyed by White citizens....

Plaintiff would show that the actions of Third-Party Defendant AFLAC violated his rights under §1981(a) by restricting his ability to make and enforce contracts and by denying to him the full and equal benefit of all laws and proceeds for the security of persons and property as is enjoyed by White citizens. To that end, Plaintiff would show that Plaintiff, a Hispanic citizen, was denied the benefits and protections that were otherwise provided to White citizens, by AFLAC. Plaintiff would show that the breach of his contract by Third-Party Defendant AFLAC was based in part on Plaintiff's race, and that no other White citizen at Plaintiff's management level in Texas had ever been prohibited from participating in the terms of his contract as Plaintiff was, nor had any White citizen at Plaintiff's management level in Texas ever had his contract terminated in the same or a similar manner as Plaintiff's contract was terminated. Such actions caused or contributed to Plaintiff's damages herein. AFLAC would therefore be liable to Plaintiff for his actual, compensatory and punitive damages resulting from such acts.

WHEREFORE, PREMISES CONSIDERED, Plaintiff **DINO X. CHAVEZ** would respectfully request that the Court take notice of Plaintiff's viable tort claims against Third-Party Defendant AFLAC in ruling on AFLAC's Motion to Dismiss.

Signed on this the 7th day of July, 2003.

                Respectfully submitted,

                **LAW OFFICE**
                **J. ARNOLD AGUILAR**
                Artemis Square, Suite H-2
                1200 Central Boulevard
                Brownsville, Texas  78520
                Telephone   :  (956) 504-1100
                Facsimile    :  (956) 504-1408

By: _____
                J. Arnold Aguilar
                State Bar No. 00936270
                Federal Adm. No. 6822

                Attorney for Plaintiff,
                DINO X. CHAVEZ

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **NOTICE OF CLARIFICATION OF PLAINTIFF'S CLAIMS** has on this the 7th day of July, 2003, been forwarded via certified mail, return receipt requested to:


Ms. Elizabeth G. Neally
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Rd., Suite 9
Brownsville, TX 78520


Ms. Eileen M. Leeds
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, TX 78521


Mr. William B. Steele, III
LOCKE, LIDDELL & SAPP, L.L.P.
100 Congress Avenue, Suite 300
Austin, TX 78701


_____
J. Arnold Aguilar