IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 0 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DINO CHAVEZ,<br>　　　　Plaintiff, | § | |
| | § | |
| | § | |
| vs. | § | |
| | § | |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT and NOE SAUCEDA, | § | |
| 　　　　Defendants, | § | |
| ------------------------------------------------------ | § | CIVIL ACTION NO. B-02-128 |
| BROWNSVILLE INDEPENDENT SCHOOL | § | |
| DISTRICT, | § | |
| 　　　　Third-Party Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| AMERICAN FAMILY LIFE ASSURANCE | § | |
| COMPANY OF COLUMBUS (AFLAC), | § | |
| 　　　　Third-Party Defendant. | § | |

## THIRD-PARTY DEFENDANT AFLAC'S MOTION FOR HEARING

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Third-Party Defendant American Family Life Assurance Company of Columbus ("AFLAC") and moves the Court to set for hearing (i) AFLAC's Motion to Dismiss Third-Party Complaint of Brownsville Independent School District ("BISD") and (ii) Noe Sauceda's Motion for Leave to File Third-Party Complaint Against AFLAC. Both Motions involve the same issues, and AFLAC believes that an oral argument before the Court will assist the Court in resolving the legal questions presented. With regard to a setting, AFLAC requests that the Court set the Motion for a hearing sometime other than July 31 through August 12, 2003, because counsel for AFLAC will be on vacation during that time.

**Motion for Hearing – Page 1**

Respectfully submitted,

William B. Steele III
Attorney In Charge
So. Dist. No. 8019
State Bar No. 19107400
Of Counsel:
LOCKE LIDDELL & SAPP LLP
100 Congress Ave., Suite 300
Austin, Texas 78701
(512) 305-4700
(512) 305-4800 (Fax)

Valorie C. Glass
So. Dist. No. 15303
State Bar No. 00784135
Of Counsel:
ATLAS & HALL, L.L.P.
P.O. Box 3725
McAllen, Texas 78502
(956) 682-5501
(956) 686-6109 (Fax)

**ATTORNEYS FOR THIRD-PARTY
DEFENDANT AMERICAN FAMILY LIFE
ASSURANCE COMPANY OF COLUMBUS**

## CERTIFICATE OF SERVICE

I hereby certify by my signature below that a true and correct copy of the above and foregoing has been served via first class U.S. mail, on this _____ day of July, 2003, to all counsel of record listed below:

J. Arnold Aguilar
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520

Elizabeth G. Neally
Roerig, Oliveira & Fisher, LLP
855 West Price Road, Suite 9
Brownsville, Texas 78550

Eileen Leeds
Willette & Guerra
3505 Boca Chica Boulevard.
Suite 460
Brownsville, Texas 78521

William B. Steele III