62



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 1 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DINO X. CHAVEZ | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, NOE SAUCEDA, | § | B - 02 - 128 |
| and RANDY DUNN, MARILYN DEL | § | |
| BOSQUE-GILBERT and HUGH EMERSON, | § | |
| JR., in their official capacities as Board | § | |
| Members of Brownsville Independent | § | |
| School District | § | |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION TO COMPEL**

TO THE HONORABLE U. S. DISTRICT COURT:

COMES NOW **DINO X. CHAVEZ**, Plaintiff in the above styled and numbered action, and files this his Notice of Withdrawal of his Motion to Compel Against Defendant Brownsville Independent School District, pursuant to Federal Rules of Civil Procedure 33 and 34, and for such would respectfully show unto the Court:

On June 25, 2003, Plaintiff DINO X. CHAVEZ filed his Motion to Compel Answers to Discovery Requests Propounded to Defendant Brownsville I.S.D. Plaintiff would represent to this Court that on June 27, 2003, counsel for Defendant Brownsville I.S.D. produced the documents Plaintiff was requesting in his motion to compel. Accordingly, this Plaintiff no longer wishes to pursue his Motion to Compel against Defendant Brownsville I.S.D. and he would therefore notify the Court that he is hereby withdrawing his Motion to Compel at this time.

Signed on this the 9th day of July, 2003.

                                        Respectfully submitted,

                                        **LAW OFFICE**
                                        **J. ARNOLD AGUILAR**
                                        Artemis Square, Suite H-2
                                        1200 Central Boulevard
                                        Brownsville, Texas  78520
                                        Telephone     : (956) 504-1100
                                        Facsimile       : (956) 504-1408

By: _____
                                     J. Arnold Aguilar
                                     State Bar No. 00936270
                                     Federal Adm. No. 6822

                                     Attorney for Plaintiff,
                                     DINO X. CHAVEZ

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION TO COMPEL** has on this the 9th day of July, 2003, been forwarded to:

Ms. Elizabeth G. Neally
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Rd., Suite 9
Brownsville, TX 78520

Ms. Eileen M. Leeds
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, TX 78521

Mr. William B. Steele, III
LOCKE, LIDDELL & SAPP, L.L.P.
100 Congress Avenue, Suite 300
Austin, TX  78701

_____
J. Arnold Aguilar