IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 6 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| DINO X. CHAVEZ § | |
| § | |
| VS. § | CIVIL ACTION NO. |
| § | |
| BROWNSVILLE INDEPENDENT § | B - 02 - 128 |
| SCHOOL DISTRICT, NOE SAUCEDA, § | |
| and RANDY DUNN, MARILYN DEL § | |
| BOSQUE-GILBERT and HUGH EMERSON, § | |
| JR., in their official capacities as Board § | |
| Members of Brownsville Independent § | |
| School District § | |

## PLAINTIFF'S NOTICE OF APPEARANCE OF CO-COUNSEL

Please take notice that Plaintiff **DINO X. CHAVEZ**, in the above styled and numbered cause designates

Mr. John J. Jordan, Jr.
*LAW OFFICE J. ARNOLD AGUILAR*
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, TX 78520
Telephone: (956) 504-1100
Facsimile: (956) 504-1408

as Co-Counsel. Co-Counsel will be entitled to receive, review and appear before this Honorable Court relating to matters in this cause. **Counsel listed below will remain as lead counsel for the Plaintiff to have full control and management of Plaintiff's cause.**

>Mr. J. Arnold Aguilar
>*LAW OFFICE J. ARNOLD AGUILAR*
>Artemis Square, Suite H-2
>1200 Central Boulevard
>Brownsville, TX  78520
>Telephone:  (956) 504-1100
>Facsimile:  (956) 504-1408

Signed the 15th day of July, 2003.

>Respectfully submitted,
>
>**LAW OFFICE
>J. ARNOLD AGUILAR**
>Artemis Square, Suite H-2
>1200 Central Boulevard
>Brownsville, Texas  78520
>Telephone   :  (956) 504-1100
>Facsimile    :  (956) 504-1408

By: _____
>J. Arnold Aguilar
>State Bar No. 00936270
>Federal Adm. No. 6822
>Lead Counsel for Plaintiff
>
>John J. Jordan, Jr.
>State Bar No. 00796852
>Federal Adm. No. 21304
>Co-Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **PLAINTIFF'S NOTICE OF APPEARANCE OF CO-COUNSEL** has on this the ___16th___ day of July, 2003, been forwarded to:

Ms. Elizabeth G. Neally
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Rd., Suite 9
Brownsville, TX 78520

Ms. Eileen M. Leeds
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, TX 78521

Mr. William B. Steele, III
LOCKE, LIDDELL & SAPP, L.L.P.
100 Congress Avenue, Suite 300
Austin, TX 78701

_____
J. Arnold Aguilar