IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 29 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| DINO CHAVEZ, § § Plaintiff, § § v. § § BROWNSVILLE INDEPENDENT § SCHOOL DISTRICT AND NOE § SAUCEDA, § § Defendants. § | CIVIL ACTION NO. B-02-128 |

### ORDER

Be it REMEMBERED, that on July 28, 2003, the Court **GRANTED** the parties' Joint Motion to Extend Deadlines [Dkt. No. 57]. An amended scheduling order will be entered.

DONE at Brownsville, Texas, this 28th day of July, 2003.

Hilda G. Tagle
United States District Judge

1