IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 2 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DINO CHAVEZ | § | |
| | § | CIVIL ACTION NO. B-02-128 |
| vs. | § | |
| | § | |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT et al. | § | |

## SECOND AMENDED SCHEDULING ORDER

1.  Trial: Estimated time to try: 7-8 days.                                         Jury Trial

2.  New parties must be joined by:                                                  ___N/A___
    *Furnish a copy of this scheduling order to new parties.*

3.  The plaintiff's experts will be named with a report furnished by:               ___N/A___

4.  The defendants' experts must be named with a report furnished by:
    within 30 days of the deposition of the plaintiff's expert.

5.  Discovery must be completed by:                                                 __AUGUST 25, 2003__
    *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.
    No continuance will be granted because of information acquired in post-deadline discovery.*

**********************The Court will provide these dates**********************

6.  Dispositive Motions will be filed by:                                           SEPTEMBER 25, 2003

7.  Joint pretrial order is due:                                                    __12/18/03__

8.  Docket Call and final pretrial conference is set for 1:30 p.m. on:              __1/8/04__

9.  Jury Selection is set for 9:00 a.m. on:                                         __1/12/04__
    (*This case will remain on standby until tried*)

SIGNED FOR ENTRY this 19th day of August, 2003.

Hilda Tagle

cc:  J. Arnold Aguilar
     Eileen Leeds
     Elizabeth G. Neally
     Buddy Steele