71

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT - 7 2003

Michael N. Milby
Clerk of Court

DINO CHAVEZ §
§
§
vs. §
§
BROWNSVILLE INDEPENDENT §
SCHOOL DISTRICT, and NOE SAUCEDA, §
----------------------------------------------------------------§ CIVIL ACTION NO. B-02-128
BROWNSVILLE INDEPENDENT §
SCHOOL DISTRICT, §
Third-Party Plaintiff, §
§
vs. §
§
AMERICAN FAMILY LIFE INSURANCE §
COMPANY OF COLUMBUS (AFLAC), §
Third-Party Defendant. §

**NOTICE OF FILING RULE 11 AGREEMENT**

Come Now ALL PARTIES in the above styled civil action and file this their Rule 11 Agreement wherein all parties have agreed that Daubert Motions to Exclude Expert Witnesses shall be filed by November 1, 2003. See Rule 11 Agreement attached herein as Exhibit "A".

Respectfully submitted,

**ROERIG, OLIVEIRA, & FISHER, L.L.P.**
855 W. Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

**Counsel For Brownsville Independent School District,**

By: ______________________________
Elizabeth G. Neally
State of Texas Bar No. 14840400
Federal Bar No. 8044

RICARDO MORADO
State of Texas Bar No. 14417250
Federal Bar No. 1213

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of Defendant Brownsville Independent School District's Second Amended Original Answer to Plaintiff's First Amended Original Complaint, has been served on all counsel of record as follows:

J. Arnold Aguilar
**LAW OFFICES OF J. ARNOLD AGUILAR**
Artemis Square, Suite H-2,
1200 Central Boulevard
Brownsville, Texas 78520
ATTORNEYS FOR PLAINTIFF

Ms. Eileen M. Leeds
**WILLETTE & GUERRA, L.L.P.**
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
ATTORNEYS FOR DEFENDANT NOE SAUCEDA

William B. Steele, III
**LOCKE, LIDDELL & SAPP**
100 Congress Avenue, Suite 300
Austin, Texas 78701
ATTORNEYS FOR AFLAC

on this 7th day of October, 2003.

Elizabeth G. Neally

# EXHIBIT "A"

ROERIG, OLIVEIRA & FISHER, L.L.P.
ATTORNEYS AT LAW

Jeffrey D. Roerig+•
Rene O. Oliveira
W. Michael Fisher
Ricardo Morado
Crisanta Guerra Lozano
Elizabeth G. Neally
Victor V. Vicinaiz*+
David G. Oliveira

Cameron County Office
855 West Price Road - Suite 9
Brownsville, Texas 78520-8786
Tel. 956 542-5666 Fax 956 542-0016

*Hidalgo County Office
506 East Dove
McAllen, Texas 78504
Tel. 956 631-8049 Fax 956 631-8141

Adolph Guerra, Jr.+
D. Alan Erwin, Jr.
Michael A. Zanca*
Rosemary Conrad-Sandoval*
Lucila Alvarado*
Jesus Quezada, Jr.
Adrian R. Martinez*
Liza M. Vasquez*

+Board Certified -
Personal Injury Trial Law
Texas Board of Legal Specialization

•Board Certified -
Civil Trial Law
Texas Board of Legal Specialization

September 26, 2003

File No.: 23,028

Mr. J. Arnold Aguilar
**Law Offices of J. Arnold Aguilar**
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520
*Via Facsimile: (956) 504-1408*

Ms. Eileen Leeds
**Willette & Guerra**
3505 Boca Chica Blvd. Suite 460
Brownsville, Texas 78521
*Via Facsimile: (956) 541-1893*

Mr. Buddy Steele
**Locke, Liddell & Sapp**
100 Congress Avenue, Suite 300
Austin, Texas 78701
*Via Facsimile: (512) 305-4800*

Re: **Dino Chavez v. Brownsville Independent School District, and Noe Sauceda**
U.S. District Court, Southern District of Texas at Brownsville
Cause No. B-02-128

Dear Arnold, Buddy & Eileen:

At the suggestion of Judge Tagle's clerk the parties were advised to agree on a deadline to file their Daubert challenges, (Motions to Exclude Expert Witnesses) by a date certain and as soon as possible. The parties have agreed that Daubert Motions to Exclude Expert Witnesses shall be filed by November 1, 2003 by all parties.

Your signature below signifies as Federal Rule of Civil Procedure, Rule 11 Agreement which will be filed with the court and enforced by the court. Please return this agreement with your signature to me as soon as possible.

ROERIG, OLIVEIRA & FISHER, L.L.P.



Should you have any questions, please do not hesitate to contact the undersigned. Thank you for your considerations.

Sincerely,

**ROERIG, OLIVEIRA & FISHER, LLP**

Elizabeth G. Neally

J. Arnold Aguilar
Attorney for Plaintiffs

Eileen Leeds
Attorney for Defendant Noe Sauceda

William B. Steele, III
Attorney for Defendant AFLAC

Should you have any questions, please do not hesitate to contact the undersigned. Thank you for your considerations.

Sincerely,

ROERIG, OLIVEIRA & FISHER, LLP

Elizabeth G. Neally

J. Arnold Aguilar
Attorney for Plaintiffs

Eileen Leeds
Attorney for Defendant Noe Saucedo

William B. Steele, III
Attorney for Defendant AFLAC
Third-Party

Should you have any questions, please do not hesitate to contact the undersigned. Thank you for your considerations.

Sincerely,

ROERIG, OLIVEIRA & FISHER, LLP

Elizabeth G. Neally

J. Arnold Aguilar
Attorney for Plaintiffs

Eileen Leeds
Attorney for Defendant Noe Sauceda

William B. Steele, III
Attorney for Defendant AFLAC
Third-Party

Should you have any questions, please do not hesitate to contact the undersigned. Thank you for your considerations.

Sincerely,

ROERIG, OLIVEIRA & FISHER, LLP

Elizabeth G. Neally

J. Arnold Aguilar
Attorney for Plaintiffs

Eileen Leeds
Attorney for Defendant Noe Sauceda

William B. Steele, III
Attorney for Defendant AFLAC