IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 1 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DINO CHAVEZ, | § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. B-02-128 |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT AND NOE SAUCEDA, | § § § § § | |
| Defendants. | § | |

### ORDER

Be it REMEMBERED that on November 12, 2003, the Court **ORDERED** the parties to discontinue filing duplicative exhibits with each new motion, and instead reference exhibits that are identical and were submitted in previous filings. For example, Plaintiff recently filed two responses to Defendants' motions for summary judgment [Dkt. Nos. 73 & 78]. The latter filed response to Defendant Sauceda's Motion for Summary Judgment attached many, if not all, of the same exhibits as those attached to the first response to Defendant BISD's Motion for Summary Judgment. In an effort to be more efficient and to save the time of court employees who scan these documents, the Court **ORDERS** the parties to conserve paper, space, and time, and cross-reference exhibits that have already been filed.

DONE at Brownsville, Texas, this 12th day of November, 2003.

Hilda G. Tagle
United States District Judge