United States District Court
Southern District of Texas
FILED

DEC 0 8 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DINO X. CHAVEZ | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, NOE SAUCEDA, | § | B - 02 - 128 |
| and RANDY DUNN, MARILYN DEL | § | |
| BOSQUE-GILBERT and HUGH EMERSON, | § | |
| JR., in their official capacities as Board | § | |
| Members of Brownsville Independent | § | |
| School District | § | |

**OBJECTION AND SURREPLY TO DEFENDANT BISD'S
REPLY TO PLAINTIFF'S RESPONSE TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

TO THE HONORABLE U.S. DISTRICT COURT:

COMES NOW **DINO X. CHAVEZ**, Plaintiff herein, and files this his Objection and Surreply to Defendant Brownsville Independent School District's (hereinafter BISD) Reply and Objection to Plaintiff's Response to Motion for Summary Judgment (hereinafter BISD's Reply), and for such objection and surreply would respectfully show unto the Court the following:

I.

**OBJECTION TO NEW EVIDENCE**

By this Court's Second Amended Scheduling Order, the Court ordered that all dispositive motions be filed by September 25, 2003. Defendant BISD thereupon filed its Motion for Summary Judgment on or about September 25th. Defendant BISD's Reply was not filed until

on or about November 19th, however, and in that Reply Defendant BISD submits new and additional evidence as **Exhibit-1** (Errisuriz Deposition), **Exhibit-2** (Liek Deposition), and **Exhibit-3** (Sauceda Deposition Volume I). To the extent that this is new evidence on which Defendant BISD relies for its motion, such evidence was submitted out of time and should now be stricken by this Court. Plaintiff would therefore ask that the Court not consider any of the information provided in Exhibits 1, 2, or 3 attached to Defendant BISD's Reply.

## II.

### SURREPLY TO DEFENDANT BISD'S REPLY

As Defendant explained in its motion for summary judgment, "[a]ll evidence and inferences to be drawn 'must be viewed in the light most favorable to the party opposing the motion.'" *United States v. Diebold, Inc.*, 369 U.S. 654, 655, 82 S.Ct. 993, 8 L.Ed.2d 176 (1962); *Marshall v. Victoria Transp. Co.*, 603 F.2d 1122, 1123 (5th Cir. 1979), quoted in Def't Brownsville Indep. Sch. Dist.'s Mtn for Summ. Judgmt., p.4. Defendant appears to have overlooked this requirement, in arguing that evidence should be interpreted in a light more favorable to BISD, rather than in the light most favorable to Plaintiff Chavez. Otherwise, Defendant BISD's arguments and submitted evidence have already been refuted by Plaintiff in his Response to Defendant BISD's Motion for Summary Judgment, and no further response is necessary at this time. By Defendant's own argument, fact issues remain at least partially because of different interpretations of the evidence as submitted by Plaintiff and Defendants, and Defendant's motion should therefore be DENIED.

WHEREFORE, PREMISES CONSIDERED, Plaintiff **DINO X. CHAVEZ** would respectfully request that upon consideration of Defendant Brownsville Independent School District's Motion for Summary Judgment, that such motion be DENIED in its entirety, that this action be allowed to proceed to trial, and that Plaintiff be granted such other and further relief to which he may show himself to be justly entitled, whether general or special, at law and in equity.

Signed on this the 8th day of December, 2003.

Respectfully submitted,

**LAW OFFICE
J. ARNOLD AGUILAR**
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas  78520
Telephone    :  (956) 504-1100
Facsimile    :  (956) 504-1408

By: _____
J. Arnold Aguilar
State Bar No. 00936270
Federal Adm. No. 6822

Attorney for Plaintiff,
DINO X. CHAVEZ

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **OBJECTION AND SURREPLY TO DEFENDANT BISD'S REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** has on this the 8th day of December, 2003, been forwarded via certified mail, return receipt requested to:

Ms. Elizabeth G. Neally
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Rd., Suite 9
Brownsville, TX 78520


Ms. Eileen M. Leeds
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, TX 78521


Mr. William B. Steele, III
LOCKE, LIDDELL & SAPP, L.L.P.
100 Congress Avenue, Suite 300
Austin, TX  78701


_____
J. Arnold Aguilar

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DINO X. CHAVEZ § <br> § <br> VS. § <br> § <br> BROWNSVILLE INDEPENDENT § <br> SCHOOL DISTRICT, NOE SAUCEDA, § <br> and RANDY DUNN, MARILYN DEL § <br> BOSQUE-GILBERT and HUGH EMERSON, § <br> JR., in their official capacities as Board § <br> Members of Brownsville Independent § <br> School District § | CIVIL ACTION NO. <br><br> B - 02 - 128 |

## ORDER

On the _____ day of _____, 2003, this cause came for hearing on **Defendant Brownsville Independent School District's Motion for Summary Judgment.**

After hearing the argument of counsel thereon, the Court is of the opinion that Defendant BISD's Motion for Summary Judgment should be DENIED;

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Defendant BISD's Motion for Summary Judgment is DENIED in its entirety.

SIGNED on this the _____ day of _____, 2003.

_____
U. S. DISTRICT JUDGE