IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 3 0 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| DINO X. CHAVEZ § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. |
| BROWNSVILLE INDEPENDENT § | |
| SCHOOL DISTRICT, NOE SAUCEDA, § | B - 02 - 128 |
| and RANDY DUNN, MARILYN DEL § | |
| BOSQUE-GILBERT and HUGH EMERSON, § | |
| JR., in their official capacities as Board § | |
| Members of Brownsville Independent § | |
| School District § | |

### EXHIBIT P - 3
### PLAINTIFF'S FIRST AMENDED REQUESTED
### JURY VOIR DIRE QUESTIONS

TO THE HONORABLE U.S. DISTRICT COURT:

COMES NOW **DINO X. CHAVEZ**, Plaintiff herein and respectfully requests that the Court submit the following questions to the jury panel during the question and answer portion of jury empanelment. In that regard, Plaintiff would respectfully requests that the Court interrogate prospect jurors on the following questions during the voir dire portion of the trial:

(1) Are any of you employed by, or are you related to or close friends with someone employed by, Brownsville Independent School District?
 - If so, please explain.

(2) Do any of you have any opinions about BISD?
 - If so, please explain what they are.

(3) Have any of you ever had any difficulties with BISD?
 - If so, please explain.

(4)   Have any of you ever worked with any BISD Board Trustee, including on any of their election campaigns?
- If so, please explain.

(5)   Have any of you ever had any difficulties with any BISD Board Trustee?
- If so, please explain.

(6)   Do any of you know, or are you familiar with, Defendant Noe Sauceda?
- If so, please explain.

(7)   Have any of you ever had any dealings with Noe Sauceda?
- If so, please describe those dealings.
- As a result of those dealings, what sort of impression were you left with?

(8)   Do any of you know, or are you familiar with, Defendant BISD's attorneys Elizabeth G. Neally or Ricardo Morado, or Sauceda's attorney, Eileen M. Leeds ? Have any of you been represented by either one of them or anyone related to their law firm, Roerig, Oliveira & Fisher, or has anyone you know or are familiar with been represented by Ms. Neally, Mr. Morado or their firm? If so, please explain.

(9)   Are any of you familiar with Dino Chavez?
- If so, how do you know him?
- Do you have any opinions of Mr. Chavez?

(10)  Have any of you ever had any negative experience with any insurance agent?
- If so, please explain.

(11)  Do any of you know, or are you familiar with, Plaintiff's attorney J. Arnold Aguilar? Have any of you , or anyone with whom you are familiar, been involved in a case against someone represented by Mr. Aguilar or his law firm? If so, please explain.

(12)  Do any of you know, or are you familiar with, any representative of AFLAC?
- If so, please explain.

(13)  Have any of you ever had any experiences w/AFLAC, including purchasing any policy of insurance from AFLAC?
- Would you consider that a positive or negative experience?
- Please explain.

(14) Do any of you know, or are you familiar with, Third-Party Defendant's attorneys William B. Steele, III or Valorie Glass? Have any of you been represented by either one of them or anyone related to their law firms, Locke, Liddell & Sapp, L.L.P. and Atlas & Hall, or has anyone you know or are familiar with been represented by Mr. Steele or Ms. Glass or their firm?
- If so, please explain.

(15) Are any of you familiar with what a Cafeteria Plan is?

(16) Have any of you ever purchased any insurance products from a Cafeteria Plan?

(17) Do any of you have any opinions about Cafeteria Plans?
- Any opinions about Third Party Administrators?
- Any opinions about Cafeteria Plan insurance salesmen?
- Any opinions about insurance salesmen in general?

(18) Have any of you ever been a Plaintiff or a Defendant in a lawsuit?
- If so, please explain what type of lawsuit it was, whether you were Plaintiff or Defendant, and whether it has been resolved.

(19) Have any of you, or anyone with whom you are familiar, had a lawsuit against the Defendants, Brownsville Independent School District, Noe Sauceda or Third-Party Defendant AFLAC?

(20) There has been a lot of discussion lately about *tort reform* (limiting the amount of damages that can be awarded in lawsuits). Does anyone feel that people who are injured personally or in their business either should not be allowed to file lawsuits or should be limited as to how much they can recover for those lawsuits?
- If so, please explain.

(21) Is anyone here a member of an organization such as CALA that seeks to limit the amount a plaintiff can recover in a lawsuit?

(22) Plaintiff Chavez is seeking damages for First Amendment violations. Will any of you have any difficulty in awarding damages for such violations, even if there were no physical injuries?

(23) Would any of you have any hesitation in returning a verdict against BISD?

(24) Mr. Chavez is seeking damages for his lost income that resulted from his being fired from his supervisory position with AFLAC. We intend to show that the income Mr. Chavez would have earned through AFLAC is considerable, and that therefore the amount of income he lost is also considerable. If the evidence establishes that Mr. Chavez suffered a considerable amount of lost income, would any of you have any hesitation in returning a significant jury verdict?

(25) If the evidence justifies it, will any of you have any hesitation in returning a significant jury verdict against BISD or Sauceda?

(26) Are any of you familiar with the facts that have been alleged in this case?

(27) Do any of you know, or are familiar with any of the witnesses listed by Plaintiff or any of the Defendants?

(28) This case is presently expected to last about 10 working days to try, and it should begin on January _____, 2004. Do any of you have a previously scheduled conflict that you absolutely could not change or reset that would prevent you from being able to be a juror during this time period?
- If so, please notify the Court so that Court can ask you some additional questions outside the presence of the other jurors.