United States District Court
Southern District of Texas
FILED

DEC 1 8 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DINO CHAVEZ | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-02-128 |
| | § | |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, and NOE SAUCEDA, | § | |
| | § | |
| ------------------------------------------------- | § | |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, | § | |
|     Third-Party Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| AMERICAN FAMILY LIFE INSURANCE | § | |
| COMPANY OF COLUMBUS (AFLAC), | § | |
|     Third-Party Defendant. | § | |
| | § | |

## MOTION IN LIMINE
## OF DEFENDANT BROWNSVILLE INDEPENDENT SCHOOL DISTRICT

Defendant Brownsville Independent School District ("BISD") comes before the Court, prior to the selection of the jury for the trial of this cause, and respectfully moves the Court to instruct Plaintiff's counsel to not question any juror, party or witness or offer of any evidence or make any statement, mention or reference pertaining to any of the following matters without first taking up the matter with the Court out of the presence of the jury, and further that the Court direct Plaintiff's counsel to instruct each of his witnesses of the matters contained in this MOTION IN LIMINE.

1.   BISD moves that Plaintiff be instructed not to mention that BISD filed this Motion or sought any of the relief requested in this Motion.

GRANTED: _____          DENIED: _____

2.   BISD moves that Plaintiff be instructed not to seek or request the attorneys for BISD to produce instruments or to stipulate to any fact, or to make any sort of agreement, in the presence of the jury.

GRANTED: _____          DENIED: _____

3.   BISD moves that Plaintiff be instructed not to make any statement which tends to inform the jury or the jury panel as to whether a certain question or instruction was submitted by BISD or by Plaintiff.

GRANTED: _____          DENIED: _____

4.   BISD moves that Plaintiff be instructed not to suggest to the jury in any manner that the outcome of this litigation may affect the economic position of members of Plaintiff's family or make reference to any hardships which may result to Plaintiff's family as a result of a particular jury verdict or answer to any specific issue.

GRANTED: _____          DENIED: _____

5.   BISD moves that Plaintiff be instructed not to attempt to make the jury or a juror commit to a specific verdict or a specific amount of damages during voir dire since neither

accomplishes the purpose established by law in the Federal Rules of Civil Procedure, that is, the selection of potential jurors.

GRANTED: _____          DENIED: _____


6.      BISD moves the Plaintiff be instructed not to comment on the failure to call any witnesses available equally to either side; *__Texas Power & Light Company v. Walker__*, *559 S.W.2d 403 (Tex. Civ. App. – Texarkana 1977, no writ)*.

GRANTED: _____          DENIED: _____


7.      BISD moves that Plaintiff be instructed not to tender, refer to, read from or offer for exhibit any ex parte statements or reports from witnesses not then and there present in Court to testify and be subject to examination by BISD's counsel.

GRANTED: _____          DENIED: _____


8.      BISD moves that Plaintiff be instructed not to comment on the probable testimony of a witness who is absent, unavailable, or not called to testify in this case.

GRANTED: _____          DENIED: _____


9.      BISD moves that Plaintiff be instructed no to comment or suggest that there is any additional evidence not before the jury that bears on the case.

GRANTED: _____          DENIED: _____

10.    BISD moves that Plaintiff be instructed not to make any inference or suggestion, directly or indirectly, that BISD has not complied with any discovery request, interrogatory, or order of the Court.

GRANTED: _____        DENIED: _____


11.    BISD moves that Plaintiff be instructed not to make any inference or suggestion, directly or indirectly, that BISD, or its agents or attorneys have deliberately withheld any evidence.

GRANTED: _____        DENIED: _____


12.    BISD moves that Plaintiff be instructed not to make any mention, reference or inference that BISD is or may have been involved in any prior or subsequent claims, suits, or settlements, or the amounts involved herein.

GRANTED: _____        DENIED: _____


13.    BISD moves that Plaintiff be instructed not to make any mention or reference or attempt to introduce, display, read from or refer to any documents for any purpose that have not been previously produced in a timely manner by Plaintiff as part of his disclosures or document production.

GRANTED: _____        DENIED: _____


14.    BISD moves that Plaintiff be instructed not to comment on or offer any evidence of publicity concerning this claim or similar claims, including written media reports, news reports,

television programs or other video tapes since this constitutes inadmissible hearsay. Further, the relevance of any such information, which is highly questionable, is clearly outweighed by the prejudicial effect.

GRANTED: _____       DENIED: _____

15.     BISD moves that Plaintiff be instructed not to make any reference that the jury is the "conscience of the community" or other pleas intended to invoke a sense of community loyalty, duty and expectation on the part of the jury. ***Prudential Fire Insurance Co. v. United Gas Corp.***, *199 S.W.2d 767 (Tex. 1946)*.

GRANTED: _____       DENIED: _____

16.     BISD moves that Plaintiff be instructed not to make any attacks on the truthfulness of BISD's counsel. ***Texas Employers Insurance Association v. Jones***, *361 S.W.2d 725 (Tex. Civ. App. – Waco, 1962, writ ref'd n.r.e.)*.

GRANTED: _____       DENIED: _____

17.     BISD moves that Plaintiff be instructed not to make any reference to any statement of any venireman after the close of voir dire. ***Traitors & General Insurance Co. v. Derrett***, *340, S.W.2d 505 (Tex. Civ. App. – Beaumont, 1960, writ ref'd n.r.e.)*.

GRANTED: _____       DENIED: _____

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 West Price Road, Suite 9
Brownsville, Texas 78520
(956) 542-5666
(956) 542-0016 Facsimile

Attorneys for Defendant Brownsville Independent
  School District

By: _____
     Elizabeth G. Neally
     State Bar No. 13840400
     Fed. ID # 8044
     Ricardo Morado
     State Bar #14417250
     Fed. ID #1213

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing Motion OF DEFENDANT BROWNSVILLE INDEPENDENT SCHOOL DISTRICT TO EXCLUDE PLAINTIFFS' EVIDENCE has been mailed, Certified, Return Receipt Requested vis U.S. Postal Service to counsel of record, to wit:

Mr. J. Arnold Aguilar
**Law Offices of J. Arnold Aguilar**
Artemis Square, Suite H-2,
1200 Central Boulevard
Brownsville, Texas 78520
Via CMRRR: 7160 3901 9848 1267 9627

Ms. Eileen Leeds
**Willette & Guerra**
3505 Boca Chica Boulevard, Suite 460
Brownsville, Texas 78521
Via CMRRR:  7160 3901 9848 1267 9634

Mr. William B. Steele, III
**LOCKE, LIDDELL & SAPP**
100 Congress Avenue, Suite 300
Austin, Texas 78701
Via CMRRR:  7160 3901 9848 1267 9641

on this _____18th_____ day of December, 2003.

Elizabeth G. Neally