```
                                              United States District Court
IN THE UNITED STATES DISTRICT COURT            Southern District of Texas
   FOR THE SOUTHERN DISTRICT OF TEXAS                  ENTERED
           BROWNSVILLE DIVISION                      JAN 0 7 2004

                                              Michael N. Milby, Clerk of Court
                                              By Deputy Clerk _____
```

| | |
|---|---|
| DINO CHAVEZ, | § |
| Plaintiff, | § §  § |
| v. | § CIVIL ACTION NO. B-02-128 |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT AND NOE SAUCEDA, | § § § § § |
| Defendants. | § § |

## ORDER

BE IT REMEMBERED that on January 7, 2004, the Court **GRANTED** Defendant Noe Sauceda's Motion for Summary Judgment [Dkt. No. 68]; **GRANTED** Defendant Brownsville Independent School District's ("BISD") Motion for Summary Judgment [Dkt. No. 69]; and **DENIED as moot** all remaining motions: Defendant Sauceda's Motion to Exclude Plaintiff's Expert, Plaintiff Chavez's Motion to Exclude Testimony of Donald R. House, Third Party Defendant AFLAC's Motion In Limine, Defendant BISD's Motion to Exclude Plaintiff's Evidence and Motion In Limine [Dkt. No. 75, 76, 86, 87, & 90].

The parties are not required to appear for final pretrial/docket call scheduled for January 8, 2004. The Court will issue a memorandum opinion for the above summary judgment rulings.

DONE at Brownsville, Texas, this 7th day of January, 2004.

                                                       _____
                                                       Hilda G. Tagle
                                                       United States District Judge