# United States District Court

SOUTHERN ___ DISTRICT OF ___ TEXAS

BROWNSVILLE DIVISION

DINO CHAVEZ

**BILL OF COSTS**

V.

Case Number: B-02-128

BROWNSVILLE INDEPENDENT SCHOOL DISTRICT,
AND NOE SAUCEDA

Judgment having been entered in the above entitled action on ___01/07/04___ against ___DINO CHAVEZ___,
Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ 150.00 |
| Fees for service of summons and subpoena | $ 66.20 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ 4,961.50 |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $ 4,335.39 |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) . [Expert Expenses] | $ 1,164.91 |
| **TOTAL** | **$ 10,678.50** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:
J. Arnold Aguilar, Attorney for Plaintiff
Eileen Leeds, Attorney for Defendant Noe Sauceda

Signature of Attorney: _[signature]_

Name of Attorney: ___ELIZABETH G. NEALLY___

For: ___BROWNSVILLE INDEPENDENT SCHOOL DISTRICT___  Date: ___January 20, 2004___
Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgement.

By: _____
Clerk of Court         Deputy Clerk         Date