## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DINO CHAVEZ | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-02-128 |
| | § | |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, and NOE SAUCEDA, | § | |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, | § | |
|     Third-Party Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| AMERICAN FAMILY LIFE INSURANCE | § | |
| COMPANY OF COLUMBUS (AFLAC), | § | |
|     Third-Party Defendant. | § | |

### CERTIFICATION IN SUPPORT
### OF DEFENDANT BROWNSVILLE INDEPENDENT SCHOOL DISTRICT'S
### BILL OF COSTS

Elizabeth G. Neally, being duly sworn, deposes and says:

I am an attorney at law admitted to practice in the United States District Court for the Southern District of Texas pro hac vice in this matter and I am a member of the firm of Roerig, Oliveira & Fisher, L.L.P.

Our firm has been retained by Texas Association of School Boards to represent Brownsville Independent School District in the above-captioned matter.

On January 7, 2004, pursuant to Federal Rule of Civil Procedure 56, this Court granted Defendant Brownsville Independent School District's Motion for Summary Judgment.

The reasonable costs and expenses incurred by Defendant Brownsville Independent School District through Roerig, Oliveira & Fisher, L.L.P. in the defense of Plaintiff's claims are set forth in the attached Bill of Costs, which includes true and correct copies of the appropriate invoices, bills, checks, or other accounting documents necessary to substantiate the Bill of Costs.

Insofar as the costs and expenses incurred by Defendant Brownsville Independent School District in defending against Plaintiff's claims are reasonable, this Court should tax costs against Plaintiff pursuant to Federal Rule of Civil Procedure 54(d) and 28 U.S.C. §1920.

I declare under penalty of perjury that the costs in the attached Bill of Costs are correct and were necessarily incurred in this action and the services for which expenses have been charged were actually and necessarily performed.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 West Price Road, Suite 9
Brownsville, Texas 78520
(956) 542-5666
(956) 542-0016 Facsimile

Attorneys for Brownsville Independent School District

By_____
Elizabeth G. Neally
Texas Bar No. 14840400
Federal Bar No. 8044

**Dated:  January 20, 2004**

| | **TOTAL BILL OF COSTS** | |
|---|---|---|
| 1 | Filing Fees | $150.00 |
| 2 | Fees for Summons and Subpoenas | $66.20 |
| 3 | Fees for Court Reporter for all or any part of the Transcript necessarily obtained for use in the case | $4,961.50 |
| 4 | Fees for Exemplification and Copies of papers necessarily obtained for use in this case | $4,335.89 |
| 5 | Expert Expenses | $1,164.91 |
| | | |
| | **GRANT TOTAL:** | **$10,678.50** |

| Date | Description | Amount | Company |
|------|-------------|--------|---------|
| 06/13/02 | Filing Fees | $150.00 | U. S. District Clerk |
| | | | |
| | **TOTAL** | **$150.00** | |

| Date | Description | Amount | Company |
|------|-------------|--------|---------|
| 09/24/02 | Subpoena for records from AFLAC pertaining to Dino Chavez | $66.20 | COMPEX Legal Services, Inc. |
| | | | |
| | **TOTAL** | **$66.20** | |



# COMPEX
### Legal Services, Inc.

IRS No. 95-4443964

Invoice Number: 4601953

Invoice Date: 4/10/03

**Total Due:** $66.20

Terms: NET 10 DAYS

Account: 061632/01069358     (956) 542-5666

Bill to: ELIZABETH NEALLY
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 WEST PRICE ROAD SUITE 9
BROWNSVILLE, TX 78520

**Remit to:**
P.O. BOX 2738
TORRANCE, CA 90509-2738
(800)969-6424 x5724

| Description of Services | Quantity | Price | Extension |
|---|---|---|---|
| Request #: A447182 | | | |
| Order Date: 09/24/02 | | | |
|      : ELIZABETH NEALLY | | | |
| Case # : B-02-128 | | | |
| Case:    DINO CHAVEZ | | | |
|     V BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, | | | |
| Record Subject: | | | |
|     DINO CHAVEZ | | | |
| | | | |
| 00101    AMERICAN FAMILY LIFE ASSURANCE COMPANY | | | |
|      PREPARE FEDERAL SUBPOENA FOR RECORDS | | | |
|        Basic Charge | 1 | 65.00 | 65.00 |
|        Fee Advance | 1 | | 1.20 |
| | | | |
| Invoice for work performed | | | |
| | | | |
| | | Sub Total: | 66.20 |

TOTAL TAXABLE CHARGES   :      $66.20
AMOUNT PAID BY DEFENDANT:      $66.20
AMOUNT PAID BY PLAINTIFF:       $0.00

Total Due:     66.20

| Invoice Number: | 4601953 | Date: | 4/10/03 | Page: | 1 |
|---|---|---|---|---|---|

