IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DINO X. CHAVEZ | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. B-02-128 |
| BROWNSVILLE INDEPENDENT | § | JURY REQUESTED |
| SCHOOL DISTRICT AND | § | |
| NOE SAUCEDA | § | |
| | § | |
| VS. | § | |
| | § | |
| AMERICAN FAMILY LIFE INSURANCE | § | |
| COMPANY OF COLUMBUS (AFLAC) | § | |

## CERTIFICATION IN SUPPORT OF DEFENDANT
## NOE SAUCEDA'S BILL OF COSTS

Eileen M. Leeds, being duly sworn, deposes and says:

1. I am an attorney at law admitted to practice in the United States District Court for the Southern District of Texas in this matter and I am a member of the firm Willette & Guerra, L.L.P.

2. Our firm has been retained by Texas Association of School Boards to represent Noe Sauceda in the above-captioned matter.

3. On January 7, 2004, pursuant to Federal Rule of Civil Procedure 56, this Court entered judgment against Plaintiff, Dino Chavez.

4. The reasonable costs and expenses incurred by Texas Association of School Boards through Willette & Guerra, L.L.P. in the defense of Plaintiff's claims are set forth in the attached Bill of Costs, which includes true and correct copies of the appropriate invoices, bills, checks, check

02-156 CHAVEZ: billofcosts
PAGE 1

stubs or other accounting documents necessary to substantiate the Bill of Costs.

5. Insofar as the costs and expenses incurred by Texas Association of School Boards in defending the Plaintiff's claims are reasonable, this Court should tax costs against Plaintiff pursuant to Federal Rule of Civil Procedure 54(d) and 28 U.S.C. § 1920.

6. I declare under penalty of perjury that the costs in the attached Bill of Costs are correct and were necessarily incurred in this action and the services for which expenses have been charged were actually and necessarily performed.

Respectfully submitted,

Willette & Guerra, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
Eileen M. Leeds
State Bar No. 00791093
USDC Adm. No. 16799

**ATTORNEYS FOR DEFENDANT NOE SAUCEDA**

02-156 CHAVEZ: billofcosts
PAGE 2

## CERTIFICATE OF SERVICE

I hereby certify that on this the 20th day of January, 2004, a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record as noted hereunder.

Mr. J. Arnold Aguilar
Law Offices of J. Arnold Aguilar
Artemis Square, Ste. H-2
1200 Central Blvd.
Brownsville, Texas 78520

Ms. Elizabeth G. Neally
Roerig, Oliveira, & Fisher, L.L.P.
855 W. Price Road, Ste. 9
Brownsville, Texas 78520

Mr. William B. Steele, III
Locke, Liddell & Sapp, L.L.P.
100 Congress Ave., Suite 300
Austin, Texas 78701

_____
Eileen M. Leeds

BILL OF COSTS

| Date | Deposition Transcripts | Amount | Company |
|---|---|---|---|
| 02/27/03 | Stephen Andrus | $355.75 | Hill & Romero Certified Court Reporters |
| 03/04/03 | Dino Chavez | $576.50 | Hill & Romero Certified Court Reporters |
| 5/22/03 | Mitchell Levine | $325.50 | Acu Scribe Court Reporters |
| 5/22/03 | Frank D. Lafemina - Vol. 1 | $201.35 | Acu Scribe Court Reporters |
| 6/17/03 | Noe Sauceda | $418.50 | Hill & Romero Certified Court Reporters |
| 8/21/03 | Frank D. Lafemina - Vol. 2 | $346.00 | Acu Scribe Court Reporters |
| 9/05/03 | Stephen M. Horner | $478.75 | Hill & Romero Certified Court Reporters |
| 9/23/03 | Donald House | $551.80 | DSI Reporting, Inc. |
| 9/30/03 | Lynn G. Branson | $349.55 | Acu Scribe Court Reporters |

