IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DINO X. CHAVEZ | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, NOE SAUCEDA, | § | B - 02 - 128 |
| and RANDY DUNN, MARILYN DEL | § | |
| BOSQUE-GILBERT and HUGH EMERSON, | § | |
| JR., in their official capacities as Board | § | |
| Members of Brownsville Independent | § | |
| School District | § | |

## OBJECTION TO DEFENDANT SAUCEDA'S ALLOWANCE OF BILL OF COSTS

TO THE HONORABLE U. S. DISTRICT CLERK:

COMES NOW **DINO X. CHAVEZ**, Plaintiff herein, and files this his Objection to Defendant Noe Sauceda's proposed Bill of Costs, and for such objection would respectfully show unto the Court the following:

Plaintiff objects to the entirety of Defendant Sauceda's Bill of Costs, on the basis that such Bill of Costs has not been verified, as required by 28 U.S.C. §1924. That section provides that

> [b]efore any bill of costs is taxed, the party claiming any item of costs or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed.

Although Defendant submits a "certification" in support of his Bill of Costs, that certification does not verify that the signatory has "knowledge of the facts, that such item[s are] correct and [have] been necessarily incurred in [this] case and that the services for which fees have been charged were actually and necessarily performed." The certification was also not verified before a notary public. Accordingly, this "certification" is improper to establish entitlement to recovery of costs herein, and the Bill of Costs should be rejected by the Clerk.

In the event that the Defendant's proposed Bill of Costs is to be considered by the Clerk, Plaintiff would further object to those specific costs as follows:

1. **Fees of Court Reporter**

Plaintiff objects to the expense of $355.75 attributed to the deposition of Stephen Andrus, because that deposition was related to a separate lawsuit, *Stephen Andrus, et al. vs. BISD, et al.*, Civil Action No. B-02-143, and is not properly attributable to this lawsuit.

2. **Fees for Exemplification and Copies of Papers**

Defendant Sauceda submits a fee of $128.00, which was 1/2 of the expense for transcribing Public Audience Excerpts of meetings held on November 13 and 20, 2001. That entire invoice was previously submitted by Defendant BISD for reimbursement herein, however, and Defendant Sauceda's request for reimbursement of this amount would result in double payment for the same invoice.

3.  **Other Expenses (Mediation Expenses)**

Defendant Sauceda seeks recovery of $110.65 for his expenses incurred relating to mediation of this lawsuit. Such expenses are not allowed as taxation of costs pursuant to 28 U.S.C. §1920, however. Without providing any basis for authorization of such expenses, those expenses are not allowed herein.

Upon review of this matter, Plaintiff **DINO X. CHAVEZ** would respectfully request that the Clerk reject the entirety of Defendant Sauceda's proposed Bill of Costs, or in the alternative, that the Clerk authorize no more than $3,247.95, after consideration of those items not properly recoverable by Defendant herein.

Signed on this the 26th day of January, 2004.

Respectfully submitted,

**LAW OFFICE
J. ARNOLD AGUILAR**
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520
Telephone    : (956) 504-1100
Facsimile    : (956) 504-1408

By: _____
J. Arnold Aguilar
State Bar No. 00936270
Federal Adm. No. 6822

Attorney for Plaintiff,
DINO X. CHAVEZ

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing **OBJECTION TO DEFENDANT SAUCEDA'S ALLOWANCE OF BILL OF COSTS** has on this the 26th day of January, 2004, been forwarded via certified mail, return receipt requested to:

Ms. Eileen M. Leeds
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, TX 78521


Ms. Elizabeth G. Neally
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Rd., Suite 9
Brownsville, TX 78520


Mr. William B. Steele, III
LOCKE, LIDDELL & SAPP, L.L.P.
100 Congress Avenue, Suite 300
Austin, TX 78701

_____
J. Arnold Aguilar