United States District Court
Southern District of Texas
FILED

FEB 0 3 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DINO CHAVEZ | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-02-128 |
| | § | |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, NOE SAUCEDA | § | |
| --------------------------------------------------------§ | | |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, | § | |
|     Third-Party Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| AMERICAN FAMILY LIFE INSURANCE | § | |
| COMPANY OF COLUMBUS (AFLAC), | § | |
|     Third-Party Defendant. | § | |
| | § | |

**DEFENDANT BROWNSVILLE INDEPENDENT SCHOOL DISTRICT'S
REPLY TO PLAINTIFF'S RESPONSE TO REQUEST FOR COURT COSTS**

TO THE HONORABLE JUDGE OF SAID COURT:

**COME NOW BROWNSVILLE INDEPENDENT SCHOOL DISTRICT,** one of the

Defendants in the above-styled and numbered cause, and files this its Reply to Plaintiff's Response

to Request for Court Costs. Pursuant to Rules of Civil Procedure, Rule 54, Local Rule 54.2 and

28 USC Section 1920 and would show the Court the following:

## I.

In response to Plaintiff's Objections to Defendant BISD's Bill of Costs, Defendant would show that 28 U.S.C. Section 1924 does not require that the affidavit of the verifying attorney be notarized. As an officer of the Court, such notarization should not be necessary. However, Defendant attaches as Exhibit "A" her revised certified affidavit thus remedying Plaintiff's objections.

## II.

1. Plaintiff's initial objection is as to the Fees to the Clerk in paragraph 1 of his Objections. This filing fee was for the removal of this cause to Federal Court from the 404th District Court of the State of Texas. Clearly this charge was related to the defense of this cause and should be allowed. See Exhibit "B".

2. Defendant would show in response to Paragraph labeled 2. Fees of Court Reporter in Plaintiff's Objections, that the depositions of Joe Colunga, Herman Otis Powers, Jr. and Kenneth J. Lieck were used in the preparation of the Defendant's Motion for Summary Judgement. In the deposition notices by Mr. Aguilar, the depositions of Joe Colunga, Herman Otis Powers and Ken Leick, were noticed in both the *Chavez* case and in a sister case, by Mr. Chavez' business partners against the same Defendants *Andrus et al. v. Brownsville Independent School District et al.,* Cause No. B-02-143 in the United States District Court for the Southern District of Texas, Brownsville Division. See Exhibit "C". It was an agreement by the parties that the depositions, unless otherwise noted, would be used interchangeably by the parties. Therefore, reimbursement for these expenses in the amount of $199.25 for Mr. Colunga, $398.75 for Mr. Powers and $389.75 for Mr. Leick is proper. Defendant would further show that Stephen Andrus is the

business partner of Dino X. Chavez and as such his testimony was used by Defendants in determining Plaintiff's lost wage claim. Should Defendants be allowed court costs in the *Andrus* case, at that time a request for reimbursement of costs already awarded by this Court would be duplicitous and would be improper.

In Paragraph 3. Fees of Copies in Plaintiff's Objections, he objects to request for reimbursement of copies. Defendant would show that charge for the Internal Revenue Service was actually $92.00 and as was noted on the invoice and request a charge for copies of Mr. Chavez's income tax records for 1997, 1998, 1999 and 2000. This was in response to Plaintiff's request for $5 million in damages and is clearly related to the defense of this case.

The copies that were made by Kinko's for $80.67 on May 22, 2003 and May 28, 2003 in the amount of $260.94 were for production of documents in response to Plaintiff's Requests for Production. The copies for ALLEGRA Print and Imaging for $337.74 were for production of documents in response to Plaintiff's Requests for Production. These documents were copied for co-counsel and opposing counsel for discovery purposes and as such should be allowed.

Defendant would further show in response to Paragraph 4 of Plaintiff's Objections that Federal Rule 26 (B)(4)C authorizes reimbursement for expert expenses incurred in providing discovery responses. The expenses of Don House, who resides in College Station, Texas, were for his attendance at a deposition noticed by Plaintiff in Austin, Texas and for preparing his deposition and report in order to respond to discovery propounded by Plaintiff and as such are authorized as court costs. See deposition notice for Donald House, Exhibit "C". See F.R.C.P. Rule 26 (b)(4)C and *Keeton v. Wal-Mart Stores, Inc.* 21 F.Sup.2d 653, 662, fn 16 (D.C. E.D. Beaumont 1998).

