

United States District Court
Southern District of Texas
FILED

FEB 0 3 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DINO X. CHAVEZ § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. |
| BROWNSVILLE INDEPENDENT § | |
| SCHOOL DISTRICT, NOE SAUCEDA, § | B - 02 - 128 |
| and RANDY DUNN, MARILYN DEL § | |
| BOSQUE-GILBERT and HUGH EMERSON, § | |
| JR., in their official capacities as Board § | |
| Members of Brownsville Independent § | |
| School District § | |

## NOTICE OF APPEAL

TO THE HONORABLE U.S. DISTRICT COURT:

COMES NOW Plaintiff **DINO X. CHAVEZ** and gives notice of his appeal of the Order entered on January 7, 2004, granting Defendants BISD's and Noe Sauceda's Motions for Summary Judgment, the Order entered on January 16, 2003, granting Defendants BISD's and Noe Sauceda's Motions to Dismiss Plaintiff's Fourteenth Amendment due process claims for failure to state a claim upon which relief can be granted, and the Order entered on October 1, 2003, denying Plaintiff's Motion for Reconsideration of Dismissal of Plaintiff's Due Process Claim, entered by the United States District Court for the Southern District of Texas, Brownsville Division. Plaintiff hereby appeals the court's orders to the United States Court of Appeals for the Fifth Circuit. The deadline for filing this notice of appeal is February 6, 2004.

Signed on this the 3rd day of February, 2004.

                Respectfully submitted,

                **LAW OFFICE**
                **J. ARNOLD AGUILAR**
                Artemis Square, Suite H-2
                1200 Central Boulevard
                Brownsville, Texas 78520
                Telephone   : (956) 504-1100
                Facsimile    : (956) 504-1408

By: _____
        J. Arnold Aguilar
        State Bar No. 00936270
        Federal Adm. No. 6822

Attorney for Plaintiff,
DINO X. CHAVEZ

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing **NOTICE OF APPEAL** has on this the 3rd day of February, 2004, been forwarded via certified mail, return receipt requested to:

Ms. Elizabeth G. Neally
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Rd., Suite 9
Brownsville, TX 78520

Ms. Eileen M. Leeds
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, TX 78521

Mr. William B. Steele, III
LOCKE, LIDDELL & SAPP, L.L.P.
100 Congress Avenue, Suite 300
Austin, TX 78701

_____
J. Arnold Aguilar