IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 5 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| DINO X. CHAVEZ § | |
| § | |
| v. § | |
| § | |
| BROWNSVILLE INDEPENDENT § | Civil Action No. B-02-128 |
| SCHOOL DISTRICT, NOE SAUCEDA § | |
| and RANDY DUNN, MARILYN DEL, § | |
| BOSQUE-GILBERT and HUGH EMERSON, § | |
| JR., in their official capacities as Board § | |
| Members of Brownsville Independent § | |
| School District § | |

**CERTIFICATION IN SUPPORT OF THIRD-PARTY
DEFENDANT AFLAC'S BILL OF COSTS**

William B. Steele III, being duly sworn, deposes and says:

1.  I am an attorney at law admitted to practice in the United States District Court for the Southern District of Texas, am a partner in the firm of Locke Liddell & Sapp LLP, and I am the attorney of record for the Third-Party Defendant American Family Life Assurance Company of Columbus ("AFLAC") in the above-captioned matter.

2.  On January 5, 2004, pursuant to Federal Rule of Civil Procedure 56, this Court entered judgment against Third-Party Plaintiff, Brownsville Independent School District, and, on January 7, 2004, also pursuant to Rule 56, entered judgment against Plaintiff Dino Chavez.

3.  The reasonable costs and expenses incurred by AFLAC in the defense of Third-Party Plaintiff's claims are set forth in the attached Bill of Costs, which includes true and correct copies of the appropriate invoices, bills, checks, check stubs or other accounting documents necessary to substantiate the Bill of Costs.

4.  Certain of the depositions for which AFLAC is entitled to recover its costs involved deponents who provided information relevant in both this matter and in the matter

**Certification in Support of Bill of Costs – Page 1**

styled *Stephen Andrus, et al v. BISD, et al*, Cause No. B-02-143, also pending in the U.S. District Court for the Southern District of Texas. The Parties to the *Chavez* matter stipulated that those depositions could be used in both cases. They are the depositions of Eduardo Errisuriz, Noe Sauceda, Leonel Lopez, Herman Otis Powers, and Joe Colunga. The Reporter's invoice refers to the *Andrus* case, but the costs for AFLAC are payable in the this, the *Chavez* case, as well.

5. Insofar as the costs and expenses incurred by AFLAC in defending the Third-Party Plaintiff's claims are reasonable, this Court should tax costs against Third-Party Plaintiff pursuant to Federal Rule of Civil Procedure 54(d) and 28 U.S.C. § 1920.

6. I have personal knowledge of the facts stated in this certification, and I certify that the facts stated above are true and correct, and that the items in the attached Bill of Costs are correct and were necessarily incurred in this action and the services for which expenses have been charged were actually and necessarily performed.

Respectfully submitted,

*/s/ William B. Steele III*
William B. Steele III, Attorney In Charge
So. Dist. No. 8019
State Bar No. 19107400
Of Counsel:
LOCKE LIDDELL & SAPP LLP
100 Congress Ave., Suite 300
Austin, Texas 78701
(512) 305-4700
(512) 305-4800 (Fax)

**ATTORNEYS FOR THIRD-PARTY
DEFENDANT AMERICAN FAMILY LIFE
ASSURANCE COMPANY OF COLUMBUS**

# VERIFICATION

THE STATE OF TEXAS           §
                             §
COUNTY OF TRAVIS             §

Before me, the undersigned authority personally appeared William B. Steele III who being by me duly sworn on oath, verified that all of the factual allegations in the foregoing Certification are within his personal knowledge and are true and correct.



_____
William B. Steele III

SWORN AND SUBSCRIBED to before me on this 4th day of February, 2004, to certify which witness my hand and official seal.

_____
Notary Public in and for the State of Texas

My Commission Expires:

_____

**Certification in Support of Bill of Costs – Page 3**

## CERTIFICATE OF SERVICE

     I hereby certify by my signature below that a true and correct copy of the above and foregoing has been served via first class U.S. mail, on this _____ day of February, 2004, to all counsel of record listed below:

J. Arnold Aguilar
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520

Elizabeth G. Neally
Roerig, Oliveira & Fisher, LLP
855 West Price Road, Suite 9
Brownsville, Texas 78550

Eileen Leeds
Willette & Guerra
3505 Boca Chica Boulevard.
Suite 460
Brownsville, Texas 78521

_____
William B. Steele III

☐ AO 133  (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

__Southern__ District of __Texas__

**Dino X. Chavez**

V.

