United States [Court]
Southern District of Texas
FILED
FEB 1 1 2004
Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DINO CHAVEZ | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-02-128 |
| | § | |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, and NOE SAUCEDA, | § | |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT,     Third-Party Plaintiff, | § | |
| vs. | § | |
| AMERICAN FAMILY LIFE INSURANCE COMPANY OF COLUMBUS (AFLAC),     Third-Party Defendant. | § | |

**DEFENDANT/THIRD-PARTY PLAINTIFF BROWNSVILLE INDEPENDENT SCHOOL DISTRICT'S RESPONSE & OPPOSITION TO THIRD-PARTY DEFENDANT AMERICAN FAMILY LIFE INSURANCE COMPANY OF COLUMBUS (AFLAC)'S BILL OF COSTS**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now Defendant/Third Party Plaintiff, BROWNSVILLE INDEPENDENT SCHOOL DISTRICT (BISD), by and through its undersigned counsel, and files this its Response and Opposition to Third-Party Defendant's, AMERICAN FAMILY LIFE INSURANCE COMPANY OF COLUMBUS (AFLAC), Bill of Costs and in support thereof states as follows:

I.

Defendant/Third-Party Plaintiff BISD herein received Third-Party Defendant AFLAC's Bill of Costs and Certification in connection with the above case on February 10, 2004. The cover letter

was dated February 4, 2004, and the signature line of the declaration in support is dated February 4, 2004. The Judgment was entered on January 7, 2004, against Plaintiff. Defendant/Third-Party Plaintiff BISD urges that the Court and Clerk to deny Third-Party Defendant AFLAC's Bill of Costs as same are untimely and have been waived.

The deadline to file a Bill of Costs is governed by local rules. Local Rules for the Southern District of Texas require the Bill of Costs to be filed and served within 14 days of the entry of Judgment. See Local Rule 54.2 which states in pertinent part "An application for costs **shall be made by filing a bill of costs within 14 days of the entry of a final judgment**. Thus, Third-Party Defendant AFLAC has failed to follow the local rules on a timely basis. Its request for costs should be denied, as the failure to adhere to the deadline constitutes waiver.

**WHEREFORE, PREMISES CONSIDERED**, Defendant/Third-Party Plaintiff BROWNSVILLE INDEPENDENT SCHOOL DISTRICT prays that Third-Party Defendant's Bill of Costs be upheld, that Defendant/Third-Party Plaintiff's Response be granted, and for such other and further relief to which this party may be entitled, either at law or in equity.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 West Price Road, Suite 9
Brownsville, Texas 78520
(956) 542-5666
(956) 542-0016 Facsimile

Attorneys for Brownsville Independent School District

By_____
Elizabeth G. Neally
Texas Bar No. 14840400
Federal Bar No. 8044

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing **DEFENDANT/THIRD-PARTY PLAINTIFF BROWNSVILLE INDEPENDENT SCHOOL DISTRICT'S RESPONSE & OPPOSITION TO THIRD-PARTY DEFENDANT'S BILL OF COSTS** has been mailed, Certified, Return Receipt Requested via U.S. Postal Service to counsel of record, to wit:

J. Arnold Aguilar
**Law Offices of J. Arnold Aguilar**
Artemis Square, Suite H-2,
1200 Central Boulevard
Brownsville, Texas 78520
Via Regular Mail

Eileen Leeds
**Willette & Guerra**
3505 Boca Chica Boulevard, Suite 460
Brownsville, Texas 78521
Via Regular Mail

William B. Steele, III
LOCKE, LIDDELL & SAPP
100 Congress Avenue, Suite 300
Austin, Texas 78701
Via CMRRR: 7160 3901 9848 1267 9528

on this 11th day of February, 2004.

_____
Elizabeth G. Neally