United States District Court
Southern District of Texas
FILED

JUL 2 3 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DINO CHAVEZ | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-02-128 |
| | § | |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT and NOE SAUCEDA, | § | |
| | § | |

## JOINT MOTION TO CORRECT RECORD

TO THE HONORABLE JUDGE OF SAID COURT:

**COME NOW,** Brownsville Independent School District and Noe Sauceda, Defendants in the above-styled and numbered cause and file and serve this their Motion to Correct Record, and would show the Court the following:

### I.

On February 3, 2004, the above matter was appealed to the Fifth Circuit Court of Appeals by the Plaintiff DINO X. CHAVEZ. The Record was docketed by the District Clerk as of May 14, 2004.

On July 20, 2004, in preparing Brownsville Independent School District, Appellee's Brief, the undersigned counsel noticed that the deposition of Dino Chavez and Frank LaFemina were incomplete. The undersigned counsel reviewed the Court's copy of the Record and confirmed that the complete transcripts of both depositions were provided to the Court. It appears that the District Court did not copy the backs of the two-sided depositions when copying the record. Defendants are requesting that the Clerk of the Court copy the complete set of Exhibits "C" and

"V", to Brownsville Independent School District's Motion for Summary Judgment, beginning R. 69 at pp. 2179 and 2319, respectively, and supplement its Record to the Court of Appeals, Fifth Circuit so that the Record will be corrected. Specifically, the back pages of the depositions were not copied by the District Clerk when it was copied and sent to the Fifth Circuit.

Counsel for Defendant Brownsville Independent School District further was advised by the Court that Judge Tagle was preparing a Memorandum Opinion/Order.

The present deadline for Defendants' Brief is August 2, 2004.

Defendants respectfully request the Court of Appeals, Fifth Circuit additional time to allow them to file their Brief after the Record has been supplemented.

This Motion is not made for purposes of delay, but so that justice may be done. This Motion is unopposed by counsel for Plaintiff.

**WHEREFORE, PREMISES CONSIDERED,** Defendants Brownsville Independent School District and Noe Sauceda respectfully request the Court to supplement the missing pages of the Record to the Fifth Circuit, Court of Appeals and to allow additional time to file their Brief or two weeks after the Record has been supplemented with the Court of Appeals, Fifth Circuit.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, LLP**
855 West Price Road, Suite 9
Brownsville, Texas 78550
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

**Attorney for Defendant BROWNSVILLE INDEPENDENT SCHOOL DISTRICT**

By: _____
    Elizabeth G. Neally
    State Bar No. 14840400
    Federal Adm. No. 8044
    Ricardo Morado
    Federal ID No.1213
    State Bar No. 14417250


**WILLETTE & GUERRA, L.L.P.**
International Plaza, Suite 460
1534 East 6th Street, Suite 200
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

**Attorney for Defendant NOE SAUCEDA**

By: _____ by permission EN
    Eileen M. Leeds
    State Bar No. 00791093
    USDC Adm. No. 16799
    Charles Willette, Jr.
    State Bar No. 21509700
    USDC Adm. No. 1937

## CERTIFICATE OF CONFERENCE

The undersigned counsel spoke with counsel for Plaintiff-Appellant, J. Anrold Aguilar, on July 22, 2004, and he is in agreement to this Motion to Correct Record.

_____
Elizabeth G. Neally

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that a true and correct copy of the foregoing **JOINT MOTION TO CORRECT RECORD** has been served via United States Postal Service to the Counsel of Record, as follows:

J. Arnold Aguilar
**Law Office of J. Arnold Aguilar**
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520
*Via Hand-Delivery*

on this 23rd day of July, 2004.

                                                          Elizabeth G. Neally