IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 27 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DINO CHAVEZ | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-02-128 |
| | § | |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT et al. | § | |

## ORDER GRANTING
## JOINT MOTION TO CORRECT RECORD

BE IT REMEMBERED that on this day the Court considered Defendants', BROWNSVILLE INDEPENDENT SCHOOL DISTRICT and NOE SAUCEDA Joint Motion to Correct Record and the Court is of the opinion that Defendants' Joint Motion to Correct Record should be GRANTED.

**IT IS THEREFORE ORDERED**, that the Clerk of the Court copy the complete set of Exhibits "C" and "V", beginning R. 69 at pp. 2179 and 2319 respectively and supplement its Record to the Court of Appeals, Fifth Circuit. Specifically, the back pages of the depositions which were not copied by the District Clerk will be supplemented.

ENTERED this 27th day of July, 2004.

Hilda G. Tagle
United States District Judge

Copy to:
J. Arnold Aguilar
Eileen Leeds
Elizabeth G. Neally