IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DINO CHAVEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-128 |
| | § | |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT AND NOE | § | |
| SAUCEDA, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

BE IT REMEMBERED, that on September 21, 2004, the Court, having granted summary judgment in favor of the Defendants and having issued the memorandum opinion corresponding to the summary judgment on September 3, 2004, enters final judgment in favor of the Defendants pursuant to Federal Rule of Civil Procedure 58.

DONE at Brownsville, Texas, this 21st day of September 2004.

Hilda G. Tagle
United States District Judge