UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
600 E. Harrison St. - Room #101
Brownsville, Texas 78520
09/30/04

MICHAEL N. MILBY, Clerk

United States District Court
Southern District of Texas
FILED

SEP 3 0 2004

Michael N. Milby
Clerk of Court

Mr. Charles R. Fulbruge, III, Clerk
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102
New Orleans, Louisiana 70130

Re: <u>Dino Chavez vs.</u>
Brownsville Independent School District
B-02-CV-128
Court of Appeals No. 04-40465

Dear Sir:

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[ ] Certified Copy of Notice of Appeal and docket entries.

[ ] Certified copy of the notice of cross-appeal and docket entries.

[ ] Record of appeal consisting of __Volume(s) of the record; __ Volume(s) of the transcript.

[ ] OTHER_____

(X) Supplemental record consisting of 1 Volume of the record (Doc # 107), including updated document_

In regard to the notice of appeal, the following information is furnished:

[ ] This case is proceeding in forma pauperis.

[ ] Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed, it was PAID ON: _____

[ x ] U.S. District Judge entering final judgment is__ Judge Tagle _____

[ x ] Court reporter assigned to this case is__ Heather Hall _____

[ ] If criminal case, number and names of defendants: _____

[ x ] This case was decided without a hearing, and, therefore, there will be no transcript.

Very Truly Yours.

BY: *Dahlila Ahumada*
Dahlila Ahumada

cc: File
U.S.C.A