**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
600 E. HARRISON ST., #101
Brownsville, Texas 78520

MICHAEL N. MILBY, Clerk

United States District Court
Southern District of Texas
FILED

NOV 0 2 2004

Michael N. Milby
Clerk of Court

November 2, 2004

Mr. Charles R. Fulbruge, III, Clerk  
U.S. Court of Appeals - Fifth Circuit  
600 Camp Street, Room 102  
New Orleans, Louisiana 70130

Re: Dino Chavez

VS   B.I.S.D.

CA B-02-CV-128

Dear Sir:

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[ ] Certified copy of the notice of appeal and docket entries.

[ ] Certified copy of the notice of cross-appeal and docket entries.

[ ] Record of appeal consisting of ____ Volume(s) of the record; ____ Volume(s) of the transcript;

[X] Supplemental record consisting of 1 vol. of the administrative record, including updated docket entries.

[x] Other: Document #108, 109

In regard to the notice of appeal, the following information is furnished:

[ ] The Court of Appeals docket fee __X__ HAS/ ____ HAS NOT been paid.

[ ] This case is proceeding in **forma pauperis**.

[ ] Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed, it was PAID ON:_____

[x] U.S. District Judge entering final order is_____Andrew S. Hanen_____

[x] Court reporter assigned to this case is__Heather Hall_____

[ ] If criminal case, number and names of defendants:_____

[ ] This case was decided without a hearing, and, therefore, there will be no transcript.

Very Truly Yours,  
MICHAEL N. MILBY, CLERK

BY: Dahlila Ahumada  
Dahlila Ahumada, Deputy Clerk

CC: USCA  
Heather Hall, Court Reporter  
J. Arnold Aguilar  
Elizabeth G. Neally  
Charles Vernon Willette, Jr.  
Eileen M. Leeds  
Craig H. Vittitoe  
William B. Steele, III  
Ricardo Morado

APPEAL

# U.S. District Court
## Southern District of Texas (Brownsville)
## CIVIL DOCKET FOR CASE #: 1:02-cv-00128
## Internal Use Only

Chavez v. B I S D, et al
Assigned to: Judge Hilda G Tagle
Demand: $48061000
Case in other court: 404th State Court, 02-00005-002204-G
Cause: 28:1446 Breach of Contract- Insurance

Date Filed: 06/17/2002
Jury Demand: Defendant
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

**Dino Chavez**     represented by **J Arnold Aguilar**
Attorney at Law
1200 Central Blvd
Ste H-2
Brownsville, TX 78520
956-504-1100
Fax: 956-504-1408 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John J Jordan, Jr**
Law Office J Arnold Aguilar
1200 Central Blvd
Ste H-2
Brownsville, TX 78520
956-504-1100
Email: johnjjordanjr@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Brownsville Independent School District**     represented by **Elizabeth G Neally**
Roerig Oliveira & Fisher
855 W Price Rd
Ste 9
Brownsville, TX 78520
956-542-5666
Fax: 956-542-0016 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ricardo Morado**

        Roerig Oliveira and Fisher
855 W Price Rd
Ste 9
Brownsville, TX 78520
956-542-5666
Fax: 956-542-0016 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Noe NMI Sauceda**        represented by    **Charles Vernon Willette, Jr**
*in his official capacity*                                             Willette & Guerra
1534 East 6th St
Ste 200
Brownsville, TX 78520
956-541-1846
Fax: 956-541-1893 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eileen M Leeds**
Willette Guerra LLP
1534 E 6th Street
Ste 200
Brownsville, TX 78520
956-541-1846
Fax: 956-541-1893 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Randy NMI Dunn**        represented by    **Craig H Vittitoe**
*In his official capacity as Board Member of BISD*                     Adams and Graham
222 E Van Buren
West Tower
Harlingen, TX 78550
956-428-7495
Fax: 956-428-2954 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Marilyn Del Bosque-Gilbert**    represented by    **Craig H Vittitoe**
*In her Official Capacity as Board Member of BISD*                    (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hugh Emerson**           represented by    **Craig H Vittitoe**
*In His Official Capacity as Board*                                 (See above for address)

