

JUL 2 5 2005

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

July 21, 2005

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

      No. 04-40465 Chavez v. Brownsville Indep
      USDC No. 1:02-CV-128

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits are returned:

( 9 ) Volumes     ( 1 ) Envelope     ( ) Boxes

        Sincerely,

        CHARLES R. FULBRUGE III, Clerk

        By: *Sabrina B. Short*
        Sabrina B. Short, Deputy Clerk
        504-310-7817

cc: (letter only)
    Honorable Hilda G Tagle
    Mr J Arnold Aguilar
    Ms Eileen Marie Leeds
    Ms Elizabeth G Neally

MDT-1