# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**
June 15, 2005

Charles R. Fulbruge III
Clerk

United States District Court
Southern District of Texas
FILED

JUL 25 2005

Michael N. Milby
Clerk of Court

---

No. 04-40465

---

D.C. Docket No. 1:02-CV-128

DINO CHAVEZ

       Plaintiff - Appellant

v.

BROWNSVILLE INDEPENDENT SCHOOL DISTRICT; ET AL

       Defendants

BROWNSVILLE INDEPENDENT SCHOOL DISTRICT; NOE SAUCEDA, in his official capacity

       Defendants - Appellees

Appeal from the United States District Court for the
Southern District of Texas, Brownsville.

Before KING, Chief Judge, and GARZA and BENAVIDES, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: JUL 21 2005

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By: Sabrina B. Short
Deputy
JUL 21 2005

New Orleans, Louisiana