**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

June 5, 2006

William K. Suter
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

B-02-cv-128

Re: Dino Chavez
v. Brownsville Independent School District, et al.
No. 05-471
(Your No. 04-40465)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

William K. Suter, Clerk

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

NOTICE: The clerk's office is moving permanently to 600 S. Maestri Place, New Orleans, LA 70130 in **June, 2006**. All correspondence expected to arrive at the court on or after **April 24, 2006** must be sent to this address.

June 14, 2006

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

    No. 04-40465 Chavez v. Brownsville Indep
    USDC No. 1:02-CV-128

Enclosed is a copy of the Supreme Court order denying certiorari.

    Sincerely,

    CHARLES R. FULBRUGE III, Clerk

    By: _____
    Charlene Vogelaar, Deputy Clerk
    504-310-7648

MDT-1



"USCA5 Case Processing" <USCA5_CaseProcessing@ca5.uscourts.gov>

06/14/2006 06:05 PM

Please respond to "USCA5 Case Processing" <USCA5_CaseProcessing@ca5.uscourts.gov>

To  "Michael Milby" <Butch_Barbosa@txs.uscourts.gov>
cc
bcc
Subject  Activity in case 04-40465 Chavez v. Brownsville Indep, Spct order dn cert received

United States Court of Appeals, 5th Circuit

Notice of case processing

The following entry was docketed:

Case number: 04-40465
Case name: Chavez v. Brownsville Indep
Lower court: 1:02-CV-128

Docket text:
06/14/06 Supreme Court order received denying petition certiorari [5289582-1] by Appellant Dino Chavez on 06/05/06. [04-40465]

See attached documents.

mdt1form.rtf.wpd.pdf   5473602.pdf