**Please Include Invoice number on payment**        ORIGINAL COPY

| Date | Deposition Transcripts | Amount | Company |
|------|------------------------|--------|---------|
| 02/27/03 | Stephen Andrus | $355.75 | Hill & Romero Certified Court Reporters |
| 03/04/03 | Dino Chavez | $799.50 | Hill & Romero Certified Court Reporters |
| 05/22/03 | Ron Mitchell Levine | $325.80 | AcuScribe Court Reporters |
| 05/22/03 | Frank LaFemina - Volume 1 | $201.35 | AcuScribe Court Reporters |
| 06/17/03 | Noe Sauceda | $418.50 | Hill & Romero Certified Court Reporters |
| 08/21/03 | Frank LaFemina - Volume 2 | $346.00 | AcuScribe Court Reporters |
| 09/30/03 | Lynn George Barnson | $349.55 | AcuScribe Court Reporters |
| 09/05/03 | Stephen M. Horner | $478.75 | Hill & Romero Certified Court Reporters |
| 09/23/03 | Donald House | $551.80 | DSI Reporting Services, Inc. |
| 08/20/03 | Joe Colunga, III | $199.25 | Hill & Romero Certified Court Reporters |
| 05/29/03 | Herman Otis Powers, Jr. | $389.75 | Hill & Romero Certified Court Reporters |
| 09/19/03 | Kenneth J. Leick | $545.50 | Hill & Romero Certified Court Reporters |
| | | | |
| | **TOTAL:** | **$4,961.50** | |

# H&R Hill & Romero
## Certified Court Reporters

5415 North McColl, Suite 107, McAllen, Texas 78504
Phone: (956) 994-8898          Toll Free: (800) 218-6286
Fax:   (956) 994-9992          E-mail: hillandromero@aol.com

Elizabeth G. Neally
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Ste. 9
Brownsville, TX 78520

**INVOICE NO. :**          515
**INVOICE DATE:**     3/11/2003
**REPORTER:**
Lou Zuniga

B-02-128

**ID#**  74-2935776

DEPO OF:STEPHEN M.ANDRUS:02/27/03
Dino X. Chavez vs. Brownsville, et.al.

| Date | Description |
|------|-------------|
| 3/11/2003 | Original & Copy of Deposition |
| 3/11/2003 | Administrative |
| 3/11/2003 | Exhibits (black & white) |
| 3/11/2003 | Condensed Transcript |
| 3/11/2003 | E-Transcript Diskette |

|  |  |
|---|---|
| **Sub Total** | 1,253.75 |
| **Paid** | 0.00 |
| **Balance Due** | 1,253.75 |

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**

# H&R Hill & Romero
## Certified Court Reporters

5415 North McColl, Suite 107, McAllen, Texas 78504
Phone: (956) 994-8898     Toll Free: (800) 218-6286
Fax: (956) 994-9992     E-mail: hillandromero@aol.com

Elizabeth G. Neally
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Ste. 9
Brownsville, TX 78520

B-02-128

DEPO OF:DINO X. CHAVEZ:03/04/03
Dino X. Chavez vs. Brownsville I.S.D.

**INVOICE NO. :**      701
**INVOICE DATE:**   3/31/2003
**REPORTER:**
Lou Zuniga

**ID#  74-2935776**

| Date | Description |
|------|-------------|
| 3/31/2003 | Original & Copy of Deposition |
| 3/31/2003 | Administrative |
| 3/31/2003 | Exhibits (black & white) |
| 3/31/2003 | Condensed Transcript |
| 3/31/2003 | E-Transcript Diskette |

| | |
|---|---|
| **Sub Total** | 799.50 |
| **Paid** | 0.00 |
| **Balance Due** | 799.50 |

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**

**AcuScribe Court Reporters**

*750 Norwood Tower*
*114 West 7th Street*
*Austin, Texas   78701*
*(512)499-0277 / (800)497-0277*
*acuscribe.com*

MS. ELIZABETH G. NEALLY
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 WEST PRICE ROAD, SUITE 9
BROWNSVILLE, TEXAS 78520-8786

June 27, 2003

**Invoice#** 03-01084

**Balance:**   $527.15

**Re:** DINO X. CHAVEZ VS. BROWNSVILLE ISD,
ET AL
*on* 05/22/03 *by* GERRI C. BARKER, CSR

## *Invoicing Information*

Charge Description

ONE COPY OF THE ORAL VIDEOTAPED DEPOSITION OF
RON MITCHELL LEVINE                    $325.80

ONE COPY OF THE ORAL VIDEOTAPED DEPOSITION OF
FRANK D. LAFEMINA                      $201.35

WE APPRECIATE YOUR BUSINESS!!!

**P l e a s e   R e m i t   - - - >   Total Due:   $527.15**

*FEDERAL ID NO. 74-2717140*
*Due & payable in Austin, Texas, in Travis County.*

# H&R HILL & ROMERO
## *Certified Court Reporters*

5415 North McColl, Suite 107, McAllen, Texas 78504
Phone: (956) 994-8898          Toll Free: (800) 218-6286
Fax: (956) 994-9992          E-mail: hillandromero@aol.com

Elizabeth G. Neally
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Ste. 9
Brownsville, TX 78520

| | |
|---|---|
| INVOICE NO. : | 1362 |
| INVOICE DATE: | 6/30/2003 |
| REPORTER: | |
| Lou Zuniga | |

B-02-143

ID# 74-2935776

DEPO OF:NOE SAUCEDA:06/17/03
Stephen M. Andrus vs. Dino Chavez vs. Br

| Date | Description | |
|---|---|---|
| 6/30/2003 | Copy of Deposition | |
| 6/30/2003 | Processing | |
| 6/30/2003 | Exhibits (black & white) | |
| 6/30/2003 | Condensed Transcript | |
| 6/30/2003 | E-Transcript Diskette | |

|  | |
|---|---|
| Sub Total | 418.50 |
| Paid | 0.00 |
| Balance Due | 418.50 |

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**

23.028

# AcuScribe Court Reporters

750 Norwood Tower
114 West 7th Street
Austin, Texas 78701
(512)499-0277 / (800)497-0277
acuscribe.com

MS. ELIZABETH G. NEALLY                September 19, 2003
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 WEST PRICE ROAD, SUITE 9          **Invoice#** 03-01738
BROWNSVILLE, TEXAS 78520-8786
                                      **Balance:** $346.00