| Date | Copies | Amount | Company |
|---|---|---|---|
| 7/10/03 | 11/13/01 & 11/20/1 Public Audience Excerpts (½ shared expense) | $128.00 | Judith G. Hennigh, C.S.R. |

| Date | Mediation | Amount | Company |
|---|---|---|---|
| 12/15/03 | Mediation Expenses (1/3 shared expense) | $110.65 | Akin Gump Strauss Hauer & Feld LLP |

| Grand Total | $3,842.35 |
|---|---|

| | **Total Bill of Costs** | |
|---|---|---|
| 1 | Fees of Court Reporter for all or any part of the transcripts necessarily obtained for use in the case | $3,603.70 |
| 2 | Fees for exemplification and copies of papers necessarily obtained for use in the case | $128.00 |
| 3 | Other Costs | $110.65 |
| | **Grand Total** | **$3,842.35** |



# Hill & Romero
### Certified Court Reporters

5415 North McColl, Suite 107, McAllen, Texas 78504
Phone: (956) 994-8898     Toll Free: (800) 218-6286
Fax: (956) 994-9992       E-mail: hillandromero@aol.com

Eileen M. Leeds
Willette & Guerra, L. L. P.
3505 Boca Chica Boulevard
Brownsville, TX 78521

**INVOICE NO. :** 516
**INVOICE DATE:** 3/11/2003
**REPORTER:** Lou Zuniga

B-02-128

**ID#** 74-2935776

DEPO OF: STEPHEN ANDRUS: 02/27/03
Dino X. Chavez vs. Brownsville, et.al.

| Date | Description | |
|---|---|---|
| 3/11/2003 | Copy of Deposition | |
| 3/11/2003 | Exhibits (black & white) | |
| 3/11/2003 | Condensed Transcript | |
| 3/11/2003 | E-Transcript Diskette | |
| | **Sub Total** | 355.75 |
| | **Paid** | 0.00 |
| | **Balance Due** | 355.75 |

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**



RECEIVED
MAR 13 2003
02-156

# Hill & Romero
### Certified Court Reporters

5415 North McColl, Suite 107, McAllen, Texas 78504
Phone: (956) 994-8898     Toll Free: (800) 218-6286
Fax: (956) 994-9992     E-mail: hillandromero@aol.com

| | |
|---|---|
| Eileen M. Leeds | **INVOICE NO. :** 512 |
| Willette & Guerra, L. L. P. | **INVOICE DATE:** 3/11/2003 |
| 3505 Boca Chica Boulevard | **REPORTER:** |
| Brownsville, TX 78521 | Lou Zuniga |

B-02-128

DEPO OF: DINO X. CHAVEZ: 03/04/03
Dino X. Chavez vs. Brownsville, et.al.

**ID#** 74-2935776

| Date | Description | |
|---|---|---|
| 3/11/2003 | Copy of Deposition | |
| 3/11/2003 | Processing | |
| 3/11/2003 | Exhibits (black & white) | |
| 3/11/2003 | Condensed Transcript | |
| 3/11/2003 | E-Transcript Diskette | |
| | **Sub Total** | 315.00 |
| | **Paid** | 0.00 |
| | **Balance Due** | 315.00 |

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**



RECEIVED MAR 13 2003
02-156



# Hill & Romero
## Certified Court Reporters

5415 North McColl, Suite 107, McAllen, Texas 78504
Phone: (956) 994-8898     Toll Free: (800) 218-6286
Fax: (956) 994-9992       E-mail: hillandromero@aol.com

Eileen M. Leeds
Willette & Guerra, L. L. P.
3505 Boca Chica Boulevard
Brownsville, TX 78521

INVOICE NO. :    703
INVOICE DATE:    3/31/2003
REPORTER:
Lou Zuniga

B-02-128

ID#  74-2935776

DEPO OF:DINO X. CHAVEZ:03/04/03
Dino X. Chavez vs. Brownsville I.S.D.