**WHEREFORE, PREMISES CONSIDERED**, Defendant BROWNSVILLE INDEPENDENT SCHOOL DISTRICT. prays that Leave be granted by the Court for the filing of this additional authority and that Plaintiff's suit be dismissed at Plaintiffs' cost, for costs of Court, and for such other and further relief to which these Defendants may be entitled, either at law or in equity.

Respectfully submitted,

**ROERIG, OLIVEIRA, & FISHER, L.L.P.**
855 W. Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

**Counsel For Brownsville Independent School District,**

By: _____
    Elizabeth G. NEALLY
    State of Texas Bar No. 14840400
    Federal Bar No. 8044

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing Defendant Brownsville Independent School District's REPLY TO PLAINTIFF'S RESPONSE TO REQUEST FOR COURT COSTS, has been served on counsel of record, on this ___3___ day of February, 2004, as follows:

J. Arnold Aguilar
**Law Offices of J. Arnold Aguilar**
Artemis Square, Suite H-2,
1200 Central Boulevard
Brownsville, Texas 78520
[Via Hand-Delivery]

Eileen Leeds
**Willette & Guerra**
3505 Boca Chica Boulevard, Suite 460
Brownsville, Texas 78521
[Via Hand-Delivery]

Mr. William B. Steele, III
LOCKE, LIDDELL & SAPP
100 Congress Avenue, Suite 300
Austin, Texas 78701
[Via CMRRR: 7160 3901 9848 1267 9573]

Elizabeth G. Neally

Revised Certified Affidavit

# Exhibit "A"

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DINO CHAVEZ | § | |
| | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-02-128 |
| | § | |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, and NOE SAUCEDA, | § | |
| ---------------------------------------------------------§ | | |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, | § | |
|     Third-Party Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| AMERICAN FAMILY LIFE INSURANCE | § | |
| COMPANY OF COLUMBUS (AFLAC), | § | |
|     Third-Party Defendant. | § | |
| | § | |

FIRST AMENDED CERTIFICATION IN SUPPORT
OF DEFENDANT BROWNSVILLE INDEPENDENT SCHOOL DISTRICT'S
BILL OF COSTS

Elizabeth G. Neally, being duly sworn, deposes and says:

1.     I am an attorney at law admitted to practice in the United States District Court for the Southern District of Texas pro hac vice in this matter and I am a member of the firm of Roerig, Oliveira & Fisher, L.L.P.

2.     Our firm has been retained by Texas Association of School Boards to represent Brownsville Independent School District in the above-captioned matter.

3.     On January 7, 2004, pursuant to Federal Rule of Civil Procedure 56, this Court granted Defendant Brownsville Independent School District's Motion for Summary Judgment.

4.     The reasonable costs and expenses incurred by Defendant Brownsville Independent School District through Roerig, Oliveira & Fisher, L.L.P. in the defense of Plaintiff's claims are set forth in the attached Bill of Costs, which includes true and correct copies of the appropriate invoices, bills, checks, or other accounting documents necessary to substantiate the Bill of Costs.

5.     Insofar as the costs and expenses incurred by Defendant Brownsville Independent School District in defending against Plaintiff's claims are reasonable, this Court should tax costs against Plaintiff pursuant to Federal Rule of Civil Procedure 54(d) and 28 U.S.C. §1920.

6.     I declare under penalty of perjury that the costs in the attached Bill of Costs are correct and were necessarily incurred in this action and the services for which expenses have been charged were actually and necessarily performed.

7.     I have knowledge of the facts, that such items are correct and have been necessarily incurred in this case and that the services for which fees have been charged were actually necessarily performed.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 West Price Road, Suite 9
Brownsville, Texas 78520
(956) 542-5666
(956) 542-0016 Facsimile

Attorneys for Brownsville Independent School District

By_____
Elizabeth G. Neally
Texas Bar No. 14840400
Federal Bar No. 8044

**SWORN TO AND SUBSCRIBED** before me on this 2nd day of February, 2004, by

Elizabeth G. Neally to certify which witness my hand and seal of office.