**Brownsville I.S.D. and Noe Saucedo**

**BILL OF COSTS**

Case Number: **B-02-128**

Judgment having been entered in the above entitled action on __1/7/04__ against __Plaintiff__,
Date
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk .................................................................. | $_____ |
| Fees for service of summons and subpoena ........................................... | _____ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | **$5,578.00** |
| Fees and disbursements for printing ................................................ | _____ |
| Fees for witnesses (itemize on reverse side) ........................................ | _____ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ........... | _____ |
| Docket fees under 28 U.S.C. 1923 .................................................. | _____ |
| Costs as shown on Mandate of Court of Appeals ..................................... | _____ |
| Compensation of court-appointed experts ........................................... | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | _____ |
| Other costs (please itemize) ...................................................... | _____ |
| TOTAL | **$ $5,578.00** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: __All Counsel of Record__ .

Signature of Attorney: _____

Name of Attorney: __William B. Steele III__

For: __American Family Life Assurance Company of Colubus__  Date: __2/2/04__
Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

By: _____
Clerk of Court  Deputy Clerk  Date

## BILL OF COSTS

| Date | Deposition Transcript | Amount | Company |
|---|---|---|---|
| 3/4/03 | Dino X. Chavez (2 volumes) | $591.50 | Hill & Romero |
| 4/7/03 | Edurado Errisuriz, Jr. | $395.25 | Hill & Romero |
| 4/9/03 | Noe Saucedo | $344.25 | Hill & Romero |
| 5/20/03 | Dr. Leonel Lopez (Vol. 2) | $166.25 | Hill & Romero |
| 5/21/03 | Frank D. LaFemina | $171.35 | AcuScribe Court Reporters |
| 5/22/03 | Ron Levine | $295.80 | AcuScribe Court Reporters |
| 5/29/03 | Herman Otis Powers, Jr. | $399.75 | Hill & Romero |
| 6/17/03 | Noe Saucedo | $433.50 | Hill & Romero |
| 8/20/03 | Joe Colunga, III | $199.25 | Hill & Romero |
| 8/21/03 | Frank D. LaFemina (Vol. 2) | $306.00 | AcuScribe Court Reporters |
| 9/5/03 | Stephen M. Horner | $1,500.25 | Hill & Romero |
| 9/23/03 | Donald House | $549.30 | DSI Reporting Services, Inc. |
| 9/30/03 | Lynn George Barnson | $314.55 | AcuScribe Court Reporters |

**TOTAL**      **$5,578.00**

# Hill & Romero
## Certified Court Reporters

10125 N. 10th, Suite B, McAllen, Texas 78504
Phone: (956) 287-8898  Toll Free: (800) 218-6286
Fax: (956) 287-2279  E-mail: hillandromero@aol.com

| | |
|---|---|
| William B. Steele, III | **INVOICE NO. :** 704 |
| Locke, Liddell & Sapp | **INVOICE DATE:** 3/31/2003 |
| 100 Congress, Suite 300 | **REPORTER:** Lou Zuniga |
| Austin, TX 78701 | |
| B-02-128 | **ID#** 74-2935776 |

| Date | Description |
|---|---|
| 3/31/2003 | Copy of Deposition |
| 3/31/2003 | Processing |
| 3/31/2003 | Exhibits (black & white) |
| 3/31/2003 | Condensed Transcript |
| 3/31/2003 | E-Transcript Diskette |

| | |
|---|---:|
| **Sub Total** | 271.50 |
| **Paid** | 0.00 |
| **Balance Due** | 271.50 |

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**

# H&R   Hill & Romero
### Certified Court Reporters
10125 N. 10th, Suite B, McAllen, Texas 78504
Phone: (956) 287-8898  Toll Free: (800) 218-6286
Fax: (956) 287-2279  E-mail: hillandromero@aol.com

William B. Steele, III
Locke, Liddell & Sapp
100 Congress, Suite 300
Austin, TX 78701

INVOICE NO.: 513
INVOICE DATE: 3/11/2003
REPORTER: Lou Zuniga

B-02-128 Volume 1
DEPO OF: DINO X. CHAVEZ: 03/04/03
Dino X. Chavez vs. Brownsville, et.al.