Member of BISD

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Third Party Defendant

**American Family Life Assurance Company of Columbus**

represented by **William B Steele, III**
Locke Liddell et al
100 Congress Ave
Ste 300
Austin, TX 78701
512-305-4734
Fax: 512-305-4800 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### ThirdParty Plaintiff

**Brownsville Independent School District**

represented by **Elizabeth G Neally**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ricardo Morado**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/17/2002 | 1 | NOTICE OF REMOVAL by B I S D, Noe NMI Sauceda, Randy NMI Dunn, Marilyn Del Bosque-Gilbert, Hugh Emerson filed FILING FEE $ 150.00 RECEIPT # 116373 (ogutierrez) (Entered: 06/17/2002) |
| 06/17/2002 | 2 | CERTIFICATE OF Notice of filing by B I S D, Noe NMI Sauceda, Randy NMI Dunn, Marilyn Del Bosque-Gilbert, Hugh Emerson re: [1-1] notice of removal , (ogutierrez) (Entered: 06/17/2002) |
| 06/17/2002 | 3 | Order setting Initial Pretrial and Scheduling Conference on 2:00 10/28/02 before Judge Hilda G. Tagle and Order to Disclose Interested Persons, filed. () Parties notified. (ogutierrez) (Entered: 06/17/2002) |
| 06/17/2002 | 4 | ANSWER to Complaint by Noe NMI Sauceda (Added attorney ), filed. (ogutierrez) (Entered: 06/17/2002) |
| 06/18/2002 | | **Address labels only (ogutierrez) (Entered: 06/18/2002) |
| 06/21/2002 | 5 | CERTIFICATE OF INTERESTED PARTIES by Dino Chavez , filed. (ogutierrez) (Entered: 06/24/2002) |
| 06/25/2002 | 6 | Unopposed MOTION to extend time to file an answer by Randy NMI Dunn, Marilyn Del Bosque-Gilbert, Hugh Emerson, Motion Docket Date 7/15/02 [6-1] motion , filed. (ogutierrez) (Entered: 06/25/2002) |
| | | |

| | | |
|---|---|---|
| 06/27/2002 | 7 | ORDER granting [6-1] motion to extend time to file an answer reset answer due for 7/15/02 for Hugh Emerson, for Marilyn Del Bosque-Gilbert, for Randy NMI Dunn , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 06/28/2002) |
| 07/01/2002 | 8 | CERTIFICATE OF INTERESTED PARTIES by Noe NMI Sauceda , filed. (ogutierrez) (Entered: 07/01/2002) |
| 07/01/2002 | 9 | CERTIFICATE OF INTERESTED PARTIES by Randy NMI Dunn, Marilyn Del Bosque-Gilbert, Hugh Emerson , filed. (ogutierrez) (Entered: 07/01/2002) |
| 07/02/2002 | 10 | CERTIFICATE OF INTERESTED PARTIES by B I S D , filed. (lalaniz) (Entered: 07/05/2002) |
| 07/15/2002 | 11 | MOTION to dismiss by Randy NMI Dunn, Marilyn Del Bosque-Gilbert, Hugh Emerson, Motion Docket Date 8/4/02 [11-1] motion , filed. (ogutierrez) (Entered: 07/16/2002) |
| 08/01/2002 | 12 | MOTION for leave to file Amended complaint by Dino Chavez, Motion Docket Date 8/21/02 [12-1] motion , filed. (ogutierrez) (Entered: 08/01/2002) |
| 08/02/2002 | 13 | ORDER granting [12-1] motion for leave to file Amended complaint , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 08/05/2002) |
| 08/02/2002 | 14 | AMENDED COMPLAINT by Dino Chavez ,(Answer due 8/12/02 for Hugh Emerson, for Marilyn Del Bosque-Gilbert, for Randy NMI Dunn, for Noe NMI Sauceda, for B I S D ) , filed. (ogutierrez) (Entered: 08/05/2002) |
| 08/08/2002 | 15 | MOTION to dismiss by B I S D, Motion Docket Date 8/28/02 [15-1] motion , filed. (ogutierrez) (Entered: 08/08/2002) |
| 08/13/2002 | 16 | ANSWER to Complaint by Noe NMI Sauceda (Added attorney Eileen M Leeds), filed. (ogutierrez) (Entered: 08/14/2002) |
| 08/14/2002 | 17 | First AMENDED ANSWER to Complaint by B I S D , filed. (ogutierrez) (Entered: 08/15/2002) |
| 10/09/2002 | 18 | MOTION to dismiss by Noe NMI Sauceda, Motion Docket Date 10/29/02 [18-1] motion , filed. (ogutierrez) (Entered: 10/09/2002) |
| 10/15/2002 | 19 | JOINT DISCOVERY/Case Management Plan by Dino Chavez, B I S D, Noe NMI Sauceda , filed. (ogutierrez) (Entered: 10/15/2002) |
| 10/15/2002 | 20 | DESIGNATION by Noe NMI Sauceda designating Eileen Leeds lead counsel , filed. (ogutierrez) (Entered: 10/15/2002) |
| 10/18/2002 | 21 | RESPONSE by Dino Chavez to [18-1] motion to dismiss, [15-1] motion to dismiss , filed. (mperez) (Entered: 10/18/2002) |
| 10/28/2002 | 22 | Minute entry: Initial Pretrial conference held. Apps: Arnold Aguilar f/pltf. Elizabeth Neally for dft/BISD, Eileen Leeds for dft Noe Sauceda. |