**Re:** DINO X. CHAVEZ VS. BROWNSVILLE ISD, ET AL
   *on* 08/21/03 *by* GERRI C. BARKER, CSR

## Invoicing Information

Charge Description
ONE COPY OF THE ORAL VIDEOTAPED DEPOSITION OF
FRANK D. LAFEMINA, VOLUME 2          $346.00

WE APPRECIATE YOUR BUSINESS!!!

        P l e a s e   R e m i t   - - - >   **Total Due:**   $346.00

FEDERAL ID NO. 74-2717140
*Due & payable in Austin, Texas, Travis County.*

SEP 2 2 2003

# AcuScribe Court Reporters
### 750 Norwood Tower
### 114 West 7th Street
### Austin, Texas 78701
### (512)499-0277 / (800)497-0277
### acuscribe.com

MS. ELIZABETH G. NEALLY                     October 28, 2003
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 WEST PRICE ROAD, SUITE 9               **Invoice#** 03-02122
BROWNSVILLE, TEXAS 78520-8786
                                           **Balance:**    $349.55

Re: CHAVEZ VS. BROWNSVILLE ISD, ET AL
    on 09/30/30 by GERRI C. BARKER, CSR

## *Invoicing Information*

Charge Description
ONE COPY OF THE ORAL DEPOSITION OF
LYNN GEORGE BARNSON          $349.55

         WE APPRECIATE YOUR BUSINESS!!!

         P l e a s e   R e m i t   - - - >   **Total Due:**   $349.55

              *FEDERAL ID NO. 74-2717140*
    *Due & payable in Austin, Texas, Travis County.*

OCT 3 0 2003

# H&R Hill & Romero
## Certified Court Reporters

10125 N. 10th, Suite B, McAllen, Texas 78504
Phone: (956) 287-8898  Toll Free: (800) 218-6286
Fax: (956) 287-2279  E-mail: hillandromero@aol.com

Elizabeth G. Neally
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Ste. 9
Brownsville, TX 78520

B-02-128

DEPO OF:STEPHEN M. HORNER:09/05/03
Dino X. Chavez vs. Brownsville ISD

| INVOICE NO. : | 2077 |
|---|---|
| INVOICE DATE: | 9/18/2003 |
| REPORTER: Lou Zuniga | |
| ID# 74-2935776 | |

| Date | Description |
|---|---|
| 9/18/2003 | Copy of Deposition |
| 9/18/2003 | Processing |
| 9/18/2003 | Exhibits (black & white) |
| 9/18/2003 | Condensed Transcript |
| 9/18/2003 | E-Transcript Diskette |

| | |
|---|---|
| Sub Total | 478.75 |
| Paid | 0.00 |
| Balance Due | 478.75 |

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**

SEP 2 2 2003

DSI Reporting Services, Inc.
701 N. Post Oak Road, Suite 425
Houston, TX 77024
(713) 554-0080   Fax (713) 554-0085

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 11398 | 10/28/2003 | 01-1788 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 09/23/2003 | PENAJE | C.A. NO. B-02- |
| **CASE CAPTION** | | |
| Dino Chavez Vs. Brownsville Independent School District, | | |
| **TERMS** | | |
| Due upon receipt | | |

Ms. Elizabeth Neally
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Suite 9
Brownsville, TX 78520

```
TRANSCRIPT COPY FOR THE DEPOSITION OF:
    Donald House                                      551.80
                                           _____
                        TOTAL   DUE   >>>>        551.80
```

TAX ID NO.: 22-3881287                                        (956) 542-5666

*Please detach bottom portion and return with payment.*

Ms. Elizabeth Neally
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Suite 9
Brownsville, TX 78520

```
Invoice No.:  11398
Date        :  10/28/2003
TOTAL DUE   :     551.80


Job No.   :  01-1788
Case No.  :  C.A. NO. B-02-128
Dino Chavez Vs. Brownsville Independ
```

Remit To:    **DSI Reporting Services, Inc.**
             **701 N. Post Oak Road, Suite 425**
             **Houston, TX 77024**

OCT 3 1 2003

# H&R

# Hill & Romero
## Certified Court Reporters
10125 N. 10th, Suite B, McAllen, Texas 78504
Phone: (956) 287-8898  Toll Free: (800) 218-6286
Fax: (956) 287-2279  E-mail: hillandromero@aol.com

Elizabeth G. Neally
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Ste. 9
Brownsville, TX 78520

**INVOICE NO. :**    1926
**INVOICE DATE:**    8/29/2003
**REPORTER:**
Lou Zuniga

B-02-143

**ID#**  74-2935776

DEPO OF:JOE COLUNGA, III,:08/20/03
Stephen M. Andrus, et al. vs. Brownsvill

| Date | Description |
|------|-------------|
| 8/29/2003 | Copy of Deposition |
| 8/29/2003 | Processing |
| 8/29/2003 | Exhibits (black & white) |
| 8/29/2003 | Condensed Transcript |
| 8/29/2003 | E-Transcript Diskette |

|  |  |
|---|---|
| **Sub Total** | 199.25 |
| **Paid** | 0.00 |
| **Balance Due** | 199.25 |