| Date | Description |
|---|---|
| 3/31/2003 | Copy of Deposition |
| 3/31/2003 | Processing |
| 3/31/2003 | Exhibits (black & white) |
| 3/31/2003 | Condensed Transcript |
| 3/31/2003 | E-Transcript Diskette |

|  |  |
|---|---|
| Sub Total | 261.50 |
| Paid | 0.00 |
| Balance Due | 261.50 |

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**


02-156

*AcuScribe Court Reporters*
*750 Norwood Tower*
*114 West 7th Street*
*Austin, Texas 78701*
*(512)499-0277 / (800)497-0277*
*acuscribe.com*



MS. MELANIE MOORE
WILLETTE & GUERRA, L.L.P.
3505 BOCA CHICA BOULEVARD
INTERNATIONAL PLAZA, SUITE 460
BROWNSVILLE, TEXAS  78521

June 27, 2003

**Invoice#** 03-01085

**Balance:**     $527.15

**Re:** DINO X. CHAVEZ VS. BROWNSVILLE ISD,
ET AL
on 05/22/03 by GERRI C. BARKER, CSR

## *Invoicing Information*

Charge Description
ONE COPY OF THE ORAL VIDEOTAPED DEPOSITION OF
RON MITCHELL LEVINE                              $325.80

ONE COPY OF THE ORAL VIDEOTAPED DEPOSITION OF
FRANK D. LAFEMINA                                $201.35


    WE APPRECIATE YOUR BUSINESS!!!




        P l e a s e    R e m i t    - - - >   Total Due:    $527.15


*FEDERAL ID NO. 74-2717140*
*Due & payable in Austin, Texas, in Travis County.*

# Hill & Romero
## Certified Court Reporters

5415 North McColl, Suite 107, McAllen, Texas 78504
Phone: (956) 994-8898  Toll Free: (800) 218-6286
Fax: (956) 994-9992  E-mail: hillandromero@aol.com

RECEIVED
JUL -
02-117

Eileen M. Leeds
Willette & Guerra, L. L. P.
3505 Boca Chica Boulevard
Brownsville, TX 78521

INVOICE NO.: 1361
INVOICE DATE: 6/30/2003
REPORTER: Lou Zuniga

B-02-143

ID# 74-2935776

DEPO OF: NOE SAUCEDA: 06/17/03
Stephen M. Andrus vs. Dino Chavez vs. Br

| Date | Description |
|---|---|
| 6/30/2003 | Copy of Deposition |
| 6/30/2003 | Processing |
| 6/30/2003 | Exhibits (black & white) |
| 6/30/2003 | Condensed Transcript |
| 6/30/2003 | E-Transcript Diskette |

|  |  |
|---|---|
| Sub Total | 418.50 |
| Paid | 0.00 |
| Balance Due | 418.50 |

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**

# AcuScribe Court Reporters

*750 Norwood Tower*
*114 West 7th Street*
*Austin, Texas  78701*
*(512)499-0277 / (800)497-0277*
*acuscribe.com*

MS. EILEEN LEEDS
WILLETTE & GUERRA, L.L.P.
3505 BOCA CHICA BOULEVARD
INTERNATIONAL PLAZA, SUITE 460
BROWNSVILLE, TEXAS  78521

September 19, 2003

**Invoice#** 03-01739

**Balance:**      $346.00

**Re:** DINO X. CHAVEZ VS. BROWNSVILLE ISD, ET AL
   on 08/21/03 by GERRI C. BARKER, CSR

## *Invoicing Information*

Charge Description
ONE COPY OF THE ORAL VIDEOTAPED DEPOSITION OF
FRANK D. LAFEMINA, VOLUME 2          $346.00

WE APPRECIATE YOUR BUSINESS!!!