VIRGINIA ESPINOSA
MY COMMISSION EXPIRES
February 10, 2004

NOTARY FOR THE STATE OF TEXAS

Removal Fees

Exhibit "B"

ROERIG, OLIVEIRA & FISHER, L.L.P.
ATTORNEYS AT LAW
855 West Price Road - Suite 9
Brownsville, Texas   78520-8786
Tel:  (956) 542-5666  Fax: (956) 542-0016
74-2245876

ACCOUNTING
COPY

                                                          Page: 1
Texas Association of School Boards                       07/16/02
Attn:   Marcy Barker               MATTER NO:   23028-000
7620 Guadalupe
P. O. Box 400
Austin  TX  78767-0400

Re:Dino Chavez vs. BISD, ETAL/EGN
EN

*Statement Through  6/30/02*

*Payments received after 07/16/02
are not included on this statement.*

```
                                                      Page: 3
        Texas Association of School Boards            07/16/02
                                        MATTER NO:    23028-000


      Re:Dino Chavez vs. BISD, ETAL/EGN
      EN


06/13/02 Certified Mail Charge                             4.17
06/13/02 U. S. District Clerk - removal fee - EGN
         Ck # 14099                                      150.00
06/17/02 Certified Mail Charge                             6.70
06/17/02 Certified Mail Charge                             6.24
06/17/02 Certified Mail Charge                             6.24
                                                      ----------
        TOTAL EXPENSES                                   181.69


                          TOTAL CURRENT SERVICES      1,477.69


                          BALANCE NOW DUE            $1,477.69
                                                    ==========
```

**Please return a copy of this statement or specify our**
**MATTER NUMBER with your payment.**



#14099    6/19/02    $150.00

Deposition Notices of:
Herman Otis Powers
Kenneth Lieck
Joe Colunga
Donald House

# EXHIBIT "C"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STEPHEN M. ANDRUS, FERNANDO | § | |
| DE PEÑA, VALENTIN PAZ and | § | |
| ANDRUS & PAZ, *a partnership* | § | |
| | § | CIVIL ACTION NO. |
| VS. | § | |
| | § | B - 02 - 143 |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, NOE SAUCEDA | § | |
| and EDDIE ERRISURIZ, JR. | § | |

| | | |
|---|---|---|
| DINO X. CHAVEZ | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, NOE SAUCEDA, | § | B - 02 - 128 |
| and RANDY DUNN, MARILYN DEL | § | |
| BOSQUE-GILBERT and HUGH EMERSON, | § | |
| JR., in their official capacities as Board | § | |
| Members of Brownsville Independent | § | |
| School District | § | |

**NOTICE OF INTENTION TO TAKE THE ORAL and VIDEOTAPED
DEPOSITION OF WITNESS HERMAN OTIS POWERS**

TO:    HERMAN OTIS POWERS,
        by and through attorney:

        Ms. Elizabeth G. Neally
        ROERIG, OLIVEIRA & FISHER, L.L.P.
        855 W. Price Rd., Suite 9
        Brownsville, TX 78520

V:\FP\DEPONTC\263-02.HOP                                              PAGE 1

PLEASE TAKE NOTICE that at **9:00 a.m. on Thursday, May 29, 2003**, and continuing thereafter from day to day until completed, STEPHEN M. ANDRUS, FERNANDO DE PEÑA, VALENTIN PAZ, ANDRUS & PAZ, *a partnership* and DINO X. CHAVEZ Plaintiffs, by and through their attorney of record, will take the oral deposition of **HERMAN OTIS POWERS**, pursuant to Rule 30(a)(1) of the Federal Rules of Civil Procedure, before a duly qualified court reporter as follows:

| | | |
|---|---|---|
| WITNESS | : | Herman Otis Powers |
| WHERE | : | Brownsville I.S.D. Administative Bldg.<br>Executive Board Room<br>1900 E. Price Road<br>Brownsville, TX 78521 |
| DATE/TIME | : | Thursday, May 29, 2003, at 9:00 a.m. |

You are invited to attend and examine the witness. The witness must appear at the time and place set in this notice to give testimony in the cause now pending before the Court and shall remain in attendance from day to day until such deposition is completed. The deposition, when taken, will be used as evidence at the trial of the above entitled and numbered cause of action.