ID# 74-2935776

| Date | Description |
|---|---|
| 3/11/2003 | Copy of Deposition |
| 3/11/2003 | Processing |
| 3/11/2003 | Exhibits (black & white) |
| 3/11/2003 | Condensed Transcript |
| 3/11/2003 | E-Transcript Diskette |

| | |
|---|---|
| Sub Total | 320.00 |
| Paid | 320.00 |
| Balance Due | 0.00 |

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**



# Hill & Romero
### Certified Court Reporters
10125 N. 10th, Suite B, McAllen, Texas 78504
Phone: (956) 287-8898  Toll Free: (800) 218-6286
Fax: (956) 287-2279  E-mail: hillandromero@aol.com

Valorie C. Glass
Atlas & Hall, L.L.P.
818 Pecan
P.O. Box 3725
McAllen, TX 78502
B-02-143
DEPO O~~[redacted]~~
Steph~~[redacted]~~

| | |
|---|---|
| INVOICE NO.: | 895 |
| INVOICE DATE: | 5/05/2003 |
| REPORTER: | Lou Zuniga |
| ID# | 74-2935776 |

| Date | Description |
|---|---|
| 5/05/2003 | Copy of Deposition |
| 5/05/2003 | Processing |
| 5/05/2003 | Exhibits (black & white) |
| 5/05/2003 | Condensed Transcript |
| 5/05/2003 | E-Transcript Diskette |

**PAST DUE**

| | |
|---|---|
| Sub Total | 395.25 |
| Paid | 0.00 |
| Balance Due | 395.25 |

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**

# Hill & Romero
### Certified Court Reporters
10125 N. 10th, Suite B, McAllen, Texas 78504
Phone: (956) 287-8898  Toll Free: (800) 218-6286
Fax: (956) 287-2279  E-mail: hillandromero@aol.com

William B. Steele, III
Locke, Liddell & Sapp
100 Congress, Suite 300
Austin, TX 78701

B-02-143

INVOICE NO.: 916
INVOICE DATE: 5/06/2003
REPORTER: Lou Zuniga

ID# 74-2935776

| Date | Description |
|---|---|
| 5/06/2003 | Copy of Deposition |
| 5/06/2003 | Processing |
| 5/06/2003 | Exhibits (black & white) |
| 5/06/2003 | Condensed Transcript |
| 5/06/2003 | E-Transcript Diskette |

|   |   |
|---|---:|
| Sub Total | 344.25 |
| Paid | 0.00 |
| Balance Due | 344.25 |

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**



# Hill & Romero
## Certified Court Reporters
10125 N. 10th, Suite B, McAllen, Texas 78504
Phone: (956) 287-8898  Toll Free: (800) 218-6286
Fax: (956) 287-2279  E-mail: hillandromero@aol.com

William B. Steele, III
Locke, Liddell & Sapp
100 Congress, Suite 300
Austin, TX 78701

INVOICE NO.:  1181
INVOICE DATE:  6/05/2003
REPORTER:
Lou Zuniga

B-02-143

ID#  74-2935776

DEPO OF [redacted]

| Date | Description |
|---|---|
| 6/05/2003 | Copy of Deposition |
| 6/05/2003 | Processing |
| 6/05/2003 | Exhibits (black & white) |
| 6/05/2003 | E-Transcript Diskette |
| 6/05/2003 | Condensed Transcript |

Sub Total   166.25
Paid   0.00
Balance Due   166.25

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**

## AcuScribe Court Reporters
*750 Norwood Tower*
*114 West 7th Street*
*Austin, Texas 78701*
*(512)499-0277 / (800)497-0277*
*acuscribe.com*

MR. WILLIAM B. STEELE III  
LOCKE LIDDELL & SAPP, L.L.P.  
100 CONGRESS AVENUE, SUITE 300  
AUSTIN, TEXAS 78701-4042

January 30, 2004

Invoice# 03-01086

Balance:        $.00

**Re:** DINO X. CHAVEZ VS. BROWNSVILLE ISD, ET AL  
on 05/22/03 by GERRI C. BARKER, CSR  
**Billed:** 06/19/03

## *Invoicing Information*

Charge Description
ONE COPY OF THE ORAL VIDEOTAPED DEPOSITION OF
RON MITCHELL LEVINE                        $295.80