| | | |
|---|---|---|
| | | Motions to Dismiss taken under Advisment. Ct Reporter: Breck Record . Law Clerk C. Levesque. Parties clarified the causes of action. They are the same as in the complaint. Court adjourned. (ogutierrez) (Entered: 11/04/2002) |
| 11/05/2002 | 23 | ORDER set scheduling order deadlines: Pltf Expert witness list submitted by 2/14/03, Dft experts must be named with a report furnished within 30 days of the deposition of the pltf's expert ; Discovery cutoff 4/14/03 ; Deadline for filing all dispositive motions 5/12/03 ; Pretrial order to be submitted on or before 8/20/03 ; Docket call deadline 1:30 9/4/03 ; before Judge Hilda G. Tagle ETT: 7-8 days; , set jury selection for 9:00 9/8/03 before Judge Hilda G. Tagle , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 11/05/2002) |
| 12/04/2002 | 24 | Unopposed MOTION for leave to file Third Party Petition against AFLAC by B I S D, Motion Docket Date 12/24/02 [24-1] motion , filed. (ogutierrez) (Entered: 12/04/2002) |
| 12/05/2002 | 25 | MOTION for leave to file Second Amended Original Complaint by Dino Chavez, Motion Docket Date 12/25/02 [25-1] motion , filed. (ogutierrez) (Entered: 12/05/2002) |
| 12/20/2002 | 26 | OBJECTION to [25-1] motion for leave to file Second Amended Original Complaint by B I S D , filed. (ogutierrez) (Entered: 12/20/2002) |
| 12/20/2002 | 26 | MOTION to dismiss leave to file amended petition by B I S D, Motion Docket Date , filed. (ogutierrez) (Entered: 12/20/2002) |
| 01/10/2003 | 27 | ORDER granting [24-1] motion for leave to file Third Party Petition against AFLAC , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 01/13/2003) |
| 01/14/2003 | 28 | THIRD-PARTY COMPLAINT by B I S D against AFLAC , filed (ogutierrez) (Entered: 01/16/2003) |
| 01/14/2003 | 29 | ORDER granting in part, denying in part [15-1] motion to dismiss granting in part, denying in part [18-1] motion to dismiss , entered;A Federal Rule of Civil Procedures reply is the preferred procedure prior to consideration of a motion to dismiss on grounds of qualified immunity. The Court ORDERS Pltf to submit to the Court a Rule 7(a) reply tailored to BISD defense of qualified immunity no later than 3pm on Monday, Feburay 10,2003. Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 01/16/2003) |
| 02/10/2003 | 30 | First Amended MOTION for leave to file Plaintiff's Second Amended Original Complaint to include additional defendants and to provide Rule 7(a) reply by Dino Chavez, Motion Docket Date 3/2/03 [30-1] motion , filed. (lgarcia) (Entered: 02/14/2003) |
| 02/14/2003 | | Deadline updated; mooting [11-1] motion to dismiss (ogutierrez) (Entered: 02/18/2003) |
| 02/18/2003 | 31 | WAIVER OF SERVICE Returned Executed as to AFLAC 1/15/03 , filed. (ogutierrez) (Entered: 02/20/2003) |