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**

SEP 0 9 2003

# H&R Hill & Romero
## Certified Court Reporters

5415 North McColl, Suite 107, McAllen, Texas 78504
Phone: (956) 994-8898          Toll Free: (800) 218-6286
Fax:  (956) 994-9992          E-mail: hillandromero@aol.com

Elizabeth G. Neally
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Ste. 9
Brownsville, TX 78520

B-02-143

DEPO OF:HERMAN OTIS POWERS, JR.:05/29/03
Stephen M. Andrus vs. Brownsville ISD

| INVOICE NO. : | 1268 |
|---|---|
| INVOICE DATE: | 6/18/2003 |
| REPORTER: | |
| Lou Zuniga | |

ID# 74-2935776

| Date | Description | | |
|---|---|---|---|
| 6/18/2003 | Copy of Deposition | | |
| 6/18/2003 | Processing | | |
| 6/18/2003 | Exhibits (black & white) | | |
| 6/18/2003 | Condensed Transcript | | |
| 6/18/2003 | E-Transcript Diskette | | |

|  |  |
|---|---|
| Sub Total | 389.75 |
| Paid | 0.00 |
| Balance Due | 389.75 |

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**

# 23 164

# H&R

# Hill & Romero
## Certified Court Reporters

10125 N. 10th, Suite B, McAllen, Texas 78504
Phone: (956).287-8898  Toll Free: (800) 218-6286
Fax: (956) 287-2279  E-mail: hillandromero@aol.com

Elizabeth G. Neally
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Ste. 9
Brownsville, TX 78520

**INVOICE NO. :**    2209
**INVOICE DATE:**    10/06/2003

**REPORTER:**
Lou Zuniga

B-02-143

**ID#**  74-2935776

DEPO OF:KENNETH J. LIECK:09/19/03
Stephen M. Andrus vs. Brownsville ISD

| Date | Description |
|------|-------------|
| 10/06/2003 | Original & Copy of Deposition |
| 10/06/2003 | Administrative |
| 10/06/2003 | Exhibits (black & white) |
| 10/06/2003 | Condensed Transcript |
| 10/06/2003 | E-Transcript Diskette |

|  |  |
|------|------|
| **Sub Total** | 545.50 |
| **Paid** | 0.00 |
| **Balance Due** | 545.50 |

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**

OCT = 8 2003

| Date | Copies | Amount | Company |
|------|--------|--------|---------|
| 10/02 | copies of documents to be used in Chavez matter | $6.00 | Roerig, Oliveira & Fisher, L.L.P. |
| 10/21/02 | copies of tax returns from 1997 through 2000 | $92.00 | Internal Revenue Service |
| 01/03 | copies of documents to be used in Chavez matter | $36.60 | Roerig, Oliveira & Fisher, L..L.P. |
| 02/03 | copies of documents to be used in Chavez matter | $599.45 | Roerig, Oliveira & Fisher, L..L.P. |
| 02/28/03 | copies of documents to be used in Chavez matter | $337.74 | ALLEGRA Print & Imaging |
| 03/04/03 | Evidence Production: Eleven audio CD's @ $0.15 each - $165.00 Four video tapes @ $10.00 each - $40.00 | $205.00 | Roerig, Oliveira & Fisher, L..L.P. |
| 03/03 | copies of documents to be used in Chavez matter | $182.25 | Roerig, Oliveira & Fisher, L..L.P. |
| 04/03 | copies of documents to be used in Chavez matter | $109.30 | Roerig, Oliveira & Fisher, L..L.P. |
| 05/08/03 | Evidence Production: Twelve copies of CD's | $180.00 | Roerig, Oliveira & Fisher, L..L.P. |
| 05/13/03 | Evidence Production: Three copies of CD's | $45.00 | Roerig, Oliveira & Fisher, L..L.P. |
| 05/15/03 | 11/13/01 Public Audience Excerpt 35 pgs @ $5.00 = $175.00 11/20/01 Public Audience Excerpt 14 pgs @ $5.00 = $70.00 | $245.00 | Judith G. Hennigh, C.S.R. |
| 05/22/03 | copies of documents to be used in Chavez matter | $80.67 | Kinko's |
| 05/28/03 | copies of documents to be used in Chavez matter | $521.87 | Kinko's |
| 05/03 | copies of documents to be used in Chavez matter | $120.80 | Roerig, Oliveira & Fisher, L..L.P. |