P l e a s e    R e m i t   - - - >  Total Due:    $346.00

*FEDERAL ID NO. 74-2717140*
*Due & payable in Austin, Texas, Travis County.*



RECEIVED SEP 23 2003
02156



# Hill & Romero
### Certified Court Reporters
10125 N. 10th, Suite B, McAllen, Texas 78504
Phone: (956) 287-8898  Toll Free: (800) 218-6286
Fax: (956) 287-2279  E-mail: hillandromero@aol.com

**RECEIVED SEP 22 2003**

Eileen M. Leeds
Willette & Guerra, L. L. P.
3505 Boca Chica Boulevard
Brownsville, TX 78521

B-02-128

DEPO OF: STEPHEN M. HORNER: 09/05/03
Dino X. Chavez vs. Brownsville ISD

INVOICE NO.: 2078
INVOICE DATE: 9/18/2003
REPORTER: Lou Zuniga

ID# 74-2935776

| Date | Description |
|---|---|
| 9/18/2003 | Copy of Deposition |
| 9/18/2003 | Processing |
| 9/18/2003 | Exhibits (black & white) |
| 9/18/2003 | Condensed Transcript |
| 9/18/2003 | E-Transcript Diskette |

|  |  |
|---|---|
| Sub Total | 478.75 |
| Paid | 0.00 |
| Balance Due | 478.75 |

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**

DSI Reporting Services, Inc.
701 N. Post Oak Road, Suite 425
Houston, TX 77024
(713) 554-0080   Fax (713) 554-0085

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 11397 | 10/28/2003 | 01-1788 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 09/23/2003 | PENAJE | C.A. NO. B-02- |

**CASE CAPTION**

Dino Chavez Vs. Brownsville Independent School District,

**TERMS**

Due upon receipt

Ms. Eileen Leeds
Willette & Guerra, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, TX 78521

02-156

TRANSCRIPT COPY FOR THE DEPOSITION OF:
Donald House                                      551.80

                              TOTAL   DUE  >>>>    551.80

TAX ID NO.: 22-3881287                              (956) 541-1846

*Please detach bottom portion and return with payment.*

Ms. Eileen Leeds
Willette & Guerra, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, TX 78521

Invoice No.: 11397
Date       : 10/28/2003
**TOTAL DUE** :    551.80

Job No.  : 01-1788
Case No. : C.A. NO. B-02-128
Dino Chavez Vs. Brownsville Independ

Remit To: DSI Reporting Services, Inc.
701 N. Post Oak Road, Suite 425
Houston, TX 77024

# AcuScribe Court Reporters

*750 Norwood Tower*
*114 West 7th Street*
*Austin, Texas   78701*
*(512)499-0277 / (800)497-0277*
*acuscribe.com*



OCT 30 2003

02-156

MS. EILEEN LEEDS
WILLETTE & GUERRA, L.L.P.
3505 BOCA CHICA BOULEVARD
INTERNATIONAL PLAZA, SUITE 460
BROWNSVILLE, TEXAS   78521

October 28, 2003

**Invoice#** 03-02123

**Balance:**     $349.55

**Re:** CHAVEZ VS. BROWNSVILLE ISD, ET AL
on 09/30/30 by GERRI C. BARKER, CSR

## *Invoicing Information*

Charge Description
ONE COPY OF THE ORAL DEPOSITION OF
LYNN GEORGE BARNSON          $349.55

WE APPRECIATE YOUR BUSINESS!!!

P l e a s e   R e m i t   - - - >   Total Due:    $349.55

*FEDERAL ID NO. 74-2717140*
Due & payable in Austin, Texas, Travis County.