Please also take notice that pursuant to Rule 30(b)(2), Federal Rules of Civil Procedure, the party taking the deposition intends to cause testimony and other available evidence at the deposition to be recorded by other than stenographic means namely videotaped recording.

. . . . . .

Signed on this the 16th day of May, 2003.

Respectfully submitted,

**LAW OFFICE**
**J. ARNOLD AGUILAR**
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520
Telephone  : (956) 504-1100
Facsimile   : (956) 504-1408

By:    *J. Arnold Aguilar*

J. Arnold Aguilar
State Bar No. 00936270
Federal Adm. No. 6822

Attorney for Plaintiffs,
STEPHEN M. ANDRUS, FERNANDO
DE PEÑA, VALENTIN PAZ,
ANDRUS & PAZ, *a partnership,*
and DINO X. CHAVEZ

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **NOTICE OF INTENTION TO TAKE THE ORAL and VIDEOTAPED DEPOSITION OF WITNESS HERMAN OTIS POWERS** has on this the 16th day of May, 2003, been faxed and forwarded via certified mail, return receipt requested:

Ms. Elizabeth G. Neally
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Rd., Suite 9
Brownsville, TX 78520

Ms. Eileen M. Leeds
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, TX 78521

Mr. William B. Steele, III
LOCKE, LIDDELL & SAPP, L.L.P.
100 Congress Avenue, Suite 300
Austin, TX 78701

Mr. Miguel A. Saldana
LAW OFFICE OF MIGUEL SALDANA
302 Kings Highway, Suite 109
Brownsville, TX 78521

J. Arnold Aguilar

V:\FP\DEPONTC\263-02.HOP

PAGE 4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DINO X. CHAVEZ | § | |
| | § | |
| VS.  . | § | |
| | § | CIVIL ACTION NO. |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, NOE SAUCEDA, | § | B - 02 - 128 |
| and RANDY DUNN, MARILYN DEL | § | |
| BOSQUE-GILBERT and HUGH EMERSON, | § | |
| JR., in their official capacities as Board | § | |
| Members of Brownsville Independent | § | |
| School District | § | |

| | | |
|---|---|---|
| STEPHEN M. ANDRUS, FERNANDO | § | |
| DE PEÑA, VALENTIN PAZ and | § | |
| ANDRUS & PAZ, *a partnership* | § | |
| | § | CIVIL ACTION NO. |
| VS. | § | |
| | § | B - 02 - 143 . |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, NOE SAUCEDA | § | |
| and EDDIE ERRISURIZ, JR. | § | |

## NOTICE OF INTENTION TO TAKE THE ORAL and VIDEOTAPED DEPOSITION OF WITNESS KENNETH LIECK

TO:   KENNETH LIECK
      1900 Price Road
      Brownsville, TX  78520

PLEASE TAKE NOTICE that at **10:00 a.m. on Tuesday, August 19, 2003**, and

continuing thereafter from day to day until completed, DINO X. CHAVEZ, STEPHEN M.

ANDRUS, FERNANDO DE PEÑA, VALENTIN PAZ and ANDRUS & PAZ, *a partnership*,

Plaintiffs, by and through their attorney of record, will take the oral deposition of **KENNETH**

**LIECK**, pursuant to Rule 30(a)(1) of the Federal Rules of Civil Procedure, before a duly

qualified court reporter as follows:

| | | |
|---|---|---|
| WITNESS | : | Kenneth Lieck |
| WHERE | : | RODRIGUEZ, COLVIN & CHANEY, L.L.P. |
| | : | 1201 E. Van Buren |
| | : | Brownsville, TX 78522-2155 |
| | : | (956) 542-7441 |
| DATE/TIME | : | Tuesday, August 19, 2003 at 10:00 a.m. |

You are invited to attend and examine the witness. The witness must appear at the time

and place set in this notice to give testimony in the cause now pending before the Court and shall

remain in attendance from day to day until such deposition is completed. The deposition, when

taken, will be used as evidence at the trial of the above entitled and numbered cause of action.