ONE COPY OF THE ORAL VIDEOTAPED DEPOSITION OF
FRANK D. LAFEMINA                          $171.35

WE APPRECIATE YOUR BUSINESS!!!

```
                                        Sub Total:        467.15
                                     - Payments/Credits:  467.15
       P l e a s e   R e m i t  - - ->  Total Due:          $.00
```

*FEDERAL ID NO. 74-2717140*
*Due & payable in Austin, Texas, Travis County.*

# H&R Hill & Romero
### Certified Court Reporters
10125 N. 10th, Suite B, McAllen, Texas 78504
Phone: (956) 287-8898  Toll Free: (800) 218-6286
Fax: (956) 287-2279  E-mail: hillandromero@aol.com

| | |
|---|---|
| William B. Steele, III<br>Locke, Liddell & Sapp<br>100 Congress, Suite 300<br>Austin, TX 78701 | **INVOICE NO. :** 1270<br>**INVOICE DATE:** 6/18/2003<br>**REPORTER:** Lou Zuniga |
| B-02-143<br>DEPO OF ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ID# 74-2935776 |

| Date | Description |
|---|---|
| 6/18/2003 | Copy of Deposition |
| 6/18/2003 | Processing |
| 6/18/2003 | Exhibits (black & white) |
| 6/18/2003 | Condensed Transcript |
| 6/18/2003 | E-Transcript Diskette |

|  |  |
|---|---|
| **Sub Total** | 399.75 |
| **Paid** | 0.00 |
| **Balance Due** | 399.75 |

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**

# Hill & Romero
## Certified Court Reporters

10125 N. 10th, Suite B, McAllen, Texas 78504
Phone: (956) 287-8898   Toll Free: (800) 218-6286
Fax: (956) 287-2279   E-mail: hillandromero@aol.com

| | |
|---|---|
| William B. Steele, III<br>Locke, Liddell & Sapp<br>100 Congress, Suite 300<br>Austin, TX 78701 | INVOICE NO.:   1363<br>INVOICE DATE:   6/30/2003<br>REPORTER:<br>Lou Zuniga |
| B-02-143 | ID#   74-2935776 |

███████████████████ 7/03

| Date | Description | | |
|---|---|---|---|
| 6/30/2003 | Copy of Deposition | | |
| 6/30/2003 | Processing | | |
| 6/30/2003 | Exhibits (black & white) | | |
| 6/30/2003 | Condensed Transcript | | |
| 6/30/2003 | E-Transcript Diskette | | |
| | | Sub Total | 433.50 |
| | | Paid | 0.00 |
| | | Balance Due | 433.50 |

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**



# Hill & Romero
## Certified Court Reporters
10125 N. 10th, Suite B, McAllen, Texas 78504
Phone: (956) 287-8898  Toll Free: (800) 218-6286
Fax: (956) 287-2279  E-mail: hillandromero@aol.com

William B. Steele, III
Locke, Liddell & Sapp
100 Congress, Suite 300
Austin, TX 78701

INVOICE NO. :   1928
INVOICE DATE:  9/02/2003
REPORTER:
Lou Zuniga

B-02-143

ID#  74-2935776

| Date | Description |
|---|---|
| 8/29/2003 | Copy of Deposition |
| 8/29/2003 | Processing |
| 8/29/2003 | Exhibits (black & white) |
| 8/29/2003 | Condensed Transcript |
| 8/29/2003 | E-Transcript Diskette |

|  |  |
|---|---|
| Sub Total | 199.25 |
| Paid | 0.00 |
| Balance Due | 199.25 |

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**

**AcuScribe Court Reporters**
750 Norwood Tower
114 West 7th Street
Austin, Texas 78701
(512)499-0277 / (800)497-0277
acuscribe.com

MR. WILLIAM B. STEELE III                September 19, 2003
LOCKE LIDDELL & SAPP, L.L.P.
100 CONGRESS AVENUE, SUITE 300           **Invoice#** 03-01737
AUSTIN, TEXAS  78701-4042
                                         **Balance:**   $306.00

**Re:** DINO X. CHAVEZ VS. BROWNSVILLE ISD, ET AL
   on 08/21/03 by GERRI C. BARKER, CSR

## Invoicing Information

Charge Description
ONE COPY OF THE ORAL VIDEOTAPED DEPOSITION OF
FRANK D. LAFEMINA, VOLUME 2           $306.00

        WE APPRECIATE YOUR BUSINESS!!!