| 02/18/2003 | 32 | OBJECTION to [30-1] motion for leave to file Plaintiff's Second Amended Original Complaint to include additional defendants and to provide Rule 7(a) reply by B I S D , filed. (ogutierrez) (Entered: 02/20/2003) |
|---|---|---|
| 02/20/2003 | 33 | MOTION for reconsideration of dismissal of pltf due process claims [29-1] order by Dino Chavez, Motion Docket Date 3/12/03 [33-1] motion , filed. (ogutierrez) (Entered: 02/24/2003) |
| 02/21/2003 | 34 | JOINT MOTION for extension of deadlines by Dino Chavez,et al I S D, et al, AFLAC ,et al filed (ogutierrez) (Entered: 02/24/2003) |
| 02/28/2003 | 35 | Objection and RESPONSE by Noe NMI Sauceda to [33-1] motion for reconsideration of dismissal of pltf due process claims [29-1] order , filed. (ogutierrez) (Entered: 02/28/2003) |
| 03/03/2003 | 36 | OBJECTION to [30-1] motion for leave to file Plaintiff's Second Amended Original Complaint to include additional defendants and to provide Rule 7(a) reply by Noe NMI Sauceda , filed. (ogutierrez) (Entered: 03/03/2003) |
| 03/04/2003 | 37 | ANSWER by AFLAC (Added attorney William B Steele III), to [28-1] third-party complaint , filed. (ogutierrez) (Entered: 03/05/2003) |
| 03/06/2003 | 38 | RESPONSE by B I S D to [33-1] motion for reconsideration of dismissal of pltf due process claims [29-1] order , filed. (ogutierrez) (Entered: 03/06/2003) |
| 03/11/2003 | 39 | CERTIFICATE OF INTERESTED PARTIES by AFLAC , filed. (ogutierrez) (Entered: 03/11/2003) |
| 03/11/2003 | 40 | JOINDER by AFLAC in support of [34-1] joint motion for extension of deadlines , filed (ogutierrez) (Entered: 03/11/2003) |
| 03/11/2003 | 41 | REPLY to [36-1] objection by Dino Chavez , filed. (ogutierrez) (Entered: 03/11/2003) |
| 03/17/2003 | 42 | MOTION to compel answers to discovery by Dino Chavez, Motion Docket Date 4/6/03 [42-1] motion , filed. (ogutierrez) (Entered: 03/18/2003) |
| 03/19/2003 | 43 | OBJECTIONS by B I S D to [25-1] motion for leave to file Second Amended Original Complaint , filed. (ogutierrez) (Entered: 03/20/2003) |
| 03/20/2003 | 44 | REPLY by Dino Chavez to response to [33-1] motion for reconsideration of dismissal of pltf due process claims [29-1] order, filed (ogutierrez) (Entered: 03/21/2003) |
| 03/24/2003 | 45 | ORDER granting [34-1] joint motion for extension of deadlines , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 03/25/2003) |
| 03/26/2003 | 46 | ORDER reset scheduling order deadlines:Pltf Expert witness list submitted by 5/15/03, Dft Expert witness by 6/12/03 ; Discovery cutoff 7/14/03 ; Deadline for filing all dispositive motions 8/12/03 ; Pretrial |