| 06/11/03 | copies of documents to be used in Chavez matter | $260.94 | Kinko's |
|---|---|---|---|
| 06/13/03 | copy of Dr. House documents to Eileen Leeds, Co-Counsel - 1,521 copies | $164.77 | ALLEGRA Print & Imaging |
| 06/26/03 | Evidence Production: Twenty-Six copies of CD's pertaining to BISD Board Meetings | $390.00 | Roerig, Oliveira & Fisher, L..L.P. |
| 08/03 | copies of documents to be used in Chavez matter | $38.80 | Roerig, Oliveira & Fisher, L..L.P. |
| 08/29/03 | copies of documents reviewed by Stephen Horner to prepare Chavez expert report (251 x 3 = 753 @ $0.15) | $112.95 | Law Office of J. Arnold Aguilar |
| 09/02/03 | copies of tax returns | $23.00 | Internal Revenue Service |
| 09/03/03 | copies of documents reviewed by Stephen Horner to prepare Chavez expert report (147 x 3 = 441 @ $0.15) | $66.15 | Law Office of J. Arnold Aguilar |
| 09/10/03 | Evidence Production: Three copies of CD's | $45.00 | Roerig, Oliveira & Fisher, L..L.P. |
| 09/10/03 | Evidence Production: Labor for production of three CD's | $15.00 | Roerig, Oliveira & Fisher, L..L.P. |
| 09/03 | copies of documents to be used in Chavez matter | $109.20 | Roerig, Oliveira & Fisher, L..L.P. |
| 10/31/03 | copies of documents to be used in Chavez matter | $274.80 | Roerig, Oliveira & Fisher, L..L.P. |
| 11/30/03 | copies of documents to be used in Chavez matter | $73.60 | Roerig, Oliveira & Fisher, L..L.P. |
| | **TOTAL:** | **$4,335.89** | |

Form **4506**
(Rev. May 1997)

Department of the Treasury
Internal Revenue Service

## Request for Copy or Transcript of Tax Form

► Read instructions before completing this form.

► Type or print clearly. Request may be rejected if the form is incomplete or illegible.

OMB No. 1545-0429

**Note:** *Do not use this form to get tax account information. Instead, see instructions below.*

| | |
|---|---|
| **1a** Name shown on tax form. If a joint return, enter the name shown first.<br>DINO XAVIER CHAVEZ | **1b** First social security number on tax form or employer identification number (see instructions)<br>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 |
| **2a** If a joint return, spouse's name shown on tax form<br>ODELIA S. CHAVEZ | **2b** Second social security number on tax form<br>457 86 4125 |

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code

14 CATHERINE LANE   BROWNSVILLE, TX 78520

**4** Address, (including apt., room, or suite no.), city, state, and ZIP code shown on the last return filed if different from line 3

**5** If copy of form or a tax return transcript is to be mailed to someone else, enter the third party's name and address
ELIZABETH G. NEALLY
ROERIG, OLIVEIRA & FISHER, L.L.P., 855 W. PRICE ROAD, SUITE 9, BROWNSVILLE, TX  78520

**6** If we cannot find a record of your tax form and you want the payment refunded to the third party, check here . . . . . . ► ☒

**7** If name in third party's records differs from line 1a above, enter that name here (see instructions) ►

**8** Check only one box to show what you want. There is no charge for items 8a, b, and c:

- **a** ☐ Tax return transcript of Form 1040 series filed during the **current calendar year and the 3 prior calendar years** (see instructions).
- **b** ☐ Verification of nonfiling.
- **c** ☐ Form(s) W-2 information (see instructions).
- **d** ☒ Copy of tax form and all attachments (including Form(s) W-2, schedules, or other forms). **The charge is $23 for each period requested.**
  Note: *If these copies must be certified for court or administrative proceedings, see instructions and check here* . . . . . ► ☒

**9** If this request is to meet a requirement of one of the following, check all boxes that apply.
☐ Small Business Administration   ☐ Department of Education   ☐ Department of Veterans Affairs   ☐ Financial institution

| | | |
|---|---|---|
| **10** Tax form number (Form 1040, 1040A, 941, etc.)<br>Any & All | **12** Complete only if line 8d is checked.<br>Amount due: | |
| | **a** Cost for each period . . . . . . | $ 23.00 |
| **11** Tax period(s) (year or period ended date). If more than four, see instructions. | **b** Number of tax periods requested on line 11 | 4 |
| | **c** Total cost. Multiply line 12a by line 12b. | $ 92.00 |
| 1997   1998   1999   2000 | *Full payment must accompany your request. Make check or money order payable to "Internal Revenue Service."* | |

**Caution:** *Before signing, make sure all items are complete and the form is dated.*

I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. I am aware that based upon this form, the IRS will release the tax information requested to any party shown on line 5. The IRS has no control over what that party does with the information.

**Please Sign Here**

Signature. See instructions. If other than taxpayer, attach authorization document.     Date  10/2/02

Title (if line 1a above is a corporation, partnership, estate, or trust)
X Odelia S. Chavez   Date  10/2/02
Spouse's signature

Telephone number of requester
(956 ) 542-5666
Best time to call
8:30 a.m. – 5:00 p.m.

**TRY A TAX RETURN TRANSCRIPT** (see line 8a instructions)

## Instructions

*Section references are to the Internal Revenue Code.*

**TIP:** If you had your tax form filled in by a paid preparer, check first to see if you can get a copy from the preparer. This may save you both time and money.

**Purpose of Form.—**Use Form 4506 to get a tax return transcript, verification that you did not file a Federal tax return, Form W-2 information, or a copy of a tax form. Allow 6 weeks after you file a tax form before you request a copy of it or a transcript. For W-2

information, wait 13 months after the end of the year in which the wages were earned. For example, wait until Feb. 1999 to request W-2 information for wages earned in 1997.