## ROERIG, OLIVEIRA & FISHER, L.L.P.
### ATTORNEYS AT LAW

Jeffrey D. Roerig+•
Rene O. Oliveira
W. Michael Fisher
Ricardo Morado
Crisanta Guerra Lozano
Elizabeth G. Neally
Victor V. Vicinaiz•†
David G. Oliveira

Cameron County Office
855 West Price Road - Suite 9
Brownsville, Texas 78520-8786
Tel. 956 542-5666   Fax 956 542-0016

*Hidalgo County Office
506 East Dove
McAllen, Texas 78504
Tel. 956 631-8049   Fax 956 631-8141

Adolph Guerra, Jr.†
D. Alan Erwin, Jr.
Michael A. Zanca*
D. Wilkes Alexander, A.I.A.
Rosemary Conrad-Sandoval*
Lucila Alvarado*
Jesus Quezada, Jr.
Adrian R. Martinez*
Liza M. Vasquez*

†Board Certified -
   Personal Injury Trial Law
   Texas Board of Legal Specialization

•Board Certified -
   Civil Trial Law
   Texas Board of Legal Specialization

May 19, 2003

File No.:23,028

Ms. Eileen Leeds
**Willette & Guerra**
3505 Boca Chica Boulevard, Suite 460
Brownsville, Texas 78521

   Re:   <u>Dino Chavez v. Brownsville Independent School District, Noe Sauceda, and Randy Dunn, Marilyn Del Bosque-Gilbert and Hugh Emerson, Jr. in their official capacities as Board Members of Brownsville I.S.D.</u>
         U.S. District Court, Southern District at Brownsville, Texas
         Cause No. B-02-128

Dear Ms. Leeds:

Enclosed please find Invoice No. 1021 in the amount of $256 from Judith G. Hennigh, C.S.R. This is for the public audience transcribing of the November 13 & 20, 2001 Board meetings. Please place $128 in line for payment to the following:

>   Judith G. Hennigh, C.S.R
>   1505 Debby Lane
>   Mission, Texas 78572
>   IRS # 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

Should you have any questions, please do not hesitate to contact the undersigned. Thank you for your considerations.

                         Sincerely,

                         ROERIG, OLIVEIRA & FISHER, LLP

                         Elizabeth G. Neally

EGN:mel
Enclosure

**JUDITH G. HENNIGH, C.S.R.**
**1505 DEBBY LANE**
**MISSION, TEXAS 78572**

*I N V O I C E*

**INV. # 1021**
**DATE 5**/15/03

**TO:**  ELIZABETH G. NEALLY
ROERIG, OLIVEIRA & FISHER
855 WEST PRICE ROAD
BROWNSVILLE, TEXAS 78520

**RE:**  BROWNSVILLE ISD MEETING
PUBLIC AUDIENCE EXCERPTS

========================================================================

| | | | |
|---|---|---|---|
| 11/13/01 | PUBLIC AUDIENCE EXCERPT | 35 PGS @ 5.00 | $ 175.00 |
| 11/20/01 | PUBLIC AUDIENCE EXCERPT | 14 PGS @ 5.00 | 70.00 |

DELIVERY FEE                                                                    11.00

                                                           TOTAL    $  256.00

THANKS!!!

# AKIN GUMP
# STRAUSS HAUER & FELD LLP

Attorneys at Law

JOSEPH H. HART
512.499.6220/fax: 512.499.6290
jhart@akingump.com

# INVOICE

Ms Eileen Leeds  
WILLETTE & GUERRA, L.L.P.  
3505 Boca Chica Boulevard, Suite 460  
Brownsville, Texas 78521

Client/Matter No. 680131.0001  
Date of Invoice: 12/15/03  
Tax ID No. 75-1338644

Re:   Civil Action No. B-02-128; *Dino Chavez v. The Brownsville Independent School District, et al.*; in the United States District Court for the Southern District of Texas, Brownsville Division

| | |
|---|---:|
| For mediation services conducted on 12/15/03 | $675.00 |
| PAYMENT – THANK YOU! | (675.00) |

Expenses:

| | |
|---|---|
| Airline Ticket | $221.00 |
| Airport Parking | $ 25.98 |
| Rental Car | $129.53 |
| Hotel Accommodations | $237.30 |
| Meals | $ 50.10 |

| | |
|---|---:|
| Total Expenses (1/3 per side) | $110.65 |
| **AMOUNT DUE** | $110.65 |