Please also take notice that pursuant to Rule 30(b)(2), Federal Rules of Civil Procedure,

the party taking the deposition intends to cause testimony and other available evidence at the

deposition to be recorded by other than stenographic means namely videotaped recording.

V:\FP\DEPONTC\258-02.KL                                                                 PAGE 2

Signed on this the 8th day of August, 2003.

Respectfully submitted,

**LAW OFFICE**
**J. ARNOLD AGUILAR**
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520
Telephone    :  (956) 504-1100
Facsimile    :  (956) 504-1408

By:  _____
     J. Arnold Aguilar
     State Bar No. 00936270
     Federal Adm. No. 6822

Attorney for Plaintiffs,
DINO X. CHAVEZ, STEPHEN M.
ANDRUS, FERNANDO DE PEÑA,
VALENTIN PAZ and ANDRUS &
PAZ, *a partnership*

V:\FP\DEPONTC\258-02.KL                              PAGE 3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **NOTICE OF INTENTION TO TAKE THE ORAL** and **VIDEOTAPED DEPOSITION OF WITNESS KENNETH LIECK** has on this the ___11th___ day of August, 2003, been faxed and forwarded via certified mail, return receipt requested:


Mr. Mitchell C. Chaney
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 E. Van Buren
P.O. Box 2155
Brownsville, TX 78522-2155


Mr. William B. Steele, III
LOCKE, LIDDELL & SAPP, L.L.P.
100 Congress Avenue, Suite 300
Austin, TX 78701


Ms. Elizabeth G. Neally
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Rd., Suite 9
Brownsville, TX 78520


Ms. Eileen M. Leeds
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, TX 78521


J. Arnold Aguilar


V:\FP\DEPONTC\258-02.KL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STEPHEN M. ANDRUS, FERNANDO | § | |
| DE PEÑA, VALENTIN PAZ and | § | |
| ANDRUS & PAZ, *a partnership* | § | |
| | § | CIVIL ACTION NO. |
| VS. | § | |
| | § | B - 02 - 143 |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, NOE SAUCEDA | § | |
| and EDDIE ERRISURIZ, JR. | § | |

---

| | | |
|---|---|---|
| DINO X. CHAVEZ | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, NOE SAUCEDA, | § | B - 02 - 128 |
| and RANDY DUNN, MARILYN DEL | § | |
| BOSQUE-GILBERT and HUGH EMERSON, | § | |
| JR., in their official capacities as Board | § | |
| Members of Brownsville Independent | § | |
| School District | § | |

**SECOND AMENDED NOTICE OF INTENTION TO TAKE THE ORAL & VIDEOTAPED
DEPOSITION OF WITNESS JOE COLUNGA**

TO:   JOE COLUNGA,
      by and through attorney:

      Ms. Elizabeth G. Neally
      ROERIG, OLIVEIRA & FISHER, L.L.P.
      855 W. Price Rd.; Suite 9
      Brownsville, TX 78520

V:\FP\DEPONTC\263-02.JC                                                    PAGE 1

JUL 3 0 2003

PLEASE TAKE NOTICE that at **9:00 a.m. on Wednesday, August 20, 2003**, and continuing thereafter from day to day until completed, STEPHEN M. ANDRUS, FERNANDO DE PEÑA, VALENTIN PAZ, ANDRUS & PAZ, *a partnership* and DINO X. CHAVEZ Plaintiffs, by and through their attorney of record, will take the oral deposition of **JOE COLUNGA**, pursuant to Rule 30(a)(1) of the Federal Rules of Civil Procedure, before a duly qualified court reporter as follows:

| | | |
|---|---|---|
| WITNESS | : | Joe Colunga |
| WHERE | : | Brownsville I.S.D. Administative Bldg.<br>Executive Board Room<br>1900 E. Price Road<br>Brownsville, TX 78521 |
| DATE/TIME | : | Wednesday, August 20, 2003, at 9:00 a.m. |

It is hereby requested that the witness appear at such time and place for the purpose of giving his respective deposition in this cause, which deposition shall be taken before a certified court reporter and may be used in evidence during the trial of said cause, and will continue from day to day until complete.