        P l e a s e   R e m i t   - - - >   Total Due:   $306.00

FEDERAL ID NO. 74-2717140
Due & payable in Austin, Texas, Travis County.



# Hill & Romero
### Certified Court Reporters
10125 N. 10th, Suite B, McAllen, Texas 78504
Phone: (956) 287-8898  Toll Free: (800) 218-6286
Fax: (956) 287-2279  E-mail: hillandromero@aol.com

William B. Steele, III
Locke, Liddell & Sapp
100 Congress, Suite 300
Austin, TX 78701

INVOICE NO.: 2075
INVOICE DATE: 9/18/2003
REPORTER: Lou Zuniga

B-02-128
DEPO█████████████████
Dino X. Chavez vs. ████████████

ID# 74-2935776

| Date | Description | |
|---|---|---|
| 9/18/2003 | Original & Copy of Deposition | |
| 9/18/2003 | Administrative | |
| 9/18/2003 | Exhibits (black & white) | |
| 9/18/2003 | Condensed Transcript | |
| 9/18/2003 | E-Transcript Diskette | |
| | Sub Total | 1,500.25 |
| | Paid | 0.00 |
| | Balance Due | 1,500.25 |

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**

*Custodian [signature]*

DSI Reporting Services, Inc.
701 N. Post Oak Road, Suite 425
Houston, TX 77024
(713) 554-0080   Fax (713) 554-0085

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 11399 | 10/28/2003 | 01-1788 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 09/23/2003 | PENAJE | C.A. NO. B-02- |
| CASE CAPTION | | |
| Dino Chavez Vs. Brownsville Independent School District, | | |
| TERMS | | |
| Due upon receipt | | |

Mr. William "Buddy" Steele
Locke, Liddell & Sapp, L.L.P.
100 Congress Avenue, Suite 300
Austin, TX 78701

```
TRANSCRIPT COPY FOR THE DEPOSITION OF:
    Donald House                                       549.30
                                                      -------
                              TOTAL   DUE   >>>>       549.30
```

| (-) PAYMENTS/CREDITS | 0.00 | (+) FINANCE CHARGE | 0.00 | (=) NEW BALANCE | 549.30 |

TAX ID NO.: 22-3881287                                          (512) 305-4734

*Please detach bottom portion and return with payment.*

Mr. William "Buddy" Steele
Locke, Liddell & Sapp, L.L.P.
100 Congress Avenue, Suite 300
Austin, TX 78701

```
Invoice No.:  11399
Date       :  10/28/2003
TOTAL DUE  :    549.30


Job No.    :  01-1788
Case No.   :  C.A. NO. B-02-128
Dino Chavez Vs. Brownsville Independ
```

Remit To:   **DSI Reporting Services, Inc.**
            **701 N. Post Oak Road, Suite 425**
            **Houston, TX 77024**

# AcuScribe Court Reporters

750 Norwood Tower
114 West 7th Street
Austin, Texas 78701
(512)499-0277 / (800)497-0277
acuscribe.com

| | |
|---|---|
| MR. WILLIAM B. STEELE III<br>LOCKE LIDDELL & SAPP, L.L.P.<br>100 CONGRESS AVENUE, SUITE 300<br>AUSTIN, TEXAS 78701-4042 | January 9, 2004<br><br>**Invoice#** 03-02121<br><br>**Balance:** $314.55 |

**Re:** CHAVEZ VS. BROWNSVILLE ISD, ET AL
   on 09/30/30 *by* GERRI C. BARKER, CSR

**Billed:** 10/26/03                                    <-- 73 Days Old!

## *Invoicing Information*

Charge Description
ONE COPY OF THE ORAL DEPOSITION OF
~~[REDACTED]~~  $314.55


        WE APPRECIATE YOUR BUSINESS!!!




          P l e a s e   R e m i t   - - - >   Total Due:   $314.55


*FEDERAL ID NO. 74-2717140*
*Due & payable in Austin, Texas, Travis County.*

**This invoice is   73  days past due, Please Remit - Thank You!**
**************************************************************