| | | |
|---|---|---|
| | | order to be submitted on or before 11/20/03 ; Docket call and Final Pretrial deadline 1:30 12/4/03 ; before Judge Hilda G. Tagle ETT: 7-8 days; , , reset jury selection for 9:00 12/8/03 before Judge Hilda G. Tagle , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 03/26/2003) |
| 04/09/2003 | 47 | MOTION with memorandum in support to dismiss by AFLAC, Motion Docket Date 4/29/03 [47-1] motion , filed (ogutierrez) (Entered: 04/10/2003) |
| 04/24/2003 | 48 | NOTICE of WITHDRAWAL OF REQUEST TO ADD DEFENDANTS by Dino Chavez , filed (mperez) (Entered: 04/25/2003) |
| 04/24/2003 | 49 | RESPONSE by B I S D to [47-1] motion to dismiss , filed. (mperez) (Entered: 04/25/2003) |
| 04/29/2003 | 50 | MOTION for leave to file Third Amended Complaint by Noe NMI Sauceda, Motion Docket Date 5/19/03 [50-1] motion , filed. (ogutierrez) (Entered: 05/01/2003) |
| 05/08/2003 | 51 | RESPONSE by AFLAC in opposition to [50-1] motion for leave to file Third Amended Complaint , filed (ogutierrez) (Entered: 05/09/2003) |
| 05/08/2003 | 52 | REPLY by AFLAC to response to [47-1] motion to dismiss , filed (ogutierrez) (Entered: 05/09/2003) |
| 05/08/2003 | 53 | MOTION for hearing by AFLAC, Motion Docket Date 5/28/03 [53-1] motion , filed. (ogutierrez) (Entered: 05/09/2003) |
| 05/13/2003 | 54 | Letter to Court regarding Vacation of Eileen Leeds from June 18,2003 through June 30,2003 by Noe NMI Sauceda , filed. (ogutierrez) (Entered: 05/14/2003) |
| 05/15/2003 | 55 | DISCLOSURE OF EXPERT of Dr Stephen Horner by Dino Chavez filed. (ogutierrez) (Entered: 05/15/2003) |
| 06/05/2003 | 56 | REPLY by Noe NMI Sauceda to response to [50-1] motion for leave to file Third Amended Complaint , filed (ogutierrez) (Entered: 06/05/2003) |
| 06/23/2003 | 57 | JOINT MOTION for extension of deadlines for discovery & Dispositive Motions by Dino Chavez, I S D, Noe NMI Sauceda, AFLAC , filed (ogutierrez) (Entered: 06/23/2003) |
| 06/26/2003 | 58 | Pltf's MOTION to Compel Answers to Discovery Requests Propounded to Dft BISD Motion Docket Date , filed. (gmendieta) (Entered: 06/26/2003) |
| 07/02/2003 | 59 | SURREPLY to [56-1] reply by AFLAC , filed. (ogutierrez) (Entered: 07/07/2003) |
| 07/07/2003 | 60 | NOTICE of Clarification of Pltf's Claims by Dino Chavez , filed (ogutierrez) (Entered: 07/10/2003) |
| 07/10/2003 | 61 | MOTION for hearing by AFLAC, Motion Docket Date 7/30/03 [61-1] motion , filed. (ogutierrez) (Entered: 07/11/2003) |