**Do not** use this form to request Forms 1099 or tax account information. See this page for details on how to get these items.
Note: *Form 4506 must be received by the IRS within 60 calendar days after the date you signed and dated the request.*

**How Long Will It Take?—**You can get a tax return transcript or verification of nonfiling within 7 to 10 workdays after the IRS receives your request. It can take up to 60 calendar

days to get a copy of a tax form or W-2 information. To avoid any delay, be sure to furnish all the information asked for on Form 4506.

**Forms 1099.—**If you need a copy of a Form 1099, contact the payer. If the payer cannot help you, call or visit the IRS to get Form 1099 information.

**Tax Account Information.—**If you need a statement of your tax account showing any later changes that you or the IRS made to the original return, request tax account information. Tax account information lists

*(Continued on back)*

For Privacy Act and Paperwork Reduction Act Notice, see back of form.   Cat. No. 41721E   Form **4506** (Rev. 5-97)



# kinko's

**For the appropriate**
**Payment Processing Center,**
please refer to map on reverse.

**Questions? Please call:**
**1-800-488-3705**
24 hours/7 days a week

| Job ordered by: |
|---|

| Phone Number/Ext. |
|---|
| (    ) |

### For Delivery Orders Only

| Deliver to: |
|---|

| Delivery Address: |
|---|

| City | State | ZIP |
|---|---|---|

| Delivered By: |
|---|

### Person Accepting Delivery

| Name: |
|---|

| Position/Dept: |
|---|

I am an authorized agent of the company and my signature authorizes the company to pay for all items reflected on this invoice. I will provide all necessary documentation to my company for them to process payment. I acknowledge that the company has received all items on this invoice. *X Garcia*
**Authorized Signature**

*Freddy Garcia*
**Print Name**

(    )
**Phone Number/Ext.**

**Visit the Kinko's Website at**
www.kinkos.com

**CUSTOMER COPY**

---

440400017009

**INVOICE**
Official Bill of Sale
Terms Net 30 Days
Please Reference Invoice #

Receipt #:    724615 Reg: 2    Page: 1
Product #: 0000030203 0010
Customer : RUERIG OLIVEIRA & FISHER LLP
Auth. User: COMPANY CARD
Reference :
DBioA — ANDRUS / CHAVEZ
23028

Date: 05/05/03 12:45 PM    Cashier: 1750
Qty/Unit    Disc.    Amount

4321    PS ADDL SRV LITIGATION SRU A 9RA
0.10    0.000    0.70    492.10 T

SUBTOTAL    492.10
TAX    39.77
TOTAL    531.87

Thank you for choosing Kinko's

Kinko's    (956) 504-6022
1100 W. EXPRESSWAY
BROWNSVILLE,  TX  78521

Allegra Print & Imaging
1273 E. Alton Gloor, Suite A
Brownsville, TX 78526
(956) 548-1301
Fax: (956) 548-0225
E-Mail: allegrabrn@prodigy.net



Full Color Business Cards ♦ Business Stationery
Engineering Copies ♦ Rubber Stamps & Labels
Carbonless Forms ♦ Newsletters & Brochures
Graphic Design ♦ Print Consulting

| Invoice | |
|---|---|
| No: 20321 | Date: 06/13/03 |

Ship To:

< Same as Bill To >

**Freddy**
**Roerig, Oliveira & Fisher**
**855 W. Price Rd.**
**Brownsville TX 78520**

| Acct.No | Ordered By | Phone | P.O. No | Prepared By | Sales Rep | Ship Via |
|---|---|---|---|---|---|---|
| 531 | Freddy | 542-5666 | 23,028 | Oscar | | Pickup |

| Quantity | Description | Price |
|---|---|---|
| 1 | #23028 (1521 clicks/set)<br>Paper   20# White  8.5 x 11  1521 Origs 1 --> 1 | 152.21 |

*$# 23,028*
*EGN1*

**PAST DUE**

Thank you for the order.

| | | |
|---|---|---|
| **Subtotal** | 152.21 |
| Shipping | 0.00 |
| Postage | 0.00 |
| Tax | 12.56 |
| **Total** | 164.77 |
| **Paid** | 0.00 |
| **Balance** | 164.77 |
| Terms | 10th of Month |

Received by: *Freddy Garcia* Date: *6/13/03*

**Please pay from this invoice**

Allegra Print & Imaging · 1273 E. Alton Gloor Suite A· Brownsville TX 78526-8968· (956) 548-1301

**JUDITH G. HENNIGH, C.S.R.**
**1505 DEBBY LANE**
**MISSION, TEXAS 78572**

*IRS # 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*                                    *FAX 956/580-3575*

## *I N V O I C E*

*INV. # 1021*
*DATE 5/15/03*

TO:  ELIZABETH G. NEALLY
     ROERIG, OLIVEIRA & FISHER
     855 WEST PRICE ROAD
     BROWNSVILLE, TEXAS 78520

RE:  BROWNSVILLE ISD MEETING
     PUBLIC AUDIENCE EXCERPTS

=================================================================

    11/13/01   PUBLIC AUDIENCE EXCERPT    35 PGS @ 5.00        $ 175.00

    11/20/01   PUBLIC AUDIENCE EXCERPT    14 PGS @ 5.00           70.00

 DELIVERY FEE                                                     11.00

                                           TOTAL      $   256.00

                        THANKS ! ! !