Please also take notice that pursuant to Rule 30(b)(2), Federal Rules of Civil Procedure, the party taking the deposition intends to cause testimony and other available evidence at the deposition to be recorded by other than stenographic means namely videotaped recording.

V:\FP\DEPONTC\263-02.JC                                                                    PAGE 2

Signed on this the 28th day of July, 2003.

Respectfully submitted,

**LAW OFFICE**
**J. ARNOLD AGUILAR**
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520
Telephone    :  (956) 504-1100
Facsimile    :  (956) 504-1408

By:

J. Arnold Aguilar
State Bar No. 00936270
Federal Adm. No. 6822

Attorney for Plaintiffs,
STEPHEN M. ANDRUS, FERNANDO
DE PEÑA, VALENTIN PAZ,
ANDRUS & PAZ, *a partnership,*
and DINO X. CHAVEZ

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **SECOND AMENDED NOTICE OF INTENTION TO TAKE THE ORAL and VIDEOTAPED DEPOSITION OF WITNESS JOE COLUNGA** has on this the 29th day of July, 2003, been forwarded via certified mail, return receipt requested:

Ms. Elizabeth G. Neally
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Rd., Suite 9
Brownsville, TX 78520

Ms. Eileen M. Leeds
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, TX 78521

Mr. William B. Steele, III
LOCKE, LIDDELL & SAPP, L.L.P.
100 Congress Avenue, Suite 300
Austin, TX 78701

Mr. Miguel A. Saldana
LAW OFFICE OF MIGUEL SALDANA
302 Kings Highway, Suite 109
Brownsville, TX 78521

J. Arnold Aguilar

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DINO X. CHAVEZ | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, NOE SAUCEDA, | § | B - 02 - 128 |
| and RANDY DUNN, MARILYN DEL | § | |
| BOSQUE-GILBERT and HUGH EMERSON, | § | |
| JR., in their official capacities as Board | § | |
| Members of Brownsville Independent | § | |
| School District | § | |

---

**NOTICE OF INTENTION TO TAKE THE ORAL and VIDEOTAPED
DEPOSITION OF DONALD HOUSE AND SUBPOENA DUCES TECUM**

---

TO:  AFLAC, DEFENDANT,
      by and through its attorney of record:

      Mr. William B. Steele, III
      LOCKE, LIDDELL & SAPP, L.L.P.
      100 Congress Avenue, Suite 300
      Austin, TX 78701

PLEASE TAKE NOTICE that at **8:00 a.m. on Tuesday, September 23, 2003**, and

continuing thereafter from day to day until completed, DINO X. CHAVEZ, Plaintiff, by and

through his attorney of record, will take the oral deposition of **DONALD HOUSE**, pursuant to

Rule 30(a)(1) of the Federal Rules of Civil Procedure, before a duly qualified court reporter as

follows:

V:\FP\DEPONTC\258-02.EXP                                                                                        PAGE 1

WITNESS      :      Donald House

WHERE        :      LOCKE, LIDDELL & SAPP, L.L.P.
             :      JP Morgan Chase Tower
             :      600 Travis, Suite 3400
             :      Houston, TX 77002

DATE/TIME :         Tuesday, September 23, 2003 at 8:00 a.m.


You are invited to attend and examine the witness. The witness must appear at the time and place set in this notice to give testimony in the cause now pending before the Court and shall remain in attendance from day to day until such deposition is completed. The deposition, when taken, will be used as evidence at the trial of the above entitled and numbered cause of action.


Pursuant to Rule 30(b)(1), said deponent is hereby requested to produce at or before the taking of the deposition, all of those items described in Exhibit "A" attached hereto.


Please also take notice that pursuant to Rule 30(b)(2), Federal Rules of Civil Procedure, the party taking the deposition intends to cause testimony and other available evidence at the deposition to be recorded by other than stenographic means namely videotaped recording.

Signed on this the 18th day of September, 2003.