| | | |
|---|---|---|
| 07/11/2003 | 62 | NOTICE of Withdrawal of Motion to Compel by Dino Chavez , filed (ogutierrez) (Entered: 07/14/2003) |
| 07/11/2003 | | **Terminated document [42-1] motion to compel answers to discovery as per plaintiff's notice doc. no. 62. (ogutierrez) (Entered: 07/14/2003) |
| 07/16/2003 | 63 | NOTICE of attorney appearance of John Jordan as co-counsel for Dino Chavez by John J Jordan Jr, filed (ogutierrez) (Entered: 07/17/2003) |
| 07/28/2003 | 64 | ORDER granting [57-1] joint motion for extension of deadlines for discovery & Dispositive Motions , entered; An Amended scheduling order will be entered. Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 07/29/2003) |
| 08/19/2003 | 65 | ORDER reset scheduling order deadlines: Discovery cutoff 8/25/03 ; Deadline for filing all dispositive motions 9/25/03 ; Pretrial order to be submitted on or before 12/18/03 ; Docket call deadline 1:30 1/8/04 ; before Judge Hilda G. Tagle ETT: 7-8 days; , reset jury selection for 9:00 1/12/04 before Judge Hilda G. Tagle , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 08/20/2003) |
| 09/25/2003 | 66 | MOTION to strike [60-1] notice of , alternative to stay , to compel by AFLAC, Motion Docket Date 10/15/03 [66-1] motion, 10/15/03 [66-2] motion, 10/15/03 [66-3] motion , filed. (ogutierrez) (Entered: 09/26/2003) |
| 09/25/2003 | 67 | MOTION with brief in support for summary judgment by AFLAC, Motion Docket Date 10/15/03 [67-1] motion , filed (ogutierrez) (Entered: 09/26/2003) |
| 09/25/2003 | 68 | MOTION for summary judgment by Noe NMI Sauceda, Motion Docket Date 10/15/03 [68-1] motion , filed. (ogutierrez) (Entered: 09/26/2003) |
| 09/25/2003 | 69 | MOTION for summary judgment by B I S D, Motion Docket Date 10/15/03 [69-1] motion , filed. (ogutierrez) (Entered: 09/26/2003) |
| 09/30/2003 | 70 | ORDER denying as moot [25-1] motion for leave to file Second Amended Original Complaint denying as moot [26-1] motion to dismiss leave to file amended petition denying as moot [26-1] objection granting in part, denying in part [30-1] motion for leave to file Plaintiff's Second Amended Original Complaint to include additional defendants and to provide Rule 7(a) reply denying [33-1] motion for reconsideration of dismissal of pltf due process claims [29-1] order , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 10/01/2003) |
| 10/07/2003 | 71 | NOTICE of Filing of RULE 11 STATEMENT by Dino Chavez, BISD, Noe NMI Sauceda, Randy NMI Dunn, Marilyn Del Bosque-Gilbert Hugh Emerson, BISD, AFLAC, filed. (gmendieta) (Entered: 10/10/2003) |
| 10/08/2003 | 72 | MOTION to modify factual statement by AFLAC, Motion Docket Date 10/28/03 [72-1] motion , filed. (gmendieta) (Entered: 10/10/2003) |
| 10/22/2003 | 74 | RESPONSE by B I S D, Noe NMI Sauceda to [67-1] motion for |

| | | summary judgment , filed. (mperez) (Entered: 10/27/2003) |
|---|---|---|
| 10/24/2003 | 73 | RESPONSE by Dino Chavez to [69-1] motion for summary judgment , filed. (mperez) (Entered: 10/27/2003) |
| 10/31/2003 | 75 | JOINT MOTION to exclude Plaintiff's Expert by B I S D, Noe NMI Sauceda , filed (ogutierrez) (Entered: 11/03/2003) |
| 10/31/2003 | 76 | MOTION to exclude Testimony of Donald R House by Dino Chavez, Motion Docket Date 11/20/03 [76-1] motion , filed. (ogutierrez) (Entered: 11/03/2003) |
| 10/31/2003 | 77 | OBJECTION to testimony of Pltf's expert Stephen M Horner and brief in support by AFLAC , filed. (ogutierrez) (Entered: 11/03/2003) |
| 11/04/2003 | 78 | RESPONSE by Dino Chavez to [68-1] motion for summary judgment , filed. (ogutierrez) (Entered: 11/05/2003) |
| 11/10/2003 | 79 | MOTION to strike and subject thereto, reply to the response of dft's BISD [69-1] motion for summary judgment by AFLAC, Motion Docket Date 11/30/03 [79-1] motion , filed. (ogutierrez) (Entered: 11/13/2003) |
| 11/12/2003 | 80 | Joint RESPONSE by B I S D, Noe NMI Sauceda to [76-1] motion to exclude Testimony of Donald R House , filed. (ogutierrez) (Entered: 11/13/2003) |
| 11/12/2003 | 81 | ORDER , entered; Court Ordered parties to discontinue filing duplicative exhibits with each new motion, and instead reference exhibits that are identical and were submitted in previous filings. Court also Orders the parties to conserve paper, space, and time, and cross-reference exhibits that have already been filed. Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 11/13/2003) |
| 11/19/2003 | 82 | REPLY and OBJECTION by B I S D to response to [69-1] motion for summary judgment , filed (mperez) (Entered: 11/20/2003) |
| 11/25/2003 | 83 | RESPONSE by Dino Chavez to AFLAC Daubert Objections to Testimony of Pltf Stephen M Horner, filed. (ogutierrez) (Entered: 11/28/2003) |
| 12/08/2003 | 84 | OBJECTION and SurReply to [82-1] reply by Dino Chavez , filed. (mperez) (Entered: 12/09/2003) |
| 12/11/2003 | 85 | REPLY and OBJECTION to [80-1] response by B I S D, Noe NMI Sauceda , filed. (mperez) (Entered: 12/12/2003) |
| 12/18/2003 | 86 | MOTION in limine by AFLAC, Motion Docket Date 1/7/04 [86-1] motion , filed. (mperez) (Entered: 12/22/2003) |
| 12/18/2003 | 90 | MOTION in limine by B I S D, Motion Docket Date 1/7/04 [90-1] motion , filed. (mperez) (Entered: 01/05/2004) |
| 12/22/2003 | 88 | JOINT PRETRIAL ORDER, filed. (mperez) (Entered: 01/02/2004) |
| 12/30/2003 | 87 | MOTION to exclude plaintiff's evidence by B I S D, Motion Docket Date |