# LAW OFFICE J. ARNOLD AGUILAR

ARTEMIS SQUARE, SUITE H-2
1200 CENTRAL BOULEVARD
BROWNSVILLE, TEXAS 78520
TELEPHONE: (956) 504-1100
FACSIMILE: (956) 504-1408
TAX I.D. NO. 74-27716638

**BILL TO:**
Mr. William B. Steele, III
LOCKE, LIDDELL & SAPP, L.L.P.
100 Congress Avenue, Suite 300
Austin, TX  78701

August 29, 2003

Civil Action No. B-02-128
Dino X. Chavez vs. Brownsville I.S.D., et al.
U.S.D.C. - Brownsville Division
Our File No. 258-02

Civil Action No. B-02-143
Stephen M. Andrus, et al. vs. Brownsville I.S.D., et al.
U.S.D.C. - Brownsville Division
Our File No. 263-02

## STATEMENT

copies requested  (251 x 3 = 753 @ .15)                    $112.95
re: Expert Stephen Horner's documents

AMOUNT DUE:  $112.95

Please make check payable to:
LAW OFFICE J. ARNOLD AGUILAR

**LOCKE LIDDELL & SAPP LLP**
A REGISTERED LIMITED LIABILITY PARTNERSHIP
100 CONGRESS, STE 300
AUSTIN, TEXAS 78701

Chase Bank of Texas, N.A.
Dallas, Texas
32-115/1110

CHECK NO.  **16006**

DATE:        09-03-03

SEVENTEEN AND 40/100 DOLLARS

AMOUNT OF CHECK

$17.40**********

LOCKE LIDDELL & SAPP LLP

*David F. Taylor*

Second Signature Required on Checks Over $500.00

PAY TO THE ORDER OF
LAW OFFICE OF J. ARNOLD AGUILAR
1200 CENTRAL BLVD., STE. H-2
BROWNSVILLE, TX 78520

⑈16006⑈  ⑆111001150⑆  ⑈0991583769⑈

# LAW OFFICE J. ARNOLD AGUILAR

ARTEMIS SQUARE, SUITE H-2
1200 CENTRAL BOULEVARD
BROWNSVILLE, TEXAS 78520
TELEPHONE: (956) 504-1100
FACSIMILE: (956) 504-1408
TAX I.D. NO. 74-27716638

**BILL TO:**
Mr. William B. Steele, III
LOCKE, LIDDELL & SAPP, L.L.P.
100 Congress Avenue, Suite 300
Austin, TX 78701

September 3, 2003

Civil Action No. B-02-128
Dino X. Chavez vs. Brownsville I.S.D., et al.
U.S.D.C. - Brownsville Division
Our File No. 258-02

## STATEMENT

copies requested  (147 x 3 = 441 @ .15)                    $66.15
re: Expert Stephen Horner's documents

AMOUNT DUE: $66.15

Please make check payable to:
LAW OFFICE J. ARNOLD AGUILAR

**LOCKE LIDDELL & SAPP LLP**
A REGISTERED LIMITED LIABILITY PARTNERSHIP
100 CONGRESS, STE 300,
AUSTIN, TEXAS 78701.

Chase Bank of Texas, N.A.
Dallas, Texas
32-115/1110

CHECK NO. 16008

DATE:        09-04-03

**TWENTY-TWO AND 05/100 DOLLARS**

AMOUNT OF CHECK

$22.05********

PAY TO THE ORDER OF
**LAW OFFICE OF J. ARNOLD AGUILAR**
**1200 CENTRAL BLVD., STE. H-2**
**BROWNSVILLE, TX 78520**

LOCKE LIDDELL & SAPP LLP

*David F. Taylor*

Second Signature Required on Checks Over $500.00

⑆16008⑆  ⑈111001150⑈ ⑆099158376 96⑆

| Date | Description | Amount | Company |
|------|-------------|--------|---------|
| 06/03 | copies in preparation of expert report on the Chavez matter | $20.50 | RRC, Inc. |
| 07/03 | copies and miscellanous in preparation of expert report on Chavez matter | $15.20 | RRC, Inc. |
| 08/03 | copies in preparation of expert report on Chavez matter | $0.37 | RRC, Inc. |
| 09/03 | copies in preparation of expert report on Chavez matter | $147.25 | RRC, Inc. |
| 10/03 | copies - $454.65<br>postage & shipping - $114.40<br>traveling fees - $87.00<br>lodging fees - $255.58<br>phone - $0.50 | $912.13 | RRC, Inc. |
| 11/03 | copies - $49.25<br>postage & shipping - $17.32<br>travel Fees - $2.52<br>telephone - $0.37 | $69.46 | RRC, Inc. |
|  |  |  |  |
|  | **TOTAL:** | **$1,164.91** |  |

RRC, Inc.
3833 Texas Avenue, Suite 285
Bryan, Texas 77802-4039

Invoice No. 1
June 2003

*Brownsville ISD*

| Labor | Hours | Rate | Amount | Total |
|-------|-------|------|--------|-------|
| House | 45.50 | $375.00 | $17,062.50 | |
| Fry | 0.50 | 325.00 | 162.50 | |
| Buenger | 18.00 | 175.00 | 3,150.00 | |
| Franer | 4.50 | 40.00 | 180.00 | |
| **Total Labor** | | | | **$20,555.00** |

Other Expenses
| | | | | |
|-------|-------|------|--------|-------|
| Copies | | | $20.50 | |
| **Total Other Expenses** | | | | **$20.50** |
| | | **June Amount Due** | | **$20,575.50** |

**Due Date: Upon Receipt**

**Note:  For June**

Dr. House began a review of case files and preparation of his expert report.
Dr. House worked with RRC staff in analyzing the Horner report.  Dr. House submitted
his expert report in late June.