Respectfully submitted,

**LAW OFFICE**
**J. ARNOLD AGUILAR**
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas  78520
Telephone    :  (956) 504-1100
Facsimile    :  (956) 504-1408

By: _____
      J. Arnold Aguilar
      State Bar No. 00936270
      Federal Adm. No. 6822

Attorney for Plaintiff,
DINO X. CHAVEZ

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **NOTICE OF INTENTION TO TAKE THE ORAL and VIDEOTAPED DEPOSITION OF DONALD HOUSE AND SUBPOENA DUCES TECUM** has on this the 18th day of September, 2003, been faxed and forwarded via certified mail, return receipt requested:

Mr. William B. Steele, III
LOCKE, LIDDELL & SAPP, L.L.P.
100 Congress Avenue, Suite 300
Austin, TX 78701

Ms. Elizabeth G. Neally
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Rd., Suite 9
Brownsville, TX 78520

Ms. Eileen M. Leeds
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, TX 78521

J. Arnold Aguilar

V:\FP\DEPONTC\258-02.EXP

PAGE 4

# EXHIBIT "A"

(1)    Any and all factual observations, tests, supporting data, calculations and opinions of the witness, recorded and reduced to tangible form, including but not limited to all notes, memoranda and test data prepared by the witness or under the supervision of the witness concerning any and all kind or manner of testing done by the witness in connection with the accident made the subject of this litigation and any attachments, exhibits or addenda thereto.

(2)    Any and all tangible reports, physical models, compilations of data and other materials prepared by the witness or for the witness, in any way concerning his opinions, conclusions or observations in this case, including any preliminary drafts.

(3)    Any and all videotapes, photographs, motion pictures, and other photographic reproductions prepared by the witness or for the witness in any way concerning his opinions, conclusions or observations in this case.

(4)    Any "physical model," specifically including any demonstrative device or devices relating to the accident made the subject of this lawsuit prepared by the witness or for the witness for the purpose of demonstrating the witness, opinions or conclusions, or any testimony by which the witness intends to give opinions and/or conclusions relevant to the allegations in this lawsuit.

(5)    Any and all reports, test results, data compilations, recommendations, or other studies relied upon by the witness in any way in formulating the opinions and/or conclusions of the witness, whether prepared by the witness or by a third party, and whether prepared in relation to this particular litigation or not.

(6)    Any and all notes, graphs, computer printouts or readouts, strip chart recordings or other recording or photographic reproductions of recordings which reflect the results of any testing done by the witness or under the supervision of the witness and relating in any way to testing or investigation done by the witness in connection with any litigation involving this lawsuit.

(7)    All memoranda, notes, correspondence, or other writing or documentation from the witness to any party in this case, or the party's attorneys, agents, or representatives, and all memoranda, notes, correspondence or other writing or documentation received by the witness from any party to this case, or the party's attorneys, agents, or representatives.

(8)    The entire file of this witness concerning the captioned matter, including but not limited to all notes, billing records, telephone records, calculations, memoranda, depositions, summaries, statements, transcripts, photographs, motion pictures or videotapes, invoices, statements, records, reference materials, or any other tangible items retained or reviewed by the witness in connection with this case.

(9)    All documents in the witness' possession, custody or control concerning other incidents or cases involving similar products or similar fact situations to the incident(s) made the basis of this lawsuit in which the witness has been or is now involved, in a consulting or testifying capacity.

(10)    Any computer simulations or printouts made in connection with this matter, including all input data, parameters and value work in the computer simulation.

(11)    A current resume or curriculum vitae concerning the witness;

(12)    All notes, reports, references, product literature or other written materials gathered or reviewed by the witness with respect to the product in question.

(13)    All technical papers, books, treatises, articles, or other written materials gathered or reviewed by the witness in connection with the above-styled and numbered cause.

(14)    All tests, treatises, brochures, manuals, or other writings of any kind whatsoever which were relied upon in any way by the witness in forming his opinions and conclusions, or as a support for his opinions and conclusions, or as grounds for his opinions and conclusions regarding this case

(15)    All technical articles, books, treatises or other such publications authorized or co-authorized by the witness. In lieu of the actual publications, Plaintiff would accept a complete listing of these requested materials.

(16)    All records of any kind whatsoever which would identify each lawsuit in which the witness has been consulted or in which he has testified by deposition or at trial. In lieu of actual records, Plaintiff would accept a listing which sets forth the style of each lawsuit, cause number and court in which each lawsuit was filed.

V:\FP\DEPONTC\258-02.EXP                                                          PAGE 6