| | | |
|---|---|---|
| | | 1/19/04 [87-1] motion , filed. (mperez) (Entered: 01/02/2004) |
| 12/30/2003 | 89 | Voir dire questions by Dino Chavez , filed (mperez) (Entered: 01/02/2004) |
| 01/05/2004 | 91 | ORDER granting [67-1] motion for summary judgment mooting [47-1] motion to dismiss mooting [53-1] motion for hearing mooting [61-1] motion for hearing granting [66-1] motion to strike [60-1] notice of mooting [66-2] motion to stay mooting [66-3] motion to compel mooting [79-1] motion to strike and subject thereto, reply to the response of dft's BISD [69-1] motion for summary judgment mooting [72-1] motion to modify factual statement mooting [86-1] motion in limine denying [50-1] motion for leave to file Third Amended Complaint , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (mperez) (Entered: 01/07/2004) |
| 01/05/2004 | 93 | RESPONSE by Dino Chavez to [87-1] motion to exclude plaintiff's evidence , filed. (mperez) (Entered: 01/13/2004) |
| 01/07/2004 | 92 | ORDER granting [68-1] motion for summary judgment granting [69-1] motion for summary judgment, mooting [75-1] joint motion to exclude Plaintiff's Expert mooting [69-2] hearing Motion Docket Date 10/15/03 [69-1] motion mooting [86-1] motion in limine, mooting [87-1] motion to exclude plaintiff's evidence mooting [90-1] motion in limine , entered; The Parties are not required to appear for final pretiral/docket call scheduled for January 8, 2004. The Court will issue a memorandum opinion for the above summary judgment rulings. Parties notified. ( signed by Judge Hilda G. Tagle ) (mperez) (Entered: 01/07/2004) |
| 01/20/2004 | 94 | Bill of costs by Brownsville Independent School District, filed (mserpa) (Entered: 01/29/2004) |
| 01/20/2004 | 95 | SUPPLEMENT/CERTIFICATION IN SUPPORT OF [94-1] bill of costs by B I S D , filed. (mserpa) (Entered: 01/29/2004) |
| 01/20/2004 | 96 | Bill of costs by Noe Sauceda, filed (mserpa) (Entered: 01/29/2004) |
| 01/20/2004 | 97 | SUPPLEMENT/CERTIFICATION IN SUPPORT OF [96-1] bill of costs by Noe Sauceda , filed. (mserpa) (Entered: 01/29/2004) |
| 01/26/2004 | 98 | OBJECTION to [94-1] bill of costs by Dino Chavez , filed. (mserpa) (Entered: 01/29/2004) |
| 01/26/2004 | 99 | OBJECTION to [96-1] bill of costs by Dino Chavez , filed. (mserpa) (Entered: 01/29/2004) |
| 02/03/2004 | 100 | REPLY by B I S D to response to request for court costs, filed (mperez) (Entered: 02/06/2004) |
| 02/03/2004 | 101 | NOTICE OF APPEAL of [92-1] order by Dino Chavez , filed. Fee Status: Paid Receipt #: 118274 Appeal record due on 2/18/04 (mperez) (Entered: 02/06/2004) |
| 02/05/2004 | 102 | Certification in support of Bill of Costs by AFLAC , filed (mperez) |