RRC, Inc.
3833 Texas Avenue, Suite 285
Bryan, Texas 77802-4039

Invoice No. 2
July 2003

### *Brownsville ISD*

| Labor | Hours | Rate | Amount | Total |
|-------|-------|------|--------|-------|
| House | 3.00 | $375.00 | $1,125.00 | |
| Franer | 1.50 | 40.00 | 60.00 | |
| **Total Labor** | | | | **$1,185.00** |

**Other Expenses**

| | | | |
|---|---|---|---|
| Copies | | $0.38 | |
| Postage & Shipping | | 13.57 | |
| Telephone | | 1.25 | |
| **Total Other Expenses** | | | **$15.20** |
| | July Amount Due | | $1,200.20 |
| | Total Amount Past Due | | **$20,575.50** |
| | Total Amount Due | | $21,775.70 |
| | Due Date: Upon Receipt | | |

**Note:  For July**
Dr. House reviewed files and his expert report in preparation for his depoisition.

RRC, Inc.
3833 Texas Avenue, Suite 285
Bryan, Texas 77802-4039

Invoice No. 3
August 2003

*Brownsville ISD*

| Labor | Hours | Rate | Amount | Total |
|-------|-------|------|--------|-------|
| House | 2.00 | $375.00 | $750.00 | |
| **Total Labor** | | | | **$750.00** |

**Other Expenses**

| | | | | |
|-------|-------|------|--------|-------|
| Copies | | | $0.37 | |
| **Total Other Expenses** | | | | **$0.37** |

| | |
|---|---|
| August Amount Due | $750.37 |
| Total Amount Past Due | **$8,058.70** |
| Total Amount Due | $8,809.07 |
| Due Date: Upon Receipt | |

**Note: For August**
Dr. House continued to review files and his expert report in preparation for his deposition scheduled in September.

RRC, Inc.
3833 Texas Avenue, Suite 285
Bryan, Texas 77802-4039

Invoice No. 4
September 2003

***Brownsville ISD***

| Labor | Hours | Rate | Amount | Total |
|-------|-------|------|--------|-------|
| House | 20.50 | $375.00 | $7,687.50 | |
| Fry | 0.25 | 325.00 | 81.25 | |
| Buenger | 9.00 | 175.00 | 1,575.00 | |
| Franer | 3.25 | 40.00 | 130.00 | |
| Hall | 2.00 | 35.00 | 70.00 | |
| **Total Labor** | | | | **$9,543.75** |

**Other Expenses**
| | | | | |
|---|---|---|---|---|
| Copies | | | $147.25 | |
| **Total Other Expenses** | | | | **$147.25** |
| | | **September Amount Due** | | **$9,691.00** |
| | | **Total Amount Past Due** | | **$8,809.07** |
| | | **Total Amount Due** | | **$18,500.07** |
| | | **Due Date: Upon Receipt** | | |

**Note:  For September**
See Following Page

RRC, Inc.
3833 Texas Avenue, Suite 285
Bryan, Texas 77802-4039
Tax ID No. 74-1907316

Invoice No. 5
October 2003

*Brownsville ISD*

| Labor | Hours | Rate | Amount | Total |
|-------|-------|------|--------|-------|
| House | 3.00 | $375.00 | $1,125.00 | |
| Buenger | 11.50 | 175.00 | 2,012.50 | |
| Franer | 0.75 | 40.00 | 30.00 | |
| **Total Labor** | | | | **$3,167.50** |

**Other Expenses**

| | | |
|---|---|---|
| Copies | $454.65 | |
| Postage & Shipping | 114.40 | |
| Travel (Automobile) | 87.00 | |
| Travel ( Lodging) | 255.58 | |
| Telephone | 0.50 | |
| **Total Other Expenses** | | **$912.13** |

| | |
|---|---|
| October Amount Due | $4,079.63 |
| Total Amount Past Due | $18,500.07 |
| Total Amount Due | $22,579.70 |
| Due Date: Upon Receipt | |

**Note: For October
See Following Pages**

RRC, Inc.
3833 Texas Avenue, Suite 285
Bryan, Texas 77802-4039
Tax ID No. 74-1907316

Invoice No. 6
November 2003

*Brownsville ISD*

| Labor | Hours | Rate | Amount | Total |
|-------|-------|------|--------|-------|
| Franer | 1.25 | $40.00 | $50.00 | |
| | | | | |
| **Total Labor** | | | | **$50.00** |

**Other Expenses**

| | | |
|---|---|---|
| Copies | $49.25 | |
| Postage & Shipping | 17.32 | |
| Travel (Automobile) | 2.52 | |
| Telephone | 0.37 | |
| **Total Other Expenses** | | **$69.46** |
| **November Amount Due** | | **$119.46** |
| **Total Amount Past Due** | | **$22,579.70** |
| **Total Amount Due** | | **$22,699.16** |
| **Due Date: Upon Receipt** | | |

**Note:  For November**
Marilyn Franer reassembled available materials.