| | | (Entered: 02/06/2004) |
|---|---|---|
| 02/11/2004 | 103 | RESPONSE AND OPPOSITION by B I S D to [102-1] notice of bill of costs, filed. (rpinales) (Entered: 02/13/2004) |
| 02/12/2004 | | Notice of appeal and Copy of docket transmitted to USCA: [101-1] appeal (rpinales) (Entered: 02/12/2004) |
| 02/12/2004 | | **Address labels only (rpinales) (Entered: 02/12/2004) |
| 03/10/2004 | 104 | Notice of change of address by Eileen M. Leeds, further correspondence should be sent to Eileen M. Leeds, Willette & Guerra, LLP 1534 East 6th Street, Ste 200, Brownsville, Texas 78520 Telephone 956-541-1846, Facsimile 956-541-1893 , filed. (rpinales) (Entered: 03/12/2004) |
| 05/12/2004 | | Certified and transmitted record on appeal consisting of Certified Copies of 11 volumes to U.S. Court of Appeals: [101-1] appeal . Circuit No. 5 Parties ntfd. (rpinales) (Entered: 05/12/2004) |
| 05/25/2004 | | USCA LETTER Re: 04-40465 , filed. (rpinales) (Entered: 05/26/2004) |
| 07/23/2004 | 105 | JOINT MOTION TO CORRECT RECORD by B I S D, Noe NMI Sauceda Motion Docket Date , filed. (dahumada) (Entered: 07/23/2004) |
| 07/27/2004 | 106 | ORDER granting [105-1] Joint Motion to Correct Bond Motion Docket Date , entered; Parties notified. ( signed by Judge Hilda G. Tagle (dahumada) Modified on 07/28/2004 (Entered: 07/28/2004) |
| 07/28/2004 | | Transmitted supplemental record on appeal: consisting of Exhibits "V" and Exhibits "C", by Order of the Court [101-1] appeal. (dahumada) (Entered: 07/28/2004) |
| 08/26/2004 | | Deadline updated; mooting [76-1] motion to exclude Testimony of Donald R House (dahumada) (Entered: 08/26/2004) |
| 09/03/2004 | 107 | ORDER granting Defendant Sauceda and BISD's Motion for Summary Judgment on all federal and state law claims. ( Signed by Judge Hilda G Tagle ) Parties notified. (mperez, ) Additional attachment(s) added on 9/6/2004 (ltien, ). (Entered: 09/05/2004) |
| 09/15/2004 | 108 | Transmittal Letter to US Court of Appeals for the Fifth Circuit re 101 Notice of Appeal, filed.(dahumada, ) (Entered: 09/15/2004) |
| 09/21/2004 | 109 | FINAL JUDGMENT, in favor of the Defendants and having issued the memorandum opinion corresponding to the summary judgment on September 3, 2004, entire final judgment in favor of the Defendant's pursuant to Federal Rule of Civil Procedure 58.( Signed by Judge Hilda G Tagle ) Parties notified.(dahumada, ) (Entered: 09/21/2004) |
| 09/22/2004 | | ***Party United States Court of Appeals for the Fifth Circuit added for Notification. (dahumada, ) (Entered: 09/22/2004) |
| 09/29/2004 | 110 | Supplemental Record on Appeal with certified docket sheet transmitted to US Court of Appeals for the Fifth Circuit re 101 Notice of Appeal; consisting of one Volume of the Record (Doc #107)(USCA No. 04- |

| | | |
|---|---|---|
| | | 40465), filed.(dahumada, ) (Entered: 09/30/2004) |
| 10/01/2004 | 111 | Transmittal Letter to US Court of Appeals for the Fitfth Circuit re 101 Notice of Appeal. Supplemental record consisting of 1 Volume of the record - Document #107, filed.(lalaniz, ) (Entered: 10/01